

RECEIVED IN CLERK'S OFFICE
U.S.D.C. - Atlanta

OCT 08 2021

KEVIN P. WEIMER, Clerk
By: _____ Deputy Clerk

# UNITED STATES DISTRICT COURT
### for the
### Northern District of Georgia

\_\_Atlanta_____ Division

| | | |
|---|---|---|
| Satoshi Nakamoto, Et Al | ) | Case No. **1:21-CV-4260** |
| See Attached | ) | *(to be filled in by the Clerk's Office)* |
| | ) | |

*Plaintiff(s)*
*(Write the full name of each plaintiff who is filing this complaint. If the names of all the plaintiffs cannot fit in the space above, please write "see attached" in the space and attach an additional page with the full list of names.)*

-v-

The United States, Coinbase Et Al

See Attached

*Defendant(s)*
*(Write the full name of each defendant who is being sued. If the names of all the defendants cannot fit in the space above, please write "see attached" in the space and attach an additional page with the full list of names.)*

) Jury Trial: *(check one)* ☐ Yes ☐ No
)
)
)
)
)
)
)

## COMPLAINT FOR A CIVIL CASE

**I.** **The Parties to This Complaint**

**A.** **The Plaintiff(s)**

Provide the information below for each plaintiff named in the complaint. Attach additional pages if needed.

| | |
|---|---|
| Name | Satoshi Nakamoto |
| Street Address | 311 E 3rd Street #4 |
| City and County | Truth or Consequences, Sierra County |
| State and Zip Code | New Mexico 87901 |
| Telephone Number | |
| E-mail Address | thelibertyoracle@gmail.com |

**B.** **The Defendant(s)** *See attach*

Provide the information below for each defendant named in the complaint, whether the defendant is an individual, a government agency, an organization, or a corporation. For an individual defendant, include the person's job or title *(if known)*. Attach additional pages if needed.

**Defendant No. 1**

| | |
|---|---|
| Name | The US |
| Job or Title *(if known)* | A 6 |
| Street Address | 950 Pennsylvania Ave NW |
| City and County | WASH DC |
| State and Zip Code | Washington DC 20530 0001 |
| Telephone Number | |
| E-mail Address *(if known)* | |

**Defendant No. 2**

| | |
|---|---|
| Name | Coinbase, Brian Armstrong |
| Job or Title *(if known)* | CEO |
| Street Address | 100 Pine Street Suite 1250 |
| City and County | San Francisco |
| State and Zip Code | CA 94111 |
| Telephone Number | |
| E-mail Address *(if known)* | |

**Defendant No. 3**

| | |
|---|---|
| Name | Craig Wright, / Ontier Miami LLP |
| Job or Title *(if known)* | CEO Tulip Trading Limted |
| Street Address | 201 S Biscayne Boulevard Suite 2820 |
| City and County | Miami Dade County |
| State and Zip Code | Florida 33131 |
| Telephone Number | 305 913 6943 |
| E-mail Address *(if known)* | miami@ontier.net |

**Defendant No. 4**

| | |
|---|---|
| Name | RPI |
| Job or Title *(if known)* | Shirley Ann Jackson, President |
| Street Address | 110 8th St |
| City and County | Troy Renneslear County |
| State and Zip Code | NY 12180 |
| Telephone Number | 518 276 6000 |
| E-mail Address *(if known)* | |

## II.    Basis for Jurisdiction

Federal courts are courts of limited jurisdiction (limited power). Generally, only two types of cases can be heard in federal court: cases involving a federal question and cases involving diversity of citizenship of the parties. Under 28 U.S.C. § 1331, a case arising under the United States Constitution or federal laws or treaties is a federal question case. Under 28 U.S.C. § 1332, a case in which a citizen of one State sues a citizen of another State or nation and the amount at stake is more than $75,000 is a diversity of citizenship case. In a diversity of citizenship case, no defendant may be a citizen of the same State as any plaintiff.

What is the basis for federal court jurisdiction? *(check all that apply)*

☑ Federal question                    ☑ Diversity of citizenship

Fill out the paragraphs in this section that apply to this case.

### A.    If the Basis for Jurisdiction Is a Federal Question

List the specific federal statutes, federal treaties, and/or provisions of the United States Constitution that are at issue in this case.

The exactly worded Declaration "all men are created equal, that they are endowed by their Creator with certain unalienable Rights, that among these are Life, Liberty and the pursuit of Happiness", Article 1 Section 8 esp Clauses 5, 6, 8; 9th Amedent 14th Amendment

### B.    If the Basis for Jurisdiction Is Diversity of Citizenship

1.    The Plaintiff(s)

a.    If the plaintiff is an individual

The plaintiff, *(name)*  Satoshi Nakamoto                    , is a citizen of the

State of *(name)*  New Mexico                    .

b.    If the plaintiff is a corporation

The plaintiff, *(name)*                    , is incorporated

under the laws of the State of *(name)*                    ,

and has its principal place of business in the State of *(name)*

_____ .

*(If more than one plaintiff is named in the complaint, attach an additional page providing the same information for each additional plaintiff.)*

2.    The Defendant(s)

a.    If the defendant is an individual

The defendant, *(name)*                    , is a citizen of

the State of *(name)*                    . Or is a citizen of

*(foreign nation)*                    .

## V. Certification and Closing

Under Federal Rule of Civil Procedure 11, by signing below, I certify to the best of my knowledge, information, and belief that this complaint: (1) is not being presented for an improper purpose, such as to harass, cause unnecessary delay, or needlessly increase the cost of litigation; (2) is supported by existing law or by a nonfrivolous argument for extending, modifying, or reversing existing law; (3) the factual contentions have evidentiary support or, if specifically so identified, will likely have evidentiary support after a reasonable opportunity for further investigation or discovery; and (4) the complaint otherwise complies with the requirements of Rule 11.

### A. For Parties Without an Attorney

I agree to provide the Clerk's Office with any changes to my address where case–related papers may be served. I understand that my failure to keep a current address on file with the Clerk's Office may result in the dismissal of my case.

Date of signing: 09/05/2021

Signature of Plaintiff

Printed Name of Plaintiff    Satoshi Nakamoto / S. H.

### B. For Attorneys

Date of signing:

Signature of Attorney

Printed Name of Attorney    Robert Meyring

Bar Number

Name of Law Firm    Meyring Law Firm

Street Address    2931 Paces Ferry Rd SE. Ste 201

State and Zip Code    Atlanta, GA 30339

Telephone Number    (678) 257-3332

E-mail Address    Meyring@meyringlawfirm.com

Print    Save As...    Add Attachment    Reset

b. If the defendant is a corporation

The defendant, *(name)* Coinbase _____, is incorporated under

the laws of the State of *(name)* Delaware _____, and has its

principal place of business in the State of *(name)* California _____.

Or is incorporated under the laws of *(foreign nation)* _____,

and has its principal place of business in *(name)* San Fransisco _____.

*(If more than one defendant is named in the complaint, attach an additional page providing the same information for each additional defendant.)*

3. The Amount in Controversy

The amount in controversy–the amount the plaintiff claims the defendant owes or the amount at stake–is more than $75,000, not counting interest and costs of court, because *(explain)*:

$ 1 billion +++

## III. Statement of Claim

Write a short and plain statement of the claim. Do not make legal arguments. State as briefly as possible the facts showing that each plaintiff is entitled to the damages or other relief sought. State how each defendant was involved and what each defendant did that caused the plaintiff harm or violated the plaintiff's rights, including the dates and places of that involvement or conduct. If more than one claim is asserted, number each claim and write a short and plain statement of each claim in a separate paragraph. Attach additional pages if needed.

See attached

## IV. Relief

State briefly and precisely what damages or other relief the plaintiff asks the court to order. Do not make legal arguments. Include any basis for claiming that the wrongs alleged are continuing at the present time. Include the amounts of any actual damages claimed for the acts alleged and the basis for these amounts. Include any punitive or exemplary damages claimed, the amounts, and the reasons you claim you are entitled to actual or punitive money damages.

Return of original intellectual property, patent, copyright in re Bitcoin and cryptocurrency in general; monetary damages in excess of $1 billion; see my attorney

Mark Cuben                    defendants

Robert S Hart

5424 Deloache Ave

Dallas Tx 75220


Elon Musk

3562 Deer Creek Rd

Palo Alto CA 94304



RECEIVED IN CLERK'S OFFICE
U.S.D.C. - Atlanta

OCT 08 2021

KEVIN P. WEIMER, Clerk
By: ~Deputy Clerk

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| SATOSHI NAKAMOTO | ] |
| and | ] |
| ROBERT MEYRING | ] |
| *Plaintiffs* | ] |
| | ] |
| VERSUS | ] |
| | ] |
| THE US, MARCIA COOKE, | ] |
| CRAIG WRIGHT, ELON MUSK, | ] |
| BRIAN ARMSTRONG, | ] |
| COINBASE, MARK CUBAN, | ] |
| RPI, ET AL | ] |
| *Defendants* | ] |

COMPLAINT

I am alias Satoshi Nakamoto, the person known for what is commonly called "blockchain Bitcoin", "Bitcoin", and "crypto currency" and I'm responsible for the actual original White Paper and the one currently circulated as the original Bitcoin White Paper, not Craig Wright or anyone else.

It is my allegation that The US including the DOJ and SEC and several states failed to act repeatedly in my case beginning in 1996 and/or acted to harm me instead thereby

compelling me to become Satoshi Nakamoto and then The US allowed Craig Wright, Rensselaer Polytechnic Institute, Coinbase and others to repeatedly to fail to respond to a suit, to make service impossible and/or cause other harm and when the US has allowed Coinbase to go public when Coinbase included me as Satoshi Nakamoto within their SEC filing.

Coinbase used my person and my reputation to profit as did The US when Coinbase and all such crypto should not have been allowed to do so or to go public *because these people have turned my intellectual property into bad science and what is fraudulent after effectively stealing it and when investors are unaware* as I possess the good science and did comply with law and case law and to any and all regulation and rule if humanly possible when I created my form of currency and when I also made certain to build failsafe into it in case this scenario, theft and an inability to comprehend the science, or worse was realized.

The US has acted prejudicially in my case for all that I am including woman, Native American and natural genius and has refused to hold itself or these people to the law and has refused to accord me any protection of the law or to provide any remedy and relief when it exists.

I first came forward on April 12th, 2021, as soon as I was made aware that the NYSE bell was about to be rung in re Coinbase and partly as people claiming to be victims of Wright pleaded with me on the internet for my help and The US failed once more.

I gifted this intellectual property to The People as I am a People along with a patent, copyright, will, trust etc via novel use of the Supreme Court of the United States dated 2007 as unless I created opportunity then none existed for myself and millions of others as the 2008 bailouts as they exist cannot end, another was in March of 2020 and no citizen can secure relief as long as The US continues to refuse to act effectively or at all and when it has been an actual constutuional crisis and an emergency as men are now committing suicide in numbers so great that our national life expectancy declined at least 3 years in a row.

I have an attorney who is also my equal 50% business partner who is a graduate of Emory's School of Law and is SCOTUS certified: Robert Meyring of Atlanta, Georgia.

I swore to him privately that I would act to file this saying as little as possible and then sit down and shut up and let him do his job and I intend to do exactly that but already I feel as if I have said too much as nothing I say or refuse to say will ever satisfy The US or any of the involved parties or so it seems.

I am acting now so that Meyring then can and may act, as I when filed in April of 2021 in the same court as Craig Wright I did so as I truly believed it was most efficient but when I was unaware that a conflict exists and when I had no choice but to act alone and inform Meyring after the fact due to that NYSE bell.

That and other events that transpired in May when I informed those acting that Meyring's Notice of Appearance had been filed then became a violation of his vested interest and right and created the false appearance that he, Meyring, acting as my attorney was not acting in my best interests and that an exact federal court clerk I myself spoke to who is a man acted to harm me when that appearance is absolutely false: Meyring has never done so and there was zero unfair or prejudicial treatment on that exact court clerk's part where I am concerned and so;

My act to file over again now with Meyring's knowledge and naming him as a Plaintiff but upon a same petition of in forma pauperis and/or a Motion to Waive Fees pending an outcome effectively addresses any conflict and the false appearance others created or so it is my intention.

As I'm about to shut up then let me state that it is my wish to avoid complicating this any more so than it is already is, that it is not my desire to revisit past harm or other issues but only what is my original intellectual property, is an actual point of law and/or is an issue or injury before the courts now regarding cryptocurrency, patents etc and what is simple provable science not theory only and so to settle and that I have told Meyring this, that I'm willing to settle upon his advice if he too is willing and I have given him my consent to do so.

All Defendants in the least are charged with the criminal federal violation of the civil rights of both Susan Herbert and Robert Meyring, of targeting Herbert exactly, of dishonoring Meyring's squeaky clean law license and prejudice of women and so criminal obstruction of justice that became treason. Susan Herbert the direct victim states: if I name "treason" exactly and "criminal" then I give a federal judge an option as then you can choose to send it straight to Roberts or hear it or settle as I prefer as The People like being willing victims and confessed to me that they are aware and have been playing the Officers including the Judiciary and that yes, they made me into their only collateral damage on purpose. With deliberation.

See the April filing for the federal questions or see Meyring if he has better or new federal questions as he's the attorney not me or so I pray to this court.

## SETTLEMENT

A US ATTORNEY should be able to figure **it** out so if they finally comprehend that I'm not the "stupid bitch" and "only a housewife in Florida" that they insisted I am before they knew me as Satoshi I can cause a SATOSHI = $1 or give you CAUSE to hear this as I want to SHUT UP and SETTLE.

I am naming ideas/concepts that can be used to effect settlement and to neutralize all threats as you can threaten me with man-made fear in the form of the International Bar Association and the Temple Church that is a Royal peculiar church in the City of London located between Fleet Street and the River Thames, built by the Knights Templar as their English headquarters...During the reign of King John (1199–1216) it served as the royal treasury, supported by the role of the Knights Templar as proto-international bankers; It is now jointly owned by the Inner Temple and Middle Temple Inns of Court, bases of the **English legal profession"**

But I'm going to counter with..."Tractatus de Ponderibus et Mensuris"; C symbolizing four concepts one being FIVE SCORE FOR HUNDRED ; Magna Carta; Jefferson and my novel use of allodial title; Queen Elizabeth II acting in harmony with the will of The British People and so paying taxes and creating for them their RIGHT OF DISSOLUTION; High Treason so death AND extradition is; WWII honor bond; Alias Satoshi AKA In Re Susan Herbert's and Robert Meyring's DNA.

And...PSYCHIATRY, the profession born in an act meant to conceal and condone the rape of children makes zero distinction between man-made fear versus a healthy reoext for a storm tossed ocean so you can keep it up fellas but I am immune to man-made fear and it seems as if Meyring is too. The MMPI is fatally flawed as is it's new short form as it asks T or F questions about the nature of truth that is always True! And does not make any distinction or give any identifiers other than nature itself such as "fire" or "I am afraid of fire" so no human can satisfy this test not even a US Attorney.

My home was stolen. 819 ASH ST, is an actual conspiracy involving a judge, PD, EB Cattle Co LLC Oct 28th 2018, very telling, linked to Cheryl Shipley real estate agent to then rep former owner/seller in MAGISTRATE court as per NM when she & Brown are Officers of Mormon or were then; Brown & brother has BLM contract in re Dam Site including rentals; Jason Garcia originating loan officer called me & said he did something so wrong he would be fired, Jason's Mom was my next door neighbor unbeknownst to me, place was used to process out unbeknownst to me; city generates falsified, Impossible utility bills to shut off power & water for non-payment to wrongfully evict and I gave them a $10 but recorded the serial number. I win appeal of eviction: bank of Southwest org Hot Springs Natl. Holding company, NM Natl. I DEMAND MY DAMN HOUSE BACK AND MORE. Shipley actually told cops or deputies in December that I had already been evicted to gain entry as A POTENTIAL BUYER TIPPED ME OFF. I WAS NEVER SERVED. GEWRING WAS IN JANUARY. BROWN FROM BENCH: ME & MY BROTHER GAVE A FINANCIAL AGREEMENT/ARRANGEMENT WITH BANK OF SW. **MUST RECUSE, US CODE!** HE REFUSED . TOLD ME FROM BENCH I COULD NOT DEFEND SELF. SOLD OUT FROM UNDER ME.

STATE WON'T PHYSICALLY FILE CASE; I CLAIMED CITY ABD LAND AND LEGAL & LAWFULLY THAT'S WHY. KEEP THIS IN MIND WHEN YOU MAKE US AN OFFER. AS FED COURT WITH UNNAMED MASSIVE CONFLICT LET COINBASE IPO PROCEED? **FOREIGN ENTITY CASE**, YELL AT MARCIA COOKE NOT US, WE ATTEMPTED TO ADDRESS THIS FIRST! IPO COULDA PROCEEDED; NOW? WITHOUT ME. I'M OUT. VOTERS LET WRIGHT STEAL THEN ARMSTRONG. LET! WAY TOO EASY. NOT SAFE. LET VALUE GO TO ZERO AS ARMSTRONG ĜAS NOTHING VEST IN IT OF VALUE. I HAVE SCIENCE & TECH AND AN ETHIC AS DOES MEYRING.

I have secured a confession from The Voters and they have admitted to being aware this entire 14 year period and of acting to play games with the Officers and other government employees including you and the Judiciary and presidential candidates such as Obama and that they did not care if I and now Meyring are **their** and **your** collateral damage. !

US Attorney's and men in general seem to lose it when I act like John Marshall or Isaac Newton, a Natural Philosopher and act upon wholly independent decisions I make for myself.

I do have a plan that allows for settlement that limits those who can and may collect money damages to 2, addresses DV against all and upon a national AND global level, addresses and perhaps halt the en masse suicide of men, and the other effects of what is genocide an extinction event. It also restores value to Bitcoin as Armstrong's and the SECs act to steal what is not theirs and REcentralize it renders it valueless.

To effect a settlement:

I need to cite Invocation of Rights as a Whistleblower and the Federal Whistleblower Protection Act and claim that for myself, Meyring, his brother Charles Meyring, Ray Morton, Anthony Gonzalez as we are Federal Employees

I need to invoke the Federal Witness Protection Program.

Who knew my name means a Lily Born or Brought Forth in War

Or that Meyring can be found in the URBAN dictionary as Meiring an early form of his name, lol:

"Meiring is a Good, kind, and fun loving person. Meirings are usually party type and are the type of people you want to hang out with. They are hardworking and intelligent so if you spot a Meiring go marry him. Ex. Omg is that Meiring? So nice to meet you handsome hunk ;) by Smart Einstein September 05, 2019"

I did, as Robert and I have been in love since age 15 but never acted upon it and when I correctly theorized that this was biological, love thats unconditional and also romantic and sexual although we have bever even held hands and while this was obvious to many many people and an old boyfriend of mine once spied Robert starting up at my apartment window in such a way be stated as absolute fact, 'that man is in love with you', but Meyring seems to have been acting subconsciously! So funny!

An eclipse on May 26th, 2021, changed everything as the exactly named Creator intervened and for the second time in my life upon manifesting 100% of my potential so that now a DNA test can support my land claim I was told to say it, anything I wanted except this time the Creator said "anyone" not "anything". Who believes the Creator enslaves a person as an award?? That doesn't happen. The Creator was telling me to SAY a name already in my thoughts and although I resisted I finally did; I said,

Robert.

Instantaneously the insanity and the jokes began. And I kept arguing with the Creator when he told me to click on Tucker Carlson's picture. C'mon! No. I have never acted upon Tucker Carlson anything, he's just this name of a Fox guy in my periphery! The Creator said, Do it! Click! See what your brothers and I have arranged. Arranged, **past** tense? I clicked and up came

Tucker Carlson has known his wife Susan since age 15.

Of course I laughed! About a day later I was told to act. Again I said No. This time? The Creator was a pest! Then something exactly worded struck me profoundly

"open the door to love"

I did, I sent Robert an email acknowledging the truth and later heard his thoughts and he seemed to be surprised, he seemed to only have become aware of any feelings I had in that moment, lol, therefore

**I am acting to voluntarily give my 50% share to The People again to create a solvent Treasury if we can come to share a common understanding so that a contract is possible and negotiations can begin.**

I am giving up billions in what is a grand gesture but I also need to bring real men and good guys back in style and prove that one man, Robert, is "worth it" or is priceless.

Idea! Administrator on a Tribunal: there is a 1000 mile divide between Robert and I. Perhaps the DOJ via its Witness Protection Program can place us in protective custody and reunite us so we can create

Love, Constitutional Republic Style? ;D

Or...not!

As I, Alias Satoshi, have assumed the risk of death once more, that of rejection and unrequited love, by asking Robert to consider running away with me but to do it for himself first not for me so I do not know his answer.

If I leave this court with Robert free and clear and on the up and up as someone let me go and now someone must let Robert go then I truly believe I am...


NOT SETTLING.


_____  10/3/2c
"Satoshi Nakamoto"              Date
Robert Meyring

Meyring Law Firm
2931 Paces Ferry Rd
SE Suite 201
Atlanta, GA 30339

Attachments

I have can talk & talk about science, math such as a bad 1 and a bad decimal dollar and AI time problem. I can tell you all about my discoveries and how I did this.

No other person can do much as reason Jefferson's Seconds Pendulum Plan. NO MAN CAN.

I have ambient temp fusion, mass gap, a vertical force & Uniformity; grav con & a law of gravity NOT THEORY! CAN PROVE USING CORRECT PREDICTIONS OF UNKNOWN BEHAVIOR OF MAG NORTH

Have time as exacting amount of mass, see partner Ray Morton

The two particles that we discovered that are named the **nanino** and **nanina** and the previously unknown behavior of nature, existence and cause of magnetic north and its movement, Thomas Jefferson's two plans for a system of weights and measures including currency, the First and Final reports on these plans, his correspondence discussing this, his idea to replace the metal rod in a pedometer with a wooden one, notes written in his own hand or Madison's own hand and the editorial notes posted publicly at   https://founders.archives.gov , and note that he used the carat and the word "aliquot" then all I need to add is

The Merchants Magazine and Commercial Report Volume 33 see *The Harstein Arctic Relief Expedition*                                                                                                                        at https://books.google.com.vc/books?id=1FRJAAAAMAAJ&printsec=frontcover&source=gbs_vpt_reviews#v=onepage&q=Arctic&f=false , Pythagoras, Archimedes and Philolaus and their work especlally the fragments attributed to Philolaus and the rediscovered Palimpsest by Archimedes and

Dean Coomb's of 1260d.com's equations and geometric diagrams, the Menger sponge and equations at
https://community.wolfram.com/groups/-/m/t/822984                                            ,
https://community.wolfram.com/groups/-/m/t/899676?sortMsg=Replies

And a meniscus and the crescent or lune as that does not include the center from the original disc.

Figurate & Centered Numbers

https://en.m.wikipedia.org/wiki/Figurate_number

https://en.m.wikipedia.org/wiki/Square_number

https://en.m.wikipedia.org/wiki/Cube_(algebra)

https://en.m.wikipedia.org/wiki/Hexagonal_lattice

https://en.m.wikipedia.org/wiki/Cylindrical_coordinate_system#:~:text=A%20cylindrical%20coordinate%20system%20is,plane%20perpendicular%20to%20the%20axis.

IT'S UNIFORMITY SO ALL IS UNITED.

WHERE DO YOU WANT ME TO START? ELIZABETH FULHANE ON COMBUSTION?

I can just keep going! Bitcoin?

These people have no clue! Omg, they're doing nothing close to what you can do with this.

WORLD BANK SAYS... DECENTRALIZE TAXES IS: Financial responsibility is a core component of decentralization. If local governments and private organizations are to carry out decentralized functions effectively, they must have an adequate level of revenues –either raised locally or transferred from the central government– as well as the authority to make decisions about expenditures. Fiscal decentralization can take many forms, including a) self-financing or cost recovery through user charges, b) co-financing or co-production arrangements through which the users participate in providing services and infrastructure through monetary or labor contributions; c) expansion of local revenues through property or sales taxes, or indirect charges; d) intergovernmental transfers that shift general revenues from taxes collected by the central government to local governments for general or specific uses; and e) authorization of municipal borrowing and the mobilization of either national or local government resources through loan guarantees. In many developing countries local governments or administrative units possess the legal authority to impose taxes, but the tax base is so weak and the dependence on central government subsidies so ingrained that no attempt is made to exercise that authority.

**NO NO NO NO NONO NO! No local, no private! None outside of you!**
ALL! **DIVEST** SELF OF ANY BOSS OR AUTHORITARIAN AND ANY ENTITY OVER YOU! Then YOU CANNOT BE FORCED TO DO BUSINESS WITH DC! **NO FORCED 3rd PARTY MARK OF BEAST,** LOL. OR THE FEDERAL RESERVE, IMF, SEC, IRS, INT'L BAR ASSOCIATION, etc

The **Temple Church is a Royal peculiar church** in the City of London located between Fleet Street and the River Thames....During the reign of King John (1199–1216) it served as the royal treasury, supported by the role of the Knights Templar as proto-international bankers; It is now jointly owned by the Inner Temple and Middle Temple Inns of Court, **bases of the English legal profession"**

REALLY, LOST $21 TRILL? STOLE. WHY ELSE WOULD I RUN DC INTO DEFAULT & OFF THE FISCAL CLIFF & IN SO DOING LOWER US BOND RATING? NOT TO REJOIN THE EXACT SAME 2008 CROOKS AS ONLY 1 PROSECUTION?! WTF IS WRONG WITH YOU BRIAN JUST A REGULAR ASSHOLE STRONGARM, ☺

SHOW ME THESE AMOUNTS OF ENERGY AS MATTER!! LOOK AROUND, ANYBODY SEE $21 WORTH OF STUFF LAYING AROUND? EAT $21 TRILL OF CAVIAR? SELL ARMS AND TECH OUT BACKDOOR?

THINK BUDDHISM Buddhism has, however, never been organized around one central authority, neither as a person or a scripture. Scriptures have usually acted as guidance, and consensus about practices has come about through debate and discussion.

**You remove taxation middlemen, have sanity not insane us tax code**

**SELF ACTUALIZATION**

Maslow's hierarchy of needs is a motivational theory in psychology comprising a five-tier model of human needs, often depicted as hierarchical levels within a pyramid.

From the bottom of the hierarchy upwards, the needs are: physiological (food and clothing), safety (job security), love and belonging needs (friendship), esteem, and self-actualization.

**Maslow's hierarchy of needs** is an idea in psychology proposed by American Abraham Maslow in his 1943 paper "A Theory of Human Motivation" in the journal *Psychological Review*.[3] Maslow subsequently extended the idea to include his observations of humans' innate curiosity. His theories parallel many other theories of human developmental psychology, some of which focus on describing the stages of growth in humans. He then created a classification system which reflected the universal needs of society as its base and then proceeding to more acquired emotions.[4] His theories, including the hierarchy, may have been influenced by teachings and philosophy of the Blackfeet tribe, where he spent several weeks prior to writing his influential paper.[5] The hierarchy of needs is split between deficiency needs and growth needs. The theory is usually shown as a pyramid in illustrations.

Maslow's hierarchy of needs is used to study how humans intrinsically partake in behavioral motivation. Maslow used the terms "physiological", "safety", "belonging and love", "social needs" or "esteem", and "self-actualization" to describe the pattern through which human motivations generally move. This means that in order for motivation to arise at the next stage, each stage must be satisfied within the individual themselves. Additionally, this hierarchy is a main base in knowing how effort and motivation are correlated when discussing human behavior. Each of these individual levels contains a certain amount of internal sensation that must be met in order for an individual to complete their hierarchy.[4] The goal in Maslow's hierarchy is to attain the fifth level or stage: self-actualization.[6]

Maslow's idea was fully expressed in his 1954 book *Motivation and Personality*.[7] The hierarchy remains a very popular framework in sociology research, management training[8] and secondary and higher psychology instruction. Maslow's classification hierarchy has been revised over time. The original hierarchy states that a lower level must be completely satisfied and fulfilled before moving onto a higher pursuit. However, today scholars prefer to think of these levels as continuously overlapping each other. This means that the lower levels may take precedence back over the other levels at any point in time.[4]

**Viktor Emil Frankl** (26 March 1905 – 2 September 1997)[1] was an Austrian neurologist, psychiatrist, philosopher, author, and Holocaust survivor.[2]

He was the founder of logotherapy, a school of psychotherapy which describes a search for a life meaning as the central human motivational force.[3] Logotherapy is part of existential and humanistic psychology theories.[4]

Logotherapy was recognized as the third school of Viennese Psychotherapy; the first school was created by Sigmund Freud, and the second by Alfred Adler.

Frankl published 39 books.[5] The autobiographical *Man's Search for Meaning*, a best-selling book, is based on his experiences in various Nazi concentration camps

## WOMAN'S SEARCH FOR MEANING

SUBSCRIBE        🐦        f                    DONATE

**BP**

INSTALL NOW – REMOVE ALL ADS

 **TURN OFF ALL ADS**

# Alan J. Brown

 *Ballotpedia provides comprehensive coverage of the 100 largest cities in America by population as well as mayoral, city council, and district attorney election coverage in state capitals outside of the 100 largest cities. This judge is outside of that coverage scope and does not receive scheduled updates. If you would like to help our coverage scope grow, consider donating to Ballotpedia.*

Alan J. Brown is a judge of the Sierra County Magistrate Court in New Mexico. He was appointed to the court by Governor Susana Martinez in April 2014, effective July 1, 2014.[1] Brown was elected in 2014 for a term that expires on December 31, 2018.[2]

|  | Ballotpedia does not currently cover this office or maintain this page. Please contact us with any updates. |
|---|---|

Alan J. Brown

Do you have a photo that could go here? Click here    to submit it for this profile!

Sierra County Magistrate Court
Tenure
Present officeholder
*Report an officeholder change*

# Elections

## 2014

*See also: New Mexico judicial elections, 2014*
Brown ran for re-election to the Sierra County Magistrate Court.
Primary: He was successful in the Republican primary on June 3, 2014, receiving 45 percent of the vote. He competed against John Frost Morlock, Jefferson Sims Cox, and Denise Maureen Addie.
General: He defeated Ronald D. Brown in the general election on November 4, 2014, receiving 53.4 percent of the vote. [2][3]

**Want to help us improve our site?**

 | Alan Brown                           



...

## Alan Brown

VP Operations at Lago Rico, Inc.

Elephant Butte, New Mexico, United States · 20 connections

Join to Connect

 **Lago Rico, Inc.**

 **Brigham Young University**

---

# Experience

 **VP Operations**
Lago Rico, Inc.

 **Lago Rico, Inc.**
16 years 6 months

    **VP Operations**
    May 2005 - Present · 16 years 6 months

    **VP Operations**
    May 2005 - Present · 16 years 6 months

 

Alan Brown



**Brigham Young University**
Bachelor of Science (BS) · Accounting

---

## View Alan's full profile

∞ See who you know in common

🔁 Get introduced

👥 Contact Alan directly

( **Join to view full profile** )

## People also viewed


**Lee Deschamps**
--
Socorro, NM


**Frank Demske**
Office Manager at Barbara L. Yockey Law Office, PLLC
Imlay City, MI


**Barbara Yockey**
President at Barbara L. Yockey Law Office, P.L.L.C.
Utica, MI


**Sandra Hanshaw Burink**
Attorney/Owner at Hanshaw Burink, PLC
Marquette, MI


**Christy Roche**
Paralegal
Greeley, CO


**Jim Filippi, Esq.**
Attorney At Law at Filippi Law Firm
Rocklin, CA

Learn how to leverage transparent company data at scale. Subscribe to our emails

# opencorporates

The Open Database Of The Corporate World

Company name or number [ Search ]

◉ Companies ○ Officers

- Log in/Sign up

# ELEPHANT BUTTE CATTLE CO, LLC

Company Number
>5765099
Status
>Active
Incorporation Date
>23 October 2018 (almost 3 years ago)
Company Type
>Domestic Limited Liability Company
Jurisdiction
>New Mexico (US)
Agent Name
>LEE DESCHAMPS
Agent Address
>603 SKYLINE ST, Elephant Butte, NM, 87935, USA

Directors / Officers

- LEE DESCHAMPS, agent
- LEE DESCHAMPS, organizer

Registry Page
>*Website unavailable outside U.S.*

## Recent filings for ELEPHANT BUTTE CATTLE CO, LLC

23 Oct 2018
Business Formation

**Source** New Mexico Secretary of State (Business Services Division), https://portal.sos.state.nm.us/BFS/on..., 1 Sep 2021
Add data *(website, address, etc)*

## Company Addresses

Head Office Address

603 SKYLINE ST, Elephant Butte, NM, 87935, USA

## Explore company network



## Company network

Not yet available for this company. Click to find out more

## Latest Events

2018-10-23
    Incorporated
2018-10-23 - 2021-02-28
    Addition of officer LEE DESCHAMPS, agent
2018-10-23 - 2021-02-28
    Addition of officer LEE DESCHAMPS, organizer

See all events

### Corporate Grouping User Contributed

None known. Add one now?
See all corporate groupings
* While we strive to keep this information correct and up-to-date, it is not the primary source, and the company registry (see source, above) should always be referred to for definitive information
Data on this page last changed September 2 2021

### Problem/question about this data? Click here

### API Open Data

Get this info as json, xml, rdf

# About us

- About
- Blog
- Team
- Governance
- Jobs

# Using our data

- Our data

                                                              f    🐦

# 603 SKYLINE ST ELEPHANT BUTTE, NM 87935

Sponsored Links

▷ ✕

There are 5 companies that have an address matching 603 Skyline St Elephant Butte, NM 87935.

The companies are Talon Septic Potty LLC, Custom Home Furnishings T OR C LLC, Talon Builds LLC, Sierra Cattle CO LLC, and Elephant Butte Cattle CO LLC.

## Special Promo

Diesel Zone Repair DZR

---

**TALON SEPTIC & POTTY, LLC**
NEW MEXICO DOMESTIC LIMITED-LIABILITY COMPANY
WRITE REVIEW

| | |
|---|---|
| Address: | 603 Skyline St<br>Elephant Butte, NM 87935 |
| Address Types: | Registered Agent |
| Registered Agent: | Cheryl Shipley |
| Filing Date: | January 07, 2013 |
| File Number: | 4703790 |

Contact Us About The Company Profile For Talon Septic & Potty, LLC

---

**CUSTOM HOME FURNISHINGS T OR C, LLC**
NEW MEXICO DOMESTIC LIMITED-LIABILITY COMPANY
WRITE REVIEW

| | |
|---|---|
| Address: | 603 Skyline St<br>Elephant Butte, NM 87935 |
| Address Types: | Principal and Registered Agent |
| Registered Agent: | Cheryl Shipley |
| Filing Date: | June 29, 2015 |
| File Number: | 5078938 |

Contact Us About The Company Profile For Custom Home Furnishings T OR C, LLC

---

Sponsored Links

▷ ✕

Signs Your Liver Is In Trc

Liver Health Formula   **Learn**

---

**TALON BUILDS ! - LLC**
NEW MEXICO DOMESTIC LIMITED-LIABILITY COMPANY
WRITE REVIEW

| | |
|---|---|
| dress: | 603 Skyline St |

**SIERRA CATTLE CO, LLC**
NEW MEXICO DOMESTIC LIMITED-LIABILITY COMPANY
WRITE REVIEW

| | |
|---|---|
| Address: | 603 Skyline St |

←

Ads by Google

Send feedback    Why this ad? ▷

## ELEPHANT BUTTE CATTLE CO, LLC
NEW MEXICO DOMESTIC LIMITED-LIABILITY COMPANY
WRITE REVIEW

| | |
|---|---|
| Address: | 603 Skyline St<br>Elephant Butte, NM 87935 |
| Address Types: | Principal and Registered Agent |
| Registered Agent: | Lee Deschamps |
| Filing Date: | October 23, 2018 |
| File Number: | 5765099 |

Contact Us About The Company Profile For Elephant Butte Cattle Co, LLC

Sponsored Links



① Click 'Co

② Get Brows

③ Start Wat

ADDITIONAL LINKS

Search All Addresses

*(Displaying 5 matches)*

Copyright © 2012-2021 · Bizapedia.com · All rights reserved.    Pro Data • Pro Search • Pro API • Contact Us • Terms of Use • Privacy Policy • Sitemap

Desktop

Ads by Google

Send feedback    Why this ad? ▷



**COLDWELL BANKER**
**DESERT REALTY**

SEARCH BY CITY, NEIGHBORHOOD, ZIP OR ADDRESS

City, neighborhood, ZIP, or address



PRICE: Min Price - Max Price
BEDS: Any
BATHS: Any
VIRTUAL OPTIONS: Include

City, neighborhood, ZIP, or address



## Cheryl Shipley

509.768.1820

Contact Agent

## My Listings



Lot 15 Monterrey P...  **$50,000**
Elephant Butte, NM 87...
0 bed  0 bath  N/A sq ft  N/A /sq ft  LND



57 OLD RANCH R...  **$149,000**
Elephant Butte, NM 87...
3 bed  2 bath  2,392 sq ft  $62 /sq ft  SFR

### Areas Served

Arrey | Caballo | Chloride
Cuchillo | Cutter | Elephant B...
Engle | Hillsboro | Kingston
Lake Valley | Las Palomas | Monticello
Truth or Co... | Williamsburg | Winston

## Follow Me
f

## Sold Homes

Showing 1-4 of 114 homes

REPRESENTED BUYER
**800 Kopra**
**Truth Or Consequences, NM**
n/a  n/a
Sold for: $ —
Sold 9/13/2021

REPRESENTED BUYER
**523 Broadway**
**Truth or Consequences, NM**
n/a  n/a
Sold for: $ —
Sold 9/1/2021

## Share My Page

## Go Mobile

Want to take your search on the go and find nearby homes? Download my free mobile app.



App Store  Google play

This site uses cookies and related technologies, as described in our privacy policy, for purposes that may include site operation, analytics, enhanced user experience, or advertising. You may choose to consent to our use of these technologies, or manage your own preferences.

Decline    Accept