IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

SATOSHI NAKAMOTO, *et al.*,

         Plaintiffs,

    v.

THE UNITED STATES, *et al.*,

         Defendants.

CIVIL ACTION FILE

NO. 1:21-CV-4260-SCJ

# O R D E R

The undersigned hereby **RECUSES** himself from consideration of the above

entitled action and **DIRECTS** the Clerk of Court reassign this matter in accordance

with the Internal Operating Procedures of this Court.

    **IT IS SO ORDERED**, this 14th day of October, 2021.

                    s/Steve C. Jones
                    STEVE C. JONES
                    UNITED STATES DISTRICT JUDGE