FILED IN CLERK'S OFFICE
U.S.D.C. - Atlanta

NOV 1 8 2021

KEVIN P. WEIMER, Clerk
By: _____ Deputy Clerk

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

SATOSHI NAKAMOTO
ROBERT MEYRING

VERSUS

JOSEPH BIDEN
KAMALA HARRIS
NANCY PELOSI
In their official capacity and
as an individual

EMORY UNIVERSITY
EMORY SCHOOL OF LAW
MARY ANNE BOBINSKI JD, LLM
In her official capacity and
 as an individual

THE SEC
GARY GENSLER
In his official capacity and
 as an individual

THE US TREASURY
JANET YELLEN
In her official capacity and
as an individual

THE FEDERAL RESERVE SYSTEM
JEROME POWELL
In his official capacity and
as an individua

NASDAQ
ADENA FRIEDMAN
in her official capscity and
as an individual

Case# 1:21-CV-04260-SDG

Emergency Motion to AmenD
Emergency Motion to Change Venue

Jury Demand

GOVERNORS OF GA, NM AND NY
BRIAN KEMP
MICHELLE GRISHAM
KATHY HOCHUL
In their official capacity and
as an individual

FRED ESHRAM III,
Coinbase, Cofounder &
Major Shareholder

EMILIE CHOI
Coinbase, COO
as an individual and
in her official capacity

ALICIA HAAS
Coinbase, CFO
as an individual and
in her official capacity

ANDREESON HOROWITZ
Coinbase, 25% shareholder

MARC ANDREESON,
Coinbase Board

AMERICAN BAR ASSOCIATION
LINDA KLEIN
In her official capacity and
as an individual

FLEXNER, SHILLER & BOIES
DAVID BOIES
In his official capacity and
as an individual (see BVG)

EL SALVADOR
*Defendants*

I, Satoshi Nakamoto, spent the last 30 years of my life acting to secure an appearance in a court of law.

I have named those I did to cover my bases or Waco by for EVERY possibility including that The People may be make false accusations and are acting to civilly convict them and/or me and Meyring and even a Judge or Justic using the internet.

Judges and clerks, every single one a lawyer, acted to do all they could to keep me out including falsifying rulings and orders by writing that I was convicted of felonies, was in state prison, did not complain about the violation of any right and so filled out the wrong paperwork and must appeal to the warden. See Marcia Howard, and Plaintiff Susan Herbert, Middle District of FL Jacksonville, FL.

That propelled me into this court's Appellate whereby Judge Frank Hull actually went off on me as if a raging lunatic, refused to recuse herself and did the same and then worse: she ordered my clerk, Andrea, to remove my documents from the files. That is tampering.

Now I, Satoshi Nakamoto and Robert Meyring my lawyer and business partner, are before this court again and named as pro se litigants and so the Judge is to be our advocate but inexplicably refused to serve the Defendants and did not act upon an Emergency Motion To Change venue to SCOTUS that in the same case sits in a Miami court house, also Federal.

We do not know why but the appearance is not good at all so I acted to serve the Defendants.

Coinbase and/or their or Arnstrong's lawyer refused service. This address is named by three different sources. They are only the only ones who did. So I served them in CA too and through Brian Armstrong's lawyers and that was not returned.

A fact of this case is Brian Arnstrong has been bragging online that Coinbase has no physical address or any physical presence to be able to serve Coinbase.

Also Craig Wright is at trial currently and the illusion he is creating is that if he wins that somehow proves he created Bitcoin and the solution to double spending AND somehow that gives all crypto value when anybody who knows crypto knows this is false and not only as Wright has established a long history of lying but as NO PERSON EXCEPT ME AND MEYRING HAS RHE SCIENCE

AND MATH NOT THE LEAST OF WHICH IS NONE OTHER THAN THE THOMAS JEFFERSON AND HIS HIS INTEGRATED PLAN FOR WEIGHTS, MEASURES AND COINS.

And while this case has sat with no action other than to recuse and so replace the judge, the Congress and President has acted to include regulation for crypto in the Infrastructure Bill and they cannot possibly regulate the his nor can the lawyers who craft this legislation until they can and do comprehend what crypto is, what I did, and it has come to my attention that the citizens are outraged as all NASDAQ did is via a direct listing of Coinbase's IPO is EXACTLY recreate the dotcom bust.

The reason is clear: greed. And: prejudice plus misogyny.

It has also come to my attention that the SEC and GARY GENSLER did act to literally steal, seize or just help themselves to what they valued at $46 billion USD of mine and ROBERT MEYRING'S money as well as our intelltual property, as I never do this if Meyring does not give me answers and a means to keep federal agents at Bay as they do not go to Wright's home but have come to mine so the Federal Government on some level must be aware that I am Nakamoto even if GARY GENSLER is not as Arnstrong's testimony that be gave to the media is other than named regulators met with him but the SEC refused, so then they?

Must be aware on some level that crypto has no value UNLESS for me, that they are not only using my name, my reputation and our $46 billion to somehow lend this value when that cannot happen if dependent upon an act of theft or unlawful SEIZURE, as nobody had my or Meyring's consent to NEGOTIATE on our behalf and I served all of these people prior to the IPO but have no way to know if GARY GENSLER ever received it from whoever accepted receipt.

Now? This court and this judge might not comprehend something that only hit me, Nakamoto, as wisdom when I read the recusal:

US Code concerning recusal states that if a judge will financially GAIN or LOSE financially or his family or friends will or any business associates will or MIGHT, it's possible, then he or she must recuse.

I Nakamoto accounted for everything, literally, everything as one fact of US Law I must comply with is: safety. As AMERICA NEVER NEGOTIATES. What we never negotiate is our safety.

In a case involving money or currency once a foreign nation adopts it as it's national unit, then EVERY JUDGE and EVERY POLITICIAN AND OFFICE HOLDER stands to gain or lose financially as does every citizen and business. Meaning all must recuse OR send ahead to the Justices, to the Supreme Court.

Judge: so far? As any and all appearances in any and every venue has been denied me ABSOLUTELY? I actually stood down or aside every single sitting Officer. And then asked a

federal question that guaranteed a win and The US defaulting as they did in my case on 11/05/08. That?

The Judiciary is assuming and acting upon a personal or group belief that's false!

I, Satoshi Nakamoto, have zero conflict. I turned the violation of law very right and failure to get me incorporate women are not the law to my so all of our advantage, and I with Meyring's help, turned one exact clSCORUS clerk's hatred of women, Native Americans and PRO SE LAWYERS so a monopoly of one who is unethical and then a defective process in SCOTUS as the clerks who filed me told me they are being subjected to a defective, made Impossible process, as there are not enough clerks to summarize as many filings as they receive and no process to file and hear direct cases of Constitutional Authority and Original Jurisdiction exist, it has been an informal process as only four such cases exist and two are mine!

The SCOTUS clerks told me or rather informed that THEIR CONSTITUTIONAL AUTHORITY IS USURPED, AND AT TIMES BY: A LAWYER NANED DAVJD BOIES OF BVG INFAMY AND WHO SEEMINGLY STALKS ME IN THE FEDERAL COURTS AS HE IS IRRATIONALLY NAMED AS A LAWYER OF RECORD IN THE JLEINMAN WRIGHT LITIGATION.

Judge: reason this. If these lawyers stand to financially GAIN or LOSE in the crypto case?

Then a great blessing is that we have no evidence that supports the belief that a Justice and exactly Roberts the Chief ever saw my case. We do have proof that he hasn't: his own 3 public objections, the most recent stating that the ASSOCIATES are bring treated and acting as if advice columnists! Why?

Easy: Constitutional Authority Cases of Original Jurisdiction go to the Chief directly. They are not to go to the Associate Justices, see MARBURY V MADISON. See Justice Stevens stating in re BVG that "these lawyers are lying". Who?? As BVG isn't an original case as it was born as Gore V FL so only a name change is as NOTHING was found to be different or defective in re Florida law. I like bed in Florida, I was an eyewitness to that case as I was in West Palm and I then was in Jacksonville when Harris read FL statute out loud and stated with the Governor present on camera that she had interpreted FL statute correctly and so you needed to sue Florida to address the statute. Correct.

But the lawyers did not and so the clerk that has always been common to this and that my clerks and other clerks in SCOTUS named is William Suter now retired, as HE violated traditional process in both my and BVGs so Bush and Gore's case. So the other MAN who is common every time now?

DAVID BOIES.

I? Do not have a single conflict. I have only voted one time as that vote was vast as a direct result of the US Navy and the acting Commander Naval Station Mayport engaging me and n one-

upsmanship so that when I ascended upon answering the million dollar question and did so truthfully the test being would I tell the truth or take a massive amount of money they had to give me, he recognized my commission and charged me with the duty to cast my weight against a lie not any one person! Like this: I might cast all of my weight against this lie about The Founders, the law, the US Navy, women and Meyring's brother Charles who was on the Nimitz with John Walker, he served with Walker, by voting for or against someone but that, what to do or how to do it, was on me and would be my choice. The actual Honor Bond and Contract created that June day in 1996 was I needed to leave Jacksonville and act from another jurisdiction so I did and that is how I landed here, in NM, in 1996 and eventually returned to FL and to here, NM again.

In this case? YOU and FRANK HULL cannot and may not possibly be at fault or guilty unless you deny me and now a licensed, SCOTUS certified lawyer who can create a Trust for The People and so q partial solve to our, America's, financial crisis.

As a judge? I could not reason with Frank Hull after her first response. So all I could do? Whatever. I can act if she hears me in person but not if she only reacts to the APPEARANCE and PERSINAL ASSUMPTIONS SO HER OWN FEELINGS OF THE ILLUSORY PAPER FILING. That is exactly why you must file your own case in it's entirety if CA, OJ and direct to SCOTUS; you DO cite law, statute, code act n play and you do make your whole case with him your Petition.

I acted to do what BVG was and did; I motioned my clerk to as an Emergency, consider my Petition as my brief etc also as that's what BVG did.

But the SCOTUS clerks reported that William Suter USURPED all Authority and acted as an Authoritarian, that HE gave that case special treatment and forcedcthrm to violate traditional process by acting to do all of this stuff they never would and whrn they had no other choice. So nobody was acting agsinst either Bush, Gore or me. They truly had no choice.

So we cannot say Stay Clerk Danny Bickle no matter what he did is at fault or guilty - yet.

We can say that Hull for whatever reasoning has made it Impossible to mount a Federal Appeal as I did what you are to do even if it is the spirit of the law not the law itself, I built a Chinese Wall around Meyring and as he came to live and work in Atlanta, I maintained radio silence which we maintain now; after our initial conversation to mount the Miami and this filing? If we communicate directly then slab outside observer can place unlawful, anti constitutional blame on one of us or YOU.

So reason this: WAS OBAMA made this about him as Hill did but Hull did not act beyond just going off on me. Citizens from all over the country contacted me upon that action. You may not be aware of this or that now milliions of investors are enraged as if others keep vesting belief in Wrights fraud, that be has a skill you need to be a biological woman to have then all of their investment is wiped out.

It's a bio distinction like but not the same as men and women wrist bones bring different so allowing us to manipulate a bar of soap differently or allowing a piano player like Meyring to hold his hands and fingers high over a keyboard unlike some people now and other hominids of the past.

Thurgood Marshall? He said ntered those films of girls choosing a child not their own. But the research and science wasn't known until the 70s will h ROGER SPERRY and the 2000s WITH RAY MORTON and SUSAN HERBERT.

Obama and most of the rest except the kidnapping of my sons and now my two homes being stolen by a bank and/or the former owner and his real estate agents? Was simply a means! Exactly as Marshall used a name, Brown, a man standing for his daughter or all women never INCORPORATED and also disenfranchised Hispanics as his means.

I? No matter how hard it has been I have always acted to hold myself to the strictest standards of the law and YOUR OWN OTHER FEDERAL COURT RULINGS. I never except myself; I always posses my very own reasoning too. If I comply with a ruling one of you a federal judge has issued and do not reveal my own reason my? It is so if you or anyone is ever blamed at all for what a Wright, SEC or Boies did or for what I did then I can reveal my own reasoning and clear you! Stop the citizens from civilly convicting you and violently revolting.

A what I and Meyring did is create a situation whereby the only choice any of us have and when it comes involves money so YOU ONLY I, MEYRING AND ROBERTS DO NOT STAND TO LOSE OR GAIN BUT ALL OTHER JUDGES AND CITIZENS SO LAWYERS DO THEREFORE IT CAN ONLY BE HEARD BY ROBERTS.

I even lawfully and legally protected Kagan as it seems as if she failed to answer in exchange for that seat on SCOTUS but all I have that is relevant to that and she is not exactly is: Stevens TESTIMONY again, that she is a 'fine human being'. I may not like her and I don't as she did almost , trick me but Scalia prevented that, he warned me by saying he found it curious that she changed eggs to cell phones. He then posed will hvq dictionary for his portrait and the media dtagg e him through the coals, malinged him and defamed him for that and for saying what be did about Kagan. And I realized

Not eggs to cell phones! In Scalias minutes example he has a MINOR buying eggs and in here an ADULT so as we all know....MINORS MAY NOT ENGAGE IN CONTRACTS SO NOW? MINORS HAVE OURCHASED CRYPTO!

What we have is people selling money & currency as you would sell a nickel for $1 and we have people like Musk And Cuban with character defects who created an actual culture of Faking It or fraud and the abject hatred and misogyny of women misogyny being punishing ANYBODY who objects to anything systemically advantageous to a type of man not all men now acting to do what is insider trading and the ARTIFICIAL MANIPULATION OF MONEY, CURRENCY AND STOCK IN CRYOTO TO THEN UNLAWFULLLY LEVERAGE IT FOR CASH!

When that is a crime and they have motive as the very nature of these Silicon Valley companies is NO CASH, THEY ARE JUST ILLIQUID.

See attached.

Musk has a kno n documented history of being fined and censured by the SEC for this and for then violating the agreements he enters with the FCC when censured.

We can prove WRIGHTand ARMSTRING and FRED ESHRAM have motive but it seems as if ESHRAM was not a involved with any plan to steal, take or seize my and Meyring's $46 billion.

I act d to do ALL I have done with deliberation; I have always maintained zero conflict, I have never even favored Meyring.

The reason to make him a 50% equal partner? To name him mad I did as the 'prize'? As if I act to do anything to favor him in any way or harm him then I immediately harm myself; it is irrational and cannot be a...judges fault!

I also addressing the harm men have experienced some by Silicon Valley that is causing them to commit suicide mass and/or blame women and the Judiciary.

Watch: I am now naming Emory and my claim is they sold Meyring, my lawyer, an education in the law so diploma or JD that is worthless.

As you ar to be our ADVOCATE as he's named as Pro Se - we finally have a case whereby a licensed lawyer is acting simultaneously or better concurrently as both MY paid counsel AND his own! So if you act to protect anybody else's best interests to his detriment or act to hear a case when you do stand to gain or lose financially as a judge or citizen voter as it is reported that El Salvador will cost you a share of an old stimayed $400 million that we all lose via their adoption of crypto and as unlike the SEC q Coinbase exists to create and generate fees exactly as Soros says he created Apollo to do then...

All or some legal education and so legal educations, diplomas, licenses and CERT OR ANY AND ALL AT ADMISSION IS NO GOOD.

You would be irrationally harming yourself when that makes no sense: what Motive to commit a crime which this would be if not Emory or...the legacy of William Suter, if not Emory sellng Meyring a bad addy investment as if good and as if an actual investment? It has to be them OR William Suter now retired.

I even waited until he retired as he told me, a Native American women when the President just needed to act for the epidemic of rape and homicide among Native American women that he actually meant and intended to quote "EXTERMINATE" us.

Anybody ethical, anybody vesting true belief is n the exactly named Creator and anybody vesting true belief in the Founders and US Law; he EXACTLY told me he could and would do SOMETHING to all such Federal Judg s; he did not state what exact act he could and would me take, only that there is something, some way be has, of keeping Roberts from ever knowing an other federal judge ruled at all. That a case even though exists.

All I can name? If you're not to tamper in the files and the media does not name a case for whatever reasoning - here, this case? I chose to take this to The People directly NOT through media owned by 5 or 6 corps who do have an agenda and do stand to gain or lose financially and do own elections so can cause you a judge to become appointmentee or not - so all I can name?

If no judge is to go into the filings and Roberts cannot imagine this is happening as ORLY TAITZ attacked Roberts with a camera in Public and whrn he told her to name the crime he was the victim of if true she did not! She had a filing destroyed in SCOTUS but she? Is not Natural Born and knew that when she pulled a stunt; so while she did cause me, Meyring, John Roberts etc to be the victims of a crime? She will not confess and as a citizen cannot be forced to do via the 5th.

The citizens are furious. They confessed to voting a certain way that is HARMFUL as like you they are unaware that I come to court with Meyring so even the class of lawyers is protected and has an advocate - as does Emory.

A part of my whole, comprehensive plan that causes all to benefit not profit monetarily is:

To always keep this on ME, MEYRING and ROBERTS as we have no conflict and do not stand to gain or lose financially.

I always planned to solve our National financial crisis; I knew I would have no choice but if successful to not only adhere to Royal Astronomers strictest standards for science to prove a theory is a law of nature and to do so in a way that is simple to understand as you are never to invest in what YOU yourself cannot reason when all calling themselves Coinbase did bit that I would need to VOLUNTARILY DONATE MY FORTUNE TO THE PEOPLE OR ITS TREASON AND HIGH TREASON VIA OUR HONOR BOND WITH SCOTUS.

So must Meyring but again, HE must do so wholly voluntarily BOT VOA AN ACT OF THE IS OR SEC TO SEIZE, TAKE OR STEAL IT ON BEHALF OF ARMSTRONG! Arnstrong says the SEC refused to meet with him. So they were not willing. What force did he use?

Again, I planned for this: you? Are in Atlanta too. That I cannot engineer. Home of Jeffrey SPRECHER and LOEFFLER A FORMER SENATOR. OWNERS OF THE NYSE, ICE AND OTHERS GIVING HIM A MONOPLY WHEN HIS STORY IS HE WAS AT A BAR IN NYC AND A LINO FROM GOLDMAN SACHS PULLED UP AND SOLD HOM THE NYSE FOR $1 OR $1000, THOSE TWO NUMBERS ARE NAMED. HIS FORMER PARTNER, CKOENT OR OPPONENT?

ENRON AND DO ARTHUR ANDERSON.

Still: Goldman, Boies, two party's and now Wright, Arnstrong, Kleinman, Silicon Valley, Forbes List of Richest and GREED so PROFIT not benefit is common.

If I did not have Meyring who has never acted for the sake of money itself and is a natural bio man and a lawyer holding a paper JD and a license?

Men could not say that they had a stake in a solvent Treasury or pulling a miracle out of a hat at the nth hour; that this war between men & women waged to protect a small group of u just men ortoing fraud as the appearance that they are the richest is wholly false, Musk cannot pay his tax bill and Tesla says if he sells anymore stock then he would devalue them and he did it the other day regardless.

Forbes is printing and promoting a lost that is a fraud, Musk has never been the richest as in most money or CASH or something like intelltual property that you can convert to cash.

I and Meyring? We are not desperate vas we can just create this again or ask you for the patent and then I can unleash my tech or sell it.

I suggest to this court that Wright, Arnstrong and Kleinman nor Boies can.

Also, it is not possible for them to prove that a dead human named David KLEINMAN contacted Wright to CREATE this, that David KLEINMAN had the idea I had as he cannot testify and so far his brother has not testified to being a co creator so what he testified to is hearsay, My brother told me.

He also claims that he has emails and on the net I am told they are being released.

My email dates from 2007 and in my case? I demonstrated I do have the ability to outwit domestic surveillance and even catch hidden spy programs, and I made a report to the the the DOJs Internet Crime Service TURNING MYSELF IN TOO, IT ONLY SEEMS AS IF I TURNED IN ABUSE OF THE PATRIOT ACT OR STELLARWIND; I WAS CREATING THE EVIDENCE WE WOULD ALL NEED SOMEDAY AS THE HISTORICAL PATTERN FROM OIR ESRLIEST WRITTEN RECORDS THAT I MAMED FROM DAY ONE OR MY FIRST ACT TO FILE IN THE FEDERAL COURTS -

APRIL 4TH, THE DAY MLK WAS SHOT

IS THAT EVER UNETHICAL, UNJUST MEN HAVE ALWAYS BEEN ALLOWED TO STEAL CREDIT, PROFIT AND THE RESULTANT TECH OR: THE INTELLTUAL PROPERTY OF A WOMAN.

MARIE CURIE, ALL WOMEN AS ONLY A HANDFUL EXIST WHO ARE PUBLICLY ACKNOWLEDGED?

IF MEN CANNOT SAY HER HUSBAND OR A PROFESSOR HELPED HER THEN...NO RECOGNITION.

The above is why the Nobels rule is you must be alive to receive a Novel.

Alfred Nobel partly used US Law so The American Founders, Law and: American Jurisprudence in re hearsay and suggestion!

If you notice? I call you the OTHER federal court and I have no idea if the judge is a man, woman, Dem, Repub etc. That too is to address an I jiryband harm:

Brian Armstrong is now saying that he isn't wrong and did not steal from me and Meyring or perp fraud as: the SEC and his lawyers did not say no.

The SEC at first refused to meet with him plus he's SAPIENT and an ADULT, he knew his creation, Coinbase, only has value and a lot of it if he could somehow pressure or force the SEC.

And make it seem as the Judiciary did it too to us, the nation.

The only reason I can name for DSVID BOIES being counsel as he knows next to nothing about crypto and no one involved named or can reason Jefferson's Plan for COINS? And all acted to perp fraud or violate law?

By gaming access to the same BVG court exactly it creates the illusion that these men via Boies not only have Authority to do all of this but have a guaranteed entry to SCOTUS to then manipulate Roberts once more!

See the Elite Eight and Magic Circle lawyers and one man appearing to make oral argument SEVENTY FIVE TIMES!

It is only upon Suter's retirement that other licensed lawyers who are ethical have the possibility of entering but that defective process still is.

What reason does the Federal Judiciary have for rendering ALL law license, bar admissions or cert worthless?

I now need to name Emory and for POSSIBLY selling Meyring a worthless and non investment and the state of Governor too or else it seems as if an actual conspiracy is; you do need to concern yourself with what the citizens and investors are being led to vest true belief in. One true belief that they have especially as Biden is taxing billionaires and Musk is manipulating the media again to his advanatage is:

They truly believe that you, anybody who is The US is acting to replace the 1% that already in entrenched with another, different worse 1%: Silicon Valley men.

When I served Musk? He went on SNL and in a not so surprising move fraudulently claimed to be autistic, or, he is now blame ng autism as if autism caused his behavior or as of he has it.

I can prove that he is fully blown symptomatic but not of autism, as it's a DSM ENTRY.

Not only did Musk ever name autism until I sued him.and served him AND his lawyers but I was banned by him or one of his rabid fans who identify with him from Twitter for stating a hard ore fact of science.

This court should note that Musk and all of Silicon Valley even the successful women all share this same personality disorder and/or this character defect and Musk has no daughters, no wife, no girlfriend, and zero women he follows on Twitter and when he did follow one and was made aware that he had? HE INSTANTLY UNFOLLOWED HER SAYING IT IS A MISTAKE.

HILARIOUS
In one tweet, Elon Musk captures the everyday sexism faced by women in STEM

The world's richest man's poor sense of humor is exposing how much of a boys' club tech still is.

In an Oct. 29 tweet, Musk proposed opening a school called the Texas Institute of Technology and Science. In a thread, he added, "it will have epic merch, universally admired." When someone earnestly suggested swapping "technology" and "science" so the latter came first (on the premise that "technological breakthroughs almost always follow scientific breakthroughs"), Musk shot back, "Nope, T is def first."

Why? Because if you swapped the letters, the acronym would no longer be TITS.

No, the Tesla and SpaceX founder wasn't sincerely talking about setting up a university (despite what entrepreneurs, political scientists, US senators and politicians, and professional athletes thought). Yes, he was making a boob joke.

"I heard sexualizing women is a top-down, systemic issue in tech. Might be wrong though idk," Cher Scarlett, one of the leaders of the AppleToo anti-harassment group at Apple, tweeted sarcastically in response.

What Musk's "joke" suggests about company culture at Tesla and SpaceX
Coming from anybody, this sort of a distasteful joke makes for an eye-roll moment. It's childish and immature. But coming from Musk, who has almost 62 million followers on Twitter and is the face of two important tech companies, it is potentially damaging to the entire sector.

"Honestly. As a shareholder and customer, this is really a puzzling and disappointing attempt at humor," Eric Wenger, senior director for technology policy and government affairs at Cisco, tweeted in response. "We are trying to encourage more women to pursue technology degrees and careers. I cannot see how this helps that effort in any way."

Tesla, where just one in five of the 70,000-plus employees are women, has been criticized for being a hostile workplace in the past. Women there are subject to "inappropriate language, whistling, and catcalls," a 2017 lawsuit by engineer AJ Vandermeyden alleged, and other female employees concurred.

At SpaceX—where the representation of women is even slimmer than it is at Tesla—the president and chief operating officer is a woman, Gwynne Shotwell, who in the past has called Musk "a great boss" who is "funny" and "incredibly fair, almost to a fault."

Musk's latest messaging might not change that, but it arguably makes the characterization harder to believe.

Coming to grips with tech's sexism problem

Despite studies showing women are good for business—diversity generates higher revenues, varied ideas, and more effective teams—tech leaders haven't done enough to foster safe working environments for them. A survey by Accenture and Girls Who Code found that half of the women in tech roles leave their jobs by the time they're 35, with 37%—the largest percentage—citing "noninclusive company culture" as their main reason for quitting.

What possibly could be causing their sensitivity? Well, there are structural issues like tech's well-documented gender pay gap. But there also are run-ins with things like Musk's boob joke, or that time in 2017 when an Uber board member interrupted a presentation about sexism to make a sexist joke. Unlike Musk's tweets, however, these unanticipated (and yet somehow not fully unexpected) interactions usually occur behind closed doors.

In the case of Uber, the board member in question resigned within 12 hours—and then-CEO Travis Kalanick eventually stepped down over allegations of rampant sexism at the firm. At Pinterest, where former chief operating officer Françoise Brougher sued for gender discrimination, the company paid $22.5 million to settle her claims, and donated to charities that support women and underrepresented women in tech.

In most cases, if a boss had made a joke like Musk's in an office, it would be grounds for an investigation at least, if not an outright firing.

But Musk's crude outburst has played out for the world to see on Twitter—and he's been pretty blasé about it. It's been three days since his tweet, and neither he nor his companies have addressed the impropriety of it. Luckily, other people have.

NOT HILARIOUS. Note: I used 8pt type, the same as the budget, as limited resources are and I included the link so anybody even the Visually Impaired may flread it online and see any graphs provided as another article follows.

WHY IS MUSK ALWAYS THE EXCEPTION?

AS PEOPLE NOW TRULY BELIEVE MONEY AND ONLY MOMEY BUYS THEM FAVORABLE COURT RULINGS DESIGNED BY GOLDMAN SACHS AND DAVID BOIES FOR ONE.

I call you the OTHER federal court as they also truly believe somehow a Justice has MORE or SPECIAL authority and power so does control you.

Musk named a form of autism that he does not actually have and that Zuckerberg claims to have. We can only reason then IF true and autism causes him to devalue Tesla stock, hate & disrespect women, violate SEC regulation and target children too that and when Zuckerberg is always before the Congress upon a now routine basis that

Men with autism may not act as CEOs OR own stock

Or he is just doing what this type of man does upon bring caught, claim be has an addiction or autism.

Fact: equilibrium is as homeostasis is; I exactly named both in Petition 07-9804 and ENTROPY.

Men crazy made against women without remedy or relief when it exists - hearing in person in this court or SCOTUS to accord Meyring and I protection of the law and to incorporate women at like last. Scalia wasn't lying when he said that women have not been INCORPORATED. So 75% of all cases of schizophrenia are woman but 75% of all cases of autism are man as nature will level

the playing field if we act to directly violate nature which a violation of EP & DP is, it's a law of nature if you reason the app correctly accounting for bio distinction and the good math.

Guess who else has not been incorporated? Native Americans like myself who hold no tribal citizenship or affiliation and wish to assimilate by CHOICE upon a wholly VOLUNTARILY BASIS.

I cannot possibly be motivated by money!

Or anything else I myself have not claimed as my motivation.

Fact: This an emergency for me exactly as men are now showing at my door and becoming violent with me and as:

https://www.cpajournal.com/2020/10/29/icymi-the-trillion-dollar-annual-interest-payment/

ICYMI—The Trillion-Dollar Annual Interest Payment

By Joseph DioGuardi, CPA
Featured, News & Views, April 2019 Issue | October 2020
Get Copyright Permission

Editor's Note: The CPA Journal also interviewed Joseph Dio Guardi about the federal deficit and accountants in public service. An edited print excerpt can be found here (https://www.cpajournal.com/2019/07/12/an-interview-with-former-congressman-joseph-dioguardi/), and the full version is also featured in our Voices of the Profession series (https://www.cpajournal.com/2019/07/10/voices-of-the-profession-an-interview-with-former-congressman-joseph-dioguardi).

I often ask myself whether we are doing enough to be good stewards for America's future. How will future generations be impacted by the actions that our nation's leaders and its citizens are taking today? The recent Congressional Budget Office (CBO) report on the 2019 "Budget and Economic Outlook" makes it clear that we are not doing enough. In fact, we are failing. We are leaving our children and grandchildren a financial burden that may soon become untenable.

The CBO's glimpse of America's fiscal future is dismal—a national debt that balloons to $33.68 trillion by 2029, and that exceeds the nation's gross domestic product (GDP) over the same period. The CBO also projects a return to $1 trillion annual budgeted deficits as the new normal (Exhibit 1).

Exhibit 1
Projected U.S. National Debt vs. Projected GDP (dollars in trillions)


Debt vs. Defense
When one compares future annual defense spending with annual interest payments over the next ten years, America's fiscal future is compromised even further. Given the recent actions of Congress, and the years of prior inaction in changing the nation's fiscal path, the U.S. government's annual interest payment will eclipse annual defense spending in only six years. By 2025, annual interest costs on the national debt will reach $724 billion, while annual defense spending will reach $706 billion. To put that into perspective, in the 2018 fiscal year, the U.S. government spent $325 billion in interest payments and spent $622 billion in defense (Exhibit 2).

Exhibit 2
Projected Annual Interest Costs on U.S. National Debt versus Projected Annual Defense Spending (dollars in billions)


Of course, there is a difference between interest and defense costs. Interest payments do not strengthen national security, pay soldiers, or lay the groundwork for the military technology of the future. In fact, interest costs do the opposite. The increase in interest costs for federal spending over the next decade could dramatically squeeze the funds that the national government has available for discretionary spending on important government programs. Discretionary spending is already squeezed to less than one-third of the

budget due to spending on mandatory entitlement programs and interest on the national debt. Moreover, defense spending accounts for more than half of discretionary spending. Because interest also acts as a mandatory expense and must be paid currently, unless entitlement spending is decreased and taxes increased during the next 10 years, discretionary spending (including defense and national security spending) will increasingly be crowded out by rising interest costs on the national debt (Exhibits 3and4).

Exhibit 3
2018 Federal Spending ($4.108 Trillion)


Exhibit 4
2029 Projected Federal Spending ($7.042 Trillion)


Unless something changes, sometime in the next 15 years, the annual interest payment on the national debt will reach $1 trillion by itself. What will that large number mean for Americans who will have to face that reality and future leaders who will be tasked with solving such a burdensome financial reckoning?

## A Crunch on Domestic Spending

As the Committee for a Responsible Federal Budget reports, in 2016, total federal spending for children was 9.8% of all federal spending ("By 2048, Only 6% of the Budget Will Go to Children," July 6, 2018, http://bit.ly/2HgGxZQ; "Budgeting for the Next Generation: How Do Kids Fare?" June 7, 2018, http://bit.ly/2UwtQx3). By 2021, however, interest costs on the national debt will exceed total federal support (spending and tax breaks) for children, and by 2048, total federal spending for children will fall to only 6.3% of all federal spending. Contrast this with total federal support for children, which rose from 1.8% of GDP ($55.8 billion in 2018 dollars) in 1960, to 3.1% of GDP ($458.3 billion in 2018 dollars) in 2010 (Kimberly Amadeo, "U.S. GDP by Year Compared to Recession and Events," The Balance, July 9, 2018, http://bit.ly/2Cii56j).

On February 25, 2009, I testified before the Federal Accounting Standards Advisory Board (FASAB) on the need for full liability accrual/GAAP accounting for U.S. budgeting and financial reporting (https://youtu.be/inGdtu3B4pE). While not endorsed by the FASAB, a compromise was reached to at least show the largest components of unfunded liabilities for entitlements as "sustainability" numbers just below the U.S. federal government's balance sheet. Today, it is clearer than ever before that Congress is not heeding the dangerous trend of financial "unsustainability," and that the time for a full and comprehensive accounting of liabilities, promises to pay, and federal obligations for unfunded federal pensions, guarantees, and insurance programs may have finally arrived.

In The Reckoning: Financial Accountability and the Making and Breaking of Nations, Jacob Soll, a professor of accounting and history at the University of Southern California, described the roots of our chronically imbalanced U.S. federal budget. According to Soll, successful societies, while they last, properly account for all economic and financial activity. They openly confront and disclose their liabilities as well as their assets, achieving accountability until one misfortune or another, or mismanagement, "gets the red ink flowing unchecked." But Soll also makes the point that, in the past, nations went broke through ignorance, but today's leaders have no excuse, since accountants are everywhere.

## Restoring Balance

While accountants may be everywhere, the political will to use accounting principles that record all unfunded long-term obligations and political promises to pay is lacking. And since the accounting rules cannot be changed without legislation requiring the implementation of professional accounting standards and the enforcement thereof, the political establishment in Washington is not inclined to tell the truth about its deficit spending and the real size of the national debt. Elected officials may think that this could put their hold on reelection in jeopardy, which may sound to many like a classic conflict of interest.

The public perception of such a conflict was made painfully clear by this author's old accounting firm, Arthur Andersen & Co., in its 1986 publication "Sound Financial Reporting in the U.S. Government: A Prerequisite to Fiscal Responsibility":

Given the existing practice of cash-basis budgeting and reporting, programs can be adopted, and promises made, without knowledge of their full cost. This lack of accountability creates an incentive for elected officials to curry favor with today's voters at the expense of tomorrow's taxpayers, and has been a root cause of fiscal mismanagement within the U.S. Government.

In the same publication, the firm confirmed what many experts in public sector accounting already know but find hard to believe even in 2018—namely, that full liability accrual accounting had been the law of the land since the passage of Public Law 84-863 in 1956. That law required U.S. government agencies to prepare GAAP–accrual basis financial reports like those required of publicly traded companies by the SEC to protect shareholders from fraud and mismanagement. Succeeding Presidential administrations and Congresses, however, largely ignored the enforcement and implementation of this law.

At their core, the issues facing American citizens go beyond the growing national debt and containing interest costs for the near future. The public needs to recognize that the accumulated annual budget deficits of the federal government represent a claim on the future standard of living of American taxpayers. Future generations face the prospect of being chained to the repayment of the public debt, plus interest, racked up by their predecessors. For our children and grandchildren, that may well mean the end of the "American dream" of economic opportunity, home ownership, job security, and family well-being. If we fail them, history will not judge us kindly.

Joseph DioGuardi, CPA is the president of Truth In Government, New York, N.Y., and a former member of the U.S. House of Representatives. This article is edited from a post on Truth In Government's website (https://www.truthingovernment.org).

My branch of the Federal Reserve has been calling for a room since 2013; Congress has failed to act and now acts to allow Fintechs to operate without regulation when I was harmed by a Fintech, BBVA Compass diguised as bank, and acts to regulate/legislate crypto when that doesn't address Fintechs or any of this as they and their lawyers, lawyers who craft regulation/legislation for them do not COMPREHEND what crypto is, what Jefferson, I and Meyring did or did not act to do or the good science and math and when Congress not the Dallas Federal Reserve or I refuses to implement or enforce Public Law especially regarding public corporations which constitutes motive again on Wright, Arnstrong, Kleinman' sCoinbase and Goldman's parts in my case against them and in general and further inventivizes and e courage's their illegal and in this case due to The Constituional terms in minting, currency, money, metal and printing as well as the massive energy expenditure and waste current crypto mining causes when I gifted actual, practical, free energy to The People:

See https://www.justfacts.com/nationaldebt.asp

As I could not cut and paste this and it is current as of November 1st, 2021.

And:

https://www.dallasfed.org/news/speeches/fisher/2013/fs130116.cfm

The different

https://www.dallasfed.org/news/speeches/fisher/2013/fs130316.cfm

https://www.dallasfed.org
› fi...PDF
Correcting 'Dodd–Frank' to Actually End 'Too Big to Fail'
by RW Fisher · 2013 · Cited by 9 — Before I begin, I want to recognize the common goal that we all share—ending. "too big to fail" (TBTF) and taxpayer-funded bailouts.

https://www.dallasfed.org
› fisher
Taming the Too-Big-to-Fails: Will Dodd–Frank Be the Ticket or Is Lap-Band
Nov 15, 2011 — Richard W. Fisher served as president and CEO of the Federal Reserve Bank of Dallas from April 2005 until his retirement in March 2015.

https://www.dallasfed.org
> a...PDF
Vanquishing Too Big to Fail - 2012 Annual Report - Dallas Fed

The United States is burdened by a highly concentrated financial system where the dozen largest banking institutions control almost 70.
5 pages·873 KB

https://www.dallasfed.org
> fisher
Comments on Monetary Policy and 'Too Big to Fail' (With a Tribute to ...
Feb 27, 2013 — All these actions are in keeping with the dual mandate that the Federal Reserve was given...

And:

The Foreign Sovereign Immunities Act (FSIA) of 1976 is a United States law, codified at Title 28, §§ 1330, 1332, 1391(f), 1441(d), and 1602–1611 of the United States Code, that establishes the limitations as to whether a foreign sovereign nation (or its political subdivisions, agencies, or instrumentalities) may be sued in U.S. courts—federal or state. (In international law, government protection against lawsuits in foreign courts is known as state immunity; government immunity in domestic courts is known as sovereign immunity.) It also establishes specific procedures for service of process, attachment of property and execution of judgment in proceedings against a foreign state. The FSIA provides the exclusive basis and means to bring a lawsuit against a foreign sovereign in the United States. It was signed into law by United States President Gerald Ford on October 21, 1976.

However: in this case? The US is yet in active, official default. I charge the Officers are now fugitives from justice.

Since the passage of the FSIA in 1976, numerous legal issues have arisen in regards to the manifold interpretations of the Act, leading to the formation of an American Bar Association working group that seeks to reform FSIA.

I meet the third basis named in re suing a foreign state; El salvador is driving immigration and border jumpers amo g other acts; Bitcoin that it adopted as it's national currency is being used to install a self anointed dictator and those people are in revolt. We meet:

"When the plaintiff's claim is based upon an act by the foreign state which is performed outside the United States in connection with commercial activity outside the United States and which causes a direct effect in the United States."

1982 USC, civil rights

31 USC, on finance and money

Article 1 Section 8, all pertaining to money and scientific discovery.

Article 1 Section 10: on states issuing money etc

Also:

"No Money shall be drawn from the Treasury, but in Consequence of Appropriations made by Law; and a regular Statement and Account of the Receipts and Expenditures of all public Money shall be published from time to time." ~ Article I, Section 9, Clause 7, The US Constitution

From the web:
"On July 26, 2016, the Office of the Inspector General (OIG) issued a report "Army General Fund Adjustments Not Adequately Documented or Supported". The report indicates that for fiscal year 2015 the Army failed to provide adequate support for $6.5 trillion in journal voucher adjustments. According to the GAO's Comptroller General, "Journal vouchers are summary-level accounting adjustments made when balances between systems cannot be reconciled. Often these journal vouchers are unsupported, meaning they lack supporting documentation to justify the adjustment or are not tied to specific accounting transactions.... For an auditor, journal vouchers are a red flag for transactions not being captured, reported, or summarized correctly."

(Note, after Mark Skidmore began inquiring about OIG-reported unsubstantiated adjustments, the OIG's webpage, which documented, albeit in a highly incomplete manner, these unsupported "accounting adjustments," was mysteriously taken down. Fortunately, Mark copied the July 2016 report and all other relevant OIG-reports in advance and reposted them here. Mark has repeatedly tried to contact Lorin Venable, Assistant Inspector General at the Office of the Inspector General. He has emailed, phoned, and used LinkedIn to ask Ms. Venable about OIG's disclosure of unsubstantiated adjustments, but she has not responded.)

Given that the entire Army budget in fiscal year 2015 was $120 billion, unsupported adjustments were 54 times the level of spending authorized by Congress. The July 2016 report indicates that unsupported adjustments are the result of the Defense Department's "failure to correct system deficiencies." The result, according to the report, is that data used to prepare the year--end financial statements were unreliable and lacked an adequate audit trail. The report indicates that just 170 transactions accounted for $2.1 trillion in year—end unsupported adjustments. No information is given about these 170 transactions. In addition many thousands of transactions with unsubstantiated adjustments were, according to the report, removed by the Army. There is no explanation concerning why they were removed nor their magnitude. The July 2016 report states, "In addition, DFAS (Defense Finance and Accounting Service) Indianapolis personnel did not document or support why DDRS (The Defense Department Reporting System) removed at least 16,513 of 1.3 million feeder file records during the Third Quarter."

An appendix to the July 2016 report shows $2 trillion in changes to the Army General Fund balance sheet due to unsupported adjustments. On the asset side, there is $794 billion increase in the Army's Fund Balance with the U.S. Treasury. There is also an increase of $929 billion in the Army's Accounts Payable. This information raises additional major questions. First, what is the source of the additional $794 billion in the Army's Fund Balance? This adjustment represents more than six times appropriated spending. Second, do these transfers represent a flow of funds to the Army beyond those authorized by Congress? Third, were these funds authorized and if so when and by whom? Fourth, what is the source of these funds? Finally, the $929 billion in Accounts Payable appears to represent an amount owed for items or services purchased on credit. What entities have received or will receive payment?

The July 2016 report is not the only such report of unsubstantiated adjustments. Mark Skidmore and Catherine Austin Fitts, former Assistant Secretary of Housing and Urban Development, conducted a search of government websites and found similar reports dating back to 1998. While the documents are incomplete, original government sources indicate $21 trillion in unsupported adjustments have been reported for the Department of Defense and the Department of Housing and Urban Development for the years 1998-2015.

While government budgets can be complex, our government, like any business, can track receipts and payments and share this information in ways that can be understood by the public. The ongoing occurrence and gargantuan nature of unsupported, i.e., undocumented, U.S. federal government expenditures as well as sources of funding for these expenditures should be a great concern to all tax payers.

Taken together these reports point to a failure to comply with basic Constitutional and legislative requirements for spending and disclosure. We urge the House and Senate Budget Committee to initiate immediate investigations of unaccounted federal expenditures as well as the source of their payment.

PS, On December 11, 2017 we learned that the key documents had been reposted on the OIG website, but with different URLs. On October 5, 2017 we discovered that the link to the report "Army General Fund Adjustments Not Adequately Documented or Supported" had been disabled. Within a several days, the links to other OIG documents we identified in our search were also disabled. The sequential non-random nature of this disabling process suggests a purposeful decision on the part of OIG to make key documents unavailable to the public via the website, as opposed to website reorganization, etc. We also revisited the website intermittently to see whether the documents had been reposted under different URLs—until very recently they had not been reposted. The OIG link to the most report "Army General Fund Adjustments Not Adequately Documented or Supported", which indicates $6.5 trillion in unsupported adjustments, can now be found here: We are currently searching the OIG website for the other reports and will share the links here once we have completed the search." - end

WOMEN WERE NEVER INCORPORATED; I PROVED THAT THESE PEOPLE HAVE NO INTENTION OF EVER INCORPORATING WOMEN OR NATIVE AMERICANS AND NOW THEY HAVE DISENFRANCHISED ETHICAL MEN. WE ARE DENIED ANY SAY AND OUR TAXES, OUR MONEY, IS TAKEN BY FORCE. I AND NOW WE RECEIVE NOTHING IN RETURN FOR IT. Zero!

NATIVES TOO.

Where does a disproportionate and often irrational part of defense spending go to? SILICON VALLEY and when Musk once dressed someone up as a robot to make it seem as if HE has knowledge and tech he does not, ability and capability he does not.

See Misogyny & The Us & Silicon Valley

The Economist

The vile experiences of women in tech
A book excerpt and interview with Emily Chang, author of "Brotopia"

THE TECHNOLOGY industry vaunts itself as a meritocracy. Yet it is roundly criticised for being unwelcoming to women, in ways large and small. In America, women hold just 25% of jobs in computing, and leave the tech and engineering sectors at twice the rate of men. The situation is worse for women of colour: black women hold only 3% of jobs among women in tech, and Latina women just 1% in America.

(Natives? So small we are: other)

The gender imbalance is a global problem. In Britain, for example, Europe's main tech hub, just 15% of people working in science, technology, engineering and mathematics (STEM) fields are women. Only 5% of leadership positions are occupied by women....

...Brianna Wu has been tormented by online trolls for three years. It started in 2014, when Wu spoke up to defend women in the gaming industry, only to find herself plunged into a roiling controversy called Gamergate that turned her life upside down. The threats of rape and murder hurled at her online became so scary that she and her husband fled their home. To this day, they live in a new location under an alias. But sometimes the trolls still manage to track her down, and online harassment becomes an off-line ambush.

"They found our address and smashed a window of my house. Threw a brick right through it," Wu told me in April 2017, when I reached her by phone at a number she instructed me never to share. At the time we spoke, the window was still shattered.

The online attacks, like the one perpetrated on Wu, began and gathered force on sites like 4chan, Twitter, and Reddit, the largely unmonitored town halls of the web. All of these sites allow or encourage anonymity and pseudonymity, as well as a laissez-faire approach to free speech, in keeping with the long-standing libertarian ethos of the internet. All of them have tolerated years of online harassment of women...

Did I tell this court? Elon Musk's rabid fans or cronies on Twitter had me banned - for citing FACT. HUMAN BIOLOGY AND NATURE. AND A CRINE WE IN NM SUFFERED AT THE HANDS OF EPSTEIN.

None of this causes...federal agrbts/authorities to be involved?

Art 4 Sec 4.

Wait!

It continues: It should be of little surprise at this point that the sites that harbour the most vicious trolls—4chan, Twitter, and Reddit included—were all started and led by white men, who aren't usually the targets of the most vicious online harassment. Would these sites be as hostile to women today if they had been built and run by women, or at least included a meaningful number of women leaders early on?.."

You might want to proceed with caution:

"The money in misogyny

Few places on the internet are more troubled by misogynistic trolling than the world of online gaming. Gaming is a billion-dollar business— much bigger than movies and rivaling TV—including an exploding generation of mobile and social games, classic PC console games, and rising categories like e-sports and virtual reality. Yet the gaming industry is also saddled with a long-standing history of violence toward and degradation of women, allowing gamers to play out dozens of dark fantasies. One of the earliest rape-simulation games, Custer's Revenge, was released in 1982 by the game maker Mystique. The goal was to rape a Native American woman tied to a cactus, with points awarded for every thrust…"

I'm NATIVE AMERICAN. **MAHICAN**.

Are you aware of the epidemic violence happening to Native American women? I appear to be white! I'm not attacked as violently, but I'm attacked in both worlds. That's in Petition 07-9804. And others. WHY would I do business with ANY of these people? DC? Goldman? I would not.

I also used NATIVE AMERICAN AND OTHER INDIGENOUS INTELLECTUAL PROPERTY to make my discoveries and to invent.

The sacred Sundance and an actual Visionquest but more such as the Kogi of South Central Cali...no, America, lol, and Hawaiians who are not natives but are Pacific Islanders.

The Federal Bar says on its site:

Who Owns Culture? Indigenous Cultural Intellectual Property Rights?

Indigenous interests in intellectual property law can affect approximately 370 million indigenous people located in nearly 100 countries. Yet a legal framework for the protection of indigenous knowledge, culture, folklore, science, and music remains elusive. At the Indian Law Conference April 6-7, explore how an enhanced intellectual property law regime can protect the inclusion of indigenous peoples' cultural knowledge, inventions, and stories. Don't miss the 42nd Annual Indian Law Conference in Scottsdale, Arizona. Sign up today at www.fedbar.org/indianlaw17.

Indigenous peoples' heritage includes objects, scientific discoveries, moveable and immoveable cultural property, photographs, videos, songs, and dances. The nature of indigenous heritage material is such that it is transmitted from generation to generation. Globalization has provided new avenues and incentives for the commercial use of indigenous peoples' artistic expressions, which haven't always been protected and compensated for appropriately. From eco-tourism to souvenir artifacts, culture is being transformed and sometimes misappropriated into merchandise. The need for protection of indigenous works increases each day.

Speakers at the April 6-7 Indian Law Conference will discuss the rapidly growing domain of indigenous intellectual property law, including originality, ownership, and the advantages of protecting culture. The session titled "Indigenous Cultural Intellectual Property Rights" will feature Wade T. Blackmon (Kilpatrick Townsend & Stockton LLP), Melody McCoy (Native American Rights Fund), and Paul Spruhan (Navajo Nation Department of Justice). Register now to take advantage of reduced rates: www.fedbar.org/indianlaw17

Indigenous Cultural and Intellectual Property (ICIP) refers to the rights to protect traditional knowledge and sacred cultural material. It is the right to ensure that traditional laws and customs are respected; the right to be paid for use of ICIP; the right to proper attribution of the community connected with the ICIP; and the right to prevent offensive and misrepresentative uses of ICIP in all media. Learn about the rights of indigenous peoples to maintain, control, protect, and develop their intellectual property over cultural heritage, traditional knowledge, and traditional cultural expressions at the upcoming Indian Law Conference.

From 2017.

Now are you beginning to understand why I might need to meet force with equal force? And cannot avoid naming within my complaint what the website for this court asks me not place within my complaint? It ends:

The relationship between indigenous knowledge and intellectual property law is a complex one. Indigenous peoples' concerns about restricting or controlling the way other people have access to their cultural histories, religious and spiritual practices, and expressions necessarily involves legal questions about copyright, patents, trademarks, and artwork. Join the Federal Bar Association April 6-7 at the Talking Stick Resort for a groundbreaking examination of indigenous peoples and intellectual property rights. Sign up today! www.fedbar.org/indianlaw17.

Stacy Slotnick, Esq. holds a J.D., cum laude, from Touro Law Center and a B.A., summa cum laude, from the University of Massachusetts Amherst. She performs a broad range of duties as an entertainment lawyer, including drafting and negotiating contracts; addressing and litigating trademark, copyright, patent, and other IP issues; and directing the strategy and and implementation of public relations, blogging, and social media campaigns.

## DIRECTING THE STRATEGY??

You, Tthe US, have treated Natives and women as if we are actual mentally retarded children for hundreds of years.

CAREERS
Mark Cuban to Mavericks sexual harassment victims: 'I'm just sorry I didn't see it'
Published Wed, Sep 19 2018 6:20 PM

The Dallas Mavericks released the full results of a seven-month investigation on Wednesday that found "numerous instances of sexual harassment and other improper workplace conduct" had taken place over the past **20 years** at the organization, according to the Dallas Morning News.

Sports Illustrated first reported the allegations in an exclusive story in February. After interviewing more than a dozen current and former employees, the outlet described the corporate culture as "rife with misogyny and **predatory** sexual behavior" including "public fondling by the team president; outright domestic assault by a high-profile member of the Mavs.com staff; unsupportive or even intimidating responses from superiors who heard complaints of inappropriate behavior from their employees; even an employee who openly watched pornography at his desk."

The investigation found no wrongdoing by Mavericks owner Mark Cuban, but due to what the investigation deemed "**institutional and other failures.**" Cuban has agreed to donate $10 million to organizations that support the leadership and development of women in sports and that work to combat domestic violence..."

## INSTITUTIONS DO NOT FAIL - PEOPLE DO, HUMAN MINDS DO!

https://www.quora.com/Whats-the-ugly-side-of-Silicon-Valley-and-the-tech-industry-culture?top_ans=44635540

Anonymous but his or her credentials are named:

3. **People think laws and morals don't apply if you're "disrupting" something.** Uber is one example, and they're clearly bad. But look at Theranos. They were giving bad measurements on clotting factors in blood. That's a life or death thing for people on blood thinnners, and the whole company just went for it. I was at a startup where the CEO seriously proposed bribing someone to buy our software. ("Take him out to dinner and tell him we'll give him $20,000 in cash if he gets this through purchasing at $400K.") **When I said that was illegal, he said I just wasn't thinking outside the box.** Laws are for chumps. Morals are for little people. Decency is weakness. Many people think Travis is a winner, so they want to be like him.

4. **For all the liberal west coast feel goodism of the Bay Area, tech is generally racist, sexist, and ageist. The sexism and racism are known well, so I'll comment on age discrimination.** Zuckerberg had that famous quote about how young people are "just smarter." Venture capitalists are very open about their unwillingness to invest in older founders. Recruiters won't even forward resumes of people in their 40s unless it is a senior manager type. I saw a candidate a few months ago who had a very good track record of delivering results as a marketing events coordinator. But she was probably 45 or so. The CEO took one look and said ""at

her age, if she was any good, she'd be a VP." So she got passed on because if you aren't a VP in your 40s, you're a washout. I did push back about how maybe she just liked that role, but the response was that we should hire people who are trying to claw their way up. If you have one VP per ten employees, that means 90% of people over 40 are unemployable.

The outputs of the the tech revolution are really awesome. But the underlying machinery is really ugly.

## I am Native American, woman and in my 50s. You cannot sanely insist the Federal Gov so the DOJ and EEOC are unaware of this. Read the thread. This answer cane up first in my one search but there are dozens even hundreds of like threads. More answers:

...I have a friend who voted for Donald Trump. He rarely talks about politics, even though he puts a lot of thought into his opinions, and we would all benefit from his perspective. There is very little political diversity in Silicon Valley — most people are liberal (or libertarian), and conservatives are afraid people will attack their character if they are open about their beliefs.

Silicon Valley is also missing perspectives from black people, old people, and anyone who isn't a wealthy 25-year-old white/Asian male engineer who graduated from an elite university...

...When Sundar Pichai was asked in a town hall a few days ago, about why women are under-represented in tech, he said:

"Women typically look for jobs with a purpose. Studies show that."[1]

Studies do show that but woah, did he just say that? The same guy who fired[2] an employee a few months ago for "perpetuating gender stereotypes" by citing research in gender differences, just totally cited research in gender differences that seemingly perpetuates a stereotype. "Purpose/No purpose" preference = "People/Things" preference.

Facebook has a Global Director of Diversity. The numbers in 2017's Diversity Report[3] brag about Facebook's employee diversity based on race, ethnicity and gender alone. But wait, certainly there are signs of age discrimination[4] in tech, right? And of course, there seems to be height discrimination, as well[5]. And you guessed it right, there are signs of discrimination based on weight[6], too. And definitely there's discrimination against introverts[7]. And bias based on perceived attractiveness[8] , too! You see where I'm going with this? Since we seem to be assuming that *all* differences in outcome are only due to *discrimination* based on any of the *infinite* demographic categories (race, ethnicity, gender, age, weight, height, etc.), where are the rest of those numbers? They seem to be impermeable to… the ideological echo chamber with a diversity checklist flirting with cultural Marxism.

Tech companies should not discriminate against minorities. Maybe some day they'll realize that the individual is the ultimate minority.

Footnotes

[1] YouTube CEO's disappointing response to lack of women in tech completely missed the point
[2] Fired Google engineer Damore says the company is hiring and promoting based on race and gender
[3] Facebook Diversity Update: Building a More Diverse, Inclusive Workforce | Facebook Newsroom
[4] Surviving as an Old in the Tech World | Backchannel
[5] Short job-seeker fears height is preventing hire | Provided By Advertising Publications
[6] The hidden problem of weight discrimination
[7] Is there a bias against introverts in the workplace?
[8] 'Pretty People Always Win': Beauty Bias In The Workplace...

## No, what be just said is THESE JOBS HAVE NO PURPOSE. And someone agrees with overweight me:

...I worked most of my adult life in Wall Street working as a software engineer. I worked with people making a million a year, working really hard and putting honest effort to solve financial problem which is very tangible and sensibly mission critical. Example : Basel 3 compliance reporting or AML system. They were awesome system engineers or architects with good knowledge about finance world. They were not crazy about trying any new shiny toy available in the market at the expense of breaking a robust application. If needed they would look at a new animal from Apache zoo, evaluate pros and cons and then only try to fit it if it would made sense. Wall Street office did not offer them free organic pale ale or free lunch but compensated adequately for any overtime.

Then something happened in my personal life and couple of years ago I relocated to bay are. Within two year I find myself in one of those big unicorns ( insert your guess here) and the work culture is really repulsive. Everyone and I mean everyone seems like 'pretending' to work 10 hrs when the end product is nothing but a web app that either calls a cab or helps to order food or helps you to write a review.

Everyone will have a public github to solve CS algorithms again and again. Companies will spend time and money for 'hackathons' that ultimately add zero value, everyone will solve a simple data wrangling problem by throwing some tool's name ( insert last one from Apache zoo here) and if you don't know that buzzword you will be ridiculed.

I can go on and on but when I compare this with works I did for one of the biggest stock exchanges or banks I don't only see darkness but an apocalypse waiting to happen. Or I maybe wrong. After all I am almost 40, a dead idiot by Silicon Valley standard.

...I think the single biggest problem with Silicon Valley is the same problem you find in New York and other global cities: almost everyone in power was born on third base and thinks they hit a home run. Those people with the impressive Ivy League degrees honestly don't understand that when your parents are multimillionaires with close personal friends in the state and national government, you have to be actively trying to fuck up in order not to succeed....

....All the other problems - the racism, the sexism, the rampant classism, the brutal sweatshop hours, the god-awful urban planning that happens because a tiny cabal of elderly home-owners have a stranglehold on local government - can be traced back to the entitlement of people who've never actually had to work a day in their lives...

...Academic elitism.

I understand that having a Stanford/MIT/Ivy degree probably means that you're a smart and hard-working individual. Yet there are so many other factors that go into being accepted at such a competitive university, and people from privileged backgrounds in general are far more likely to apply for & attend these schools.

Just because I wasn't tiger-parented and sent to a high school that costs as much as a normal university doesn't mean I'm not just as capable at my craft as the guy who went to Phillips Exeter & Harvard. In all likelihood Mr. Harvard was born to well-off parents who cared deeply about his education, whereas mine were quite poor and could barely afford the bare necessities let alone SAT tutors. Other than simply graduating from high school, they had no plans or goals set for me.

My educational and career decisions were 100% up to me, and with no mentors who had graduated with a 4-year degree let alone attended an elite university or worked at some prestigious firm how the fuck was I supposed to know as a 17 year old that "the best people" are selected from less than 10 universities? Throw in the fact that luck is a significant factor in admissions (and sometimes wealth/alumni parents)... all I can do is laugh at such snobbery.

Most people in the Valley don't really care about it, but I've met quite a few of these douches who have expressed a reluctance to hire or work with people who didn't graduate from a so-called "top-5 or top-10 school". To these people I say, please use that top-tier education to surgically remove your head from your ass...

I hold no college degree; once? A college told me that they did not know who enrolled me or let me sign up for classes that are useless to me, they had no thing to teach me, so I was told to go sit in the library and just show for final exams!

There are almost no Native Americans on Wall Street or in high finance or tech. The figures are something like half of a TENTH or 100th of a percent, something like  .005%.

A woman appears to look at a phone under tribal flags at the Standing Rock Sioux Reservation in 2016.
Scott Olson/Getty Images

As the U.S. labor market grows ever tighter, the racial unemployment gap is narrowing very slightly, with a historically low black unemployment rate that the White House likes to talk about. That's true.

But onstage last month at a Native American economic conference, Minneapolis Federal Reserve President Neel Kashkari noted that things aren't improving for all Americans.

"The question is, is it extending to Indian Country? Are Native Americans finally getting a chance to become members of the labor force in and around their reservations? So far, what I've been hearing is not really," he said. "Why is it that many businesses say, 'We can't find workers,' and yet you go to reservations and there's very high unemployment. ... What are the barriers to bringing people to those jobs?"

"Native Americans have the highest poverty and unemployment rates in the country. Technology, particularly new financial tech, offers an opportunity for this historically marginalized group to better access the strong economy.

But getting online in largely rural, remote reservations is a challenge — to say nothing about access to capital and credit. Tribal sovereignty, which confers self-governing rights to tribes, can also make access, taxes and generally doing business more complicated."

I live literally the middle of nowhere, in New Mexico the state that is denied as being a state by other Americans and has no infrastructure that anyone would call "the internet". It does not translate.

I literally have every single strike against me including:

Are their any Native traders?

I can only find THREE Native federal judges, all women. That's telling. Why no men? I could find one Native own firm but I want to be or use a Native American woman trader or firm or bank and all I can find is this kinda offensive
headline as Natives with tribal affiliation and sovereignty which I don't have bought a firm owned by white men:

https://nypost.com/2011/02/07/wall-street-trades-with-the-indians/amp/

METRO
Wall Street trades with the Indians
By Jennifer Fermino

February 7, 2011 | 5:00am

BUY AND SELL: A Native American-owned business has applied to join the New York Stock Exchange.
AFP/Getty
More than 300 years after white settlers erected a wall in downtown Manhattan to keep Indians out — the very partition that gave Wall Street its famous name — Native Americans are finally busting through.

NativeOne Institutional Trading LLC, a financial-services firm, has applied to the New York Stock Exchange and expects to become the very first Native American-owned company to become a member.

"I got out of the teepee business," joked principal owner Don Lyons, a member of the Morongo Band of Mission Indians in California.

Lyons said they want to help Native Americans — many of whom went from very poor to very rich thanks to an influx of casino cash — manage their wealth.

His tribe operates a $250 million casino that employs 3,000 people. He said he was inspired to get bullish after interviewing a parade of sleek Gordon Gekko wannabes desperate to manage his tribe's casino riches.

"I trusted very few," he said. "I thought, why not us?"

A Vietnam vet, Lyons grew up on his tribe's 35,000-acre reservation, surrounded by what he said was little more than "rocks, lizards and coyotes."

"There were no jobs around here when I was growing up. It was a very poor reservation," he said.

In the early '80s, the tribe opened a modest bingo hall, which eventually grew into the hugely successful Morongo Casino, Resort & Spa in Cabazon, Calif., one of the biggest tribal gaming facilities in the United States.

Suddenly, the once-poor tribe of a thousand members had money to burn.

Its casino spurred other investments — including a golf course, restaurants, one of the country's largest Shell gas stations and a $26 million spring water-bottling plant.

So Lyons is setting his sights on Wall Street.

NativeOne aims to "level the playing field for all Native American tribes and offer the very best service to our international customers," Lyons said.

NativeOne applied to become a NYSE member last month. To make it official, it must wait for approval from the Financial Industry Regulatory Authority.

jennifer.fermino@nypost.com

https://www.google.com/amp/s/www.vox.com/platform/amp/identities/2017/12/5/16705284/eliza beth-warren-loss-2020-sexism-misogyny-kate-manne

Author's note: After Elizabeth Warren's exit from the presidential race, many people are wrestling with the role sexism and misogyny might have played in her failed campaign. Indeed, searches for the word "misogyny" spiked 2,400 percent on the Merriam-Webster website the day she ended her campaign. The ongoing conversation brought to mind an interview I did in 2018 with philosopher Kate Manne about the differences between sexism and misogyny and why they matter. You can read our full exchange, which feels newly relevant, below.

What is misogyny? How is it different from sexism? And why does the male-dominated status quo seem to persist?

A new book by Cornell philosophy professor Kate Manne has answers. She argues that misogyny is not about male hostility or hatred toward women — instead, it's about controlling and punishing women who challenge male dominance. Misogyny rewards women who reinforce the status quo and punishes those who don't.

In this interview, we explore how sexism and misogyny are different, how misogyny is embedded in our customs and institutions, and what Trump's election and our current moment reveal about our future.

But as Meyring proves, ethical men who object are punished too. There's no place for Meyring on Wall Street or Silicon Valley - or DC. And now licensed lawyers are bring disenfranchised if they object to not only the treatment of women and Natives but to insane fiscal policy that opposes law, accounting and basic math for you cannot utilize 100% of our energy to pay off US debt or supper a promise to pay as we need to eat and sleep, to just live.

My plan is for a planet, so that all of humanity benefits not profits and with the US, Britain and Canada being first to secure relief due to the other bond and as Canadians in our sane situation have been giving me their intelltual property and other knowledge to help me do this. It cause ZERO HARM to HEAR us.

Lastly? If I am a federal judge I would hear us at least once, meet us, to ensure we are not dishonest misogynists or worse and so you may send it ahead upon reasoing if this court can resolve this as see Nicholson V Scopetta that a NY court did send ahead to Roberts - bit without making any attempt to resolve it so for failing to act at all returned and then took it up once a NY court acted.

See the suit against Coinbase in NY, Meyring and my native state, when I was not allowed to join the class although I do qualify.

My original two actually brilliant federal questions as well as new ones are:

If the venue to test the natural born clause exists, SCOTUS or the other federal courts, but we are denied entry then does America exist or has it fallen permanently as Rome etc did?

Is it ever a right to be filed AND heard in person in SCOTUS or is it only the privilege of white men who of 1 of 2 parties and who are or have paper licenses as SCOTUS claims in it's literature that it is a privilege only?

And now: Is the process to hear cases in SCOTUS defective? Is the process to hear original cases? Do the number of filings versus clerks make this process as it exists impossible?

I move to Amend the filing, I move to have this case heard as an Emergency, I move for an Emergency Change of Venue to SCOTUS.

And I end with:

I may be a DNA genius and as I have been informed I may be more intelligent than Einstein and this planet's greatest living genius but I do not own all knowledge or life experience. By naming those I have?

I do have cause but this court and SCOTUS will have all of us including the experts that do have knowledge, expertise and life experience in one place.

Judge: we have a HUGE problem in re hackers and potential harm they can cause once the SEC did seize what's ours so REUNITE what I SEVERED to prevent hacking. I can say no more due to a possible panic and other harm this knowledge if given to certain people WILL cause.

If any of these men originally named meant and intended to settle then they would have acted to make an offer by now and none of them or you would let the SEC steal $1 and not object.

If the SEC could do this to us and not one person acted to stop the IPO then they can just take anybody's PROPERTY and MONEY - even SPRECHER's or GOLDMAN's. You need to be made

aware: the Federal Reserve band SEC openly state that they have no idea what they are so ng
or how this will end in re QUANTITATIVE, QUALITATIVE EASING. I do as I know the physics
and Meyring and I do not need computers to do this work, see Wall Street, Elliot Waves and Phi
Ellipses as applied to the market. 😊

*If motion to change venue denied, Jury Demand*

Satoshi Nakamoto
Robert Meyring

*I will serve all parties*

Attachments

Silicon Valley has an unfair advantage, I was raised with these people; my brother is a professor of comp sci who came up in the 70s. I've eaten lunch with some of the people who did this, lol.

SVs obsession with Algorithms the intellectual property they own? That the Winklevoss twins sued Zuckerberg over and won?

YOU DON'T USE AN ALGORITHM HERE, AT THIS AI OR TO FIX THE 2038 TIME PROBLEM!

How a Misfit Group of Computer Geeks and English Majors Transformed Wall Street
In the 1980s, a quiet hedge fund located above a Marxist bookstore launched a revolution that would change finance (and give us Amazon).

By Michelle Celarier


In celebration of New York Magazine's 50th anniversary, this series, which will continue through October 2018, tells the stories behind key moments that shaped the city's culture.

In the summer of 1988, the hedge-fund manager Donald Sussman took a call from a former Columbia University computer-science professor wanting advice on his new Wall Street career.

"I'd like to come see you," David Shaw, then 37 years old, told Sussman. Shaw had grown up in California, receiving a Ph.D. at Stanford University, then moved to New York to teach at Columbia before joining investment bank Morgan Stanley, which had a new secretive trading group that was using computer modeling. A neophyte in the ways of Wall Street, Shaw wanted Sussman, who founded the investment firm Paloma Partners, to look at an offer he had received from Morgan Stanley's rival, Goldman Sachs.

Sussman's career has been built on recognizing and financing hedge-fund talent, but he had never encountered anyone like David Shaw. The cerebral computer scientist would go on to become a pioneer in a revolution in finance that would computerize the industry, turn long-standing practices on their head, and replace a culture of tough-guy traders with brainy eccentrics — not just math and science geeks, but musicians and writers — wearing jeans and T-shirts.

A harbinger of the techies who would storm Wall Street in a decade, this new generation of hedge-fund introverts would replace the profanity-laced trading rooms of the 1980s with quiet libraries of algorithmic research in every corner of the markets. They would also launch an early email system and look into the prospect of online retailing, leading one of Shaw's most ambitious employees to take the idea and run with it. Yes, the seeds of Jeff Bezos's Amazon were planted at a New York City hedge fund.

Thirty years ago, all of that was yet to come. All Shaw told Sussman at the time was, "I think I can use technology to trade securities."

Sussman told Shaw the Goldman offer he had received was inadequate. "If you're confident this idea is going to work, you should come work for me," Sussman told Shaw. The offer led to three days of sailing in Long Island Sound on Sussman's 45-foot sloop with the financier, Shaw, and his partner, Peter Laventhol. The two men —without disclosing many details — "convinced me they believed they could generate models that would identify portfolios that would be market-neutral and able to outperform others," Sussman remembers. In lay terms, the strategy would make a lot of money without taking much risk.

Hedge funds were still fairly primitive, and while they were already using mathematical formulas to capture small price disparities in such esoteric instruments as convertible bonds — then a dominant hedge-fund strategy — Shaw was planning to take the math to a whole new level.

Paloma Partners agreed to invest $30 million with D.E. Shaw. Since then, the company has grown into an estimated $47 billion firm, earning its investors more than $25 billion — as of the end of 2016, tied for the third biggest haul ever. It has made millionaires out of scores of employees and a multibillionaire out of Shaw, who stepped back in 2001 from day-to-day operation of the firm to start D.E. Shaw Research, which conducts computational biochemistry research in an effort to help cure cancer and other diseases. Shaw is estimated by Forbes to be worth $5.5 billion, and remains as elusive as ever: He declined to speak to New York for this article.

Meanwhile, the quantitative revolution D.E. Shaw helped spawn has become the biggest trend in hedge funds today, capturing some $500 billion of the industry's more than $3 trillion in assets and dominating the top tier. Seven out of the top ten largest funds are considered "quants," including D.E. Shaw itself. One of those seven quants, Two Sigma, was started by D.E. Shaw veterans. But the changes D.E. Shaw wrought haven't just been felt in hedge funds. Shaw spit out orders accounting for an estimated 2 percent of the trading volume of the New York Stock Exchange in its early years, and thanks to it and other emerging quants, the NYSE was forced to automate. By the end of the 1990s, electronic stock exchanges were driving trading prices down, and by 2001, stocks began to be traded in penny increments, instead of eighths. These changes made it cheaper and easier for all investors to get into the game, leading to an explosion in trading volume.

From the beginning, D.E. Shaw was a quirky enterprise, even for a hedge fund. The first office was far from Wall Street, in a loftlike space above Revolution Books, a communist bookstore on 16th Street, in what was then a still fairly seedy Union Square. The office, about 1,200 square feet, was bare, with freshly painted walls and a tin ceiling. But it boasted two Sun Microsystem computers — the fastest, most sophisticated computers then in vogue on Wall Street. "He needed Ferraris; we bought him Ferraris," says Sussman.

As Shaw sought to build his newfangled firm, he didn't want to hire people steeped in Wall Street's ways. Likewise, those who joined D.E. Shaw typically disdained the notion of working on the Street. "I thought to myself, No way," says Lou Salkind, remembering a call he received from Shaw in the summer of 1988 asking him if he would be interested in joining his start-up. Salkind was finishing his Ph.D. in computer science at New York University and on the hunt for a job, but Wall Street turned him off. "The year before, I'd been recruited by a few firms on Wall Street. I was skeptical I would like anything in finance."

Lacking any other job offers, he agreed to meet with Shaw. After all, his hedge fund's office was about ten blocks away from NYU. The two men went to lunch at nearby Union Square Cafe, where they got to talking about gambling, one of Salkind's passions. Born in New York City, Salkind had learned to count cards at an early age and developed a horse-betting system at age 13. He had no idea such mathematical skills would come in handy at a hedge fund. "I had a blast," he recalls.

When they returned to the office, Shaw began laying out his vision. "What I want to build here is a company at the intersection of technology and finance," he told Salkind. As with Sussman, Shaw wouldn't tell Salkind much more than that, but he did speculate that his firm might be able to replace Wall Street market makers: "They prepare to buy at the bid, hold, and sell at a higher price. The difference is what you try to capture. We could do a lot of this stuff automatically with computers," he told the fellow computer scientist.

"Oh, you're like a bookie. That's the vig," said Salkind, who was immediately sold on the job. Salkind, who retired in 2014, became one of the first employees of D.E. Shaw.

In the hedge fund's early days, Sussman would visit the office weekly. "Once they started trading, they started making money out of the box," he remembers. "These were very serious folks. I used to go and sit next to them watching them trade. They didn't miss a goddamn thing," he recalls. "The atmosphere of the place was unlike any other investment firm. It was like going into the research room in the Library of Congress."

In 1990, Anne Dinning, another NYU computer-science Ph.D. who knew Salkind from his days there, struck up a conversation with Shaw at a party at Salkind's home. "I didn't even know what a hedge fund was," she recalls, but agreed to interview for a job at Shaw "as a lark," and ended up joining, despite her initial desire to become an academic.

"My first job was to work on some forecast of Japanese equities," she says. Dinning didn't have to know anything about the companies or the Japanese stock market. The computer would figure it all out. In the early days, she would run 24-hour simulations, waking up every six hours in the night to check on their progress. Once the algorithms were ready for live trading, "I'd look at the P&L every day and see if it's doing what I thought it would. It was like an experiment. And I could see the immediate results," says Dinning. As the firm expanded, Dinning ended up running both the London and Tokyo offices of D.E. Shaw, and both she and Salkind became members of an unorthodox six-person executive committee that ran the firm in a surprisingly

effective consensus manner after Shaw stepped back from its day-to-day management. (He is still involved in strategic decisions.)

While D.E. Shaw was minting money, David Shaw's vision didn't stop with creating a quantitative hedge fund. Technology, he knew, had the capacity to transform our everyday lives. As an academic, Shaw had already used the Arpanet, the precursor to the internet, to communicate with other scientists. That helped inspire one of the first free internet-based email systems, Juno. With equity capital from D.E. Shaw, the service launched in 1996, went public, and eventually merged with a competitor.

Free email was only one of Shaw's early initiatives, explains Charles Ardai, who joined Shaw in 1991 with a degree in English (specifically, British Romantic poetry) from Columbia, one of the first of many unconventional hires who didn't have a background in the hard sciences.

"He went to one of my co-workers and said, 'I think people will buy things on the internet. They're going to shop on the internet. What's more, they're not just going to shop.' This, I swear to you, is what David said: 'Not only will people shop, but when they buy something — let's say they buy a pipe for watering their garden — they're going to try a pipe, and they're going to say, this pipe is good, or this pipe is bad, and they're going to post reviews, and other people will see them and pick the right instead of the wrong pipe, because somebody else told them, I like this pipe. I don't like that pipe.'"

Jeff Bezos, who had joined in 1990, was in charge of the online retailing project at D.E. Shaw. He became so enthused about the possibilities that he asked Shaw if he could take the idea and run with it on his own. Shaw agreed, and Amazon was soon born. (Shaw didn't take a stake in the now-$620 billion company.)

Upon graduating from Columbia, Ardai says he had been so surprised to receive a letter from Shaw asking him to apply for a job that he thought "it must be a scam." Soon after the 22-year-old joined, he was tasked with setting up Shaw's recruiting department. "We've filled the company with everything from a chess master, to published writers, to stand-up comedians — people who really excel in one field or another — we had an Olympic-caliber fencer, and at one point we had a demolitions expert," he says. One of D.E. Shaw's best traders had tattoos all over his arms and couldn't get hired anywhere on Wall Street. Another was a trombone player who eventually left to create a music program in the Bronx. (Ardai also has other interests; he is the founder and editor of Hard Case Crime, a line of pulp-style paperback crime novels.)

D.E. Shaw's hiring process may have a far-flung reach, but by no means is it egalitarian. In fact, its recruiting letters once started with an assertion that the firm is "unapologetically elitist." Once eyebrow-raising, the hedge fund's hiring practices are no longer abnormal, as they have been adopted by giant tech firms like Google, and of course, Amazon, which even uses the same grading system as D.E. Shaw when interviewing candidates.

The casual dress code embraced by D.E. Shaw has also become de rigueur at tech giants. Though viewed as shocking in Shaw's early years, such attire is also common at many New York hedge funds today. "One of the goals at D.E. Shaw has always been 'let's remove all of the unnecessary constraints,' for example, why require people to wear neckties?" explains Ardai. The crew at D.E. Shaw was so disheveled that, according to Shaw lore, one disgusted white-shoe law firm moved out of a midtown office tower that the hedge fund occupied — in protest. These days, David Shaw, whose research project is housed across the street from the hedge fund, is often seen wearing a black T-shirt and cargo shorts — even in the middle of winter.

For all of its attempts at modesty, D.E. Shaw has come a ways from its years above a communist bookstore. With more than 1,000 employees, in 2010 the firm moved into new offices at 1166 Sixth Avenue (its fourth New York City home) whose austere reception area has a ceiling and walls covered with screens designed to look like computer punch cards.

In 2015, former Google executive chairman Eric Schmidt, a longtime investor in D.E. Shaw's hedge funds, took a 20 percent stake in the firm, buying out bankrupt Lehman Brothers' earlier investment. These days, there's so much money chasing quants that the earlier strategy of betting on inefficiencies in public equity markets has become less profitable. Innovator D.E. Shaw has moved from its beginnings in equity arbitrage into other arenas like distressed debt and emerging markets, where it uses its quantitative techniques to help give it an edge while relying on humans, not computer models, to make trading decisions.

As the firm gets ready to celebrate its 30th anniversary, David Shaw has not disappointed his first investor, Donald Sussman, whose firm eventually had hundreds of millions of dollars invested with D.E. Shaw. "I never doubted him for a minute," he says. "I never envisioned that D.E. Shaw would be $47 billion, but I did envision how David would change the world of finance."

Year 2038 problem

The Year 2038 problem (also called Y2038, Epochalypse,[1][2] Y2K38, Y2038 error, Y2K38 superbug or Unix Y2K) relates to representing time in many digital systems as the number of seconds passed since 00:00:00 UTC on 1 January 1970 and storing it as a signed 32-bit integer. Such implementations cannot encode times after 03:14:07 UTC on 19 January 2038. **Similar to the Y2K problem, the Year 2038 problem is caused by insufficient capacity used to represent time.**

**It's a chip or a pint of info problem. I have the solve to that AND Crypto scaling. Think putting a glyph on a chip.**

The latest time since 1 January 1970 that can be stored using a signed 32-bit integer is 03:14:07 on Tuesday, 19 January 2038 ($2^{31}-1$ = 2,147,483,647 seconds after 1 January 1970).[3]

Programs that attempt to increment the time beyond this date will cause the value to be stored internally as a negative number, which these systems will interpret as having occurred at 20:45:52 on Friday, 13 December 1901 (2,147,483,648 seconds before 1 January 1970) rather than 19 January 2038. This is caused by integer overflow, during which the counter runs out of usable binary digits or bits, and flips the sign bit instead. This reports a maximally negative number, and continues to count up, towards zero, and then up through the positive integers again. Resulting erroneous calculations on such systems are likely to cause problems for users and other reliant parties.

In May 2006, reports surfaced of an early manifestation of the Y2038 problem in the AOLserver software. The software was designed with a kludge to handle a database request that should "never" time out. Rather than specifically handling this special case, the initial design simply specified an arbitrary time-out date in the future. The default configuration for the server specified that the request should time out after one billion seconds. One billion seconds (approximately 32 years) after 01:27:28 UTC on 13 May 2006 is beyond the 2038 cutoff date. Thus, after this time, the time-out calculation overflowed and returned a date that was actually in the past, causing the software to crash. When the problem was discovered, AOLServer operators had to edit the configuration file and set the time-out to a lower value.[4][5]

Players of games or apps which are programmed to impose waiting periods[6] are running into this problem when the players try to bypass the waiting period by setting the date on their devices to a date past 19 January 2038, but are unable to do so, since a 32-bit Unix time format is being used.

Embedded systems that use dates for either computation or diagnostic logging are most likely to be affected by the 2038 problem.[7]

Many transportation systems from flight to automobiles use embedded systems extensively. In automotive systems, this may include anti-lock braking system (ABS), electronic stability control (ESC/ESP), traction control (TCS) and automatic four-wheel drive; aircraft may use inertial guidance systems and GPS receivers.[note 1] However, this does not imply that all these systems will suffer from the Y2038 problem, since many such systems do not require access to dates. For those that do, those systems which only track the difference between times/dates and not absolute times/dates will, by the nature of the calculation, not experience a major problem. This is the case for automotive diagnostics based on legislated standards such as CARB (California Air Resources Board).[8]

Another major use of embedded systems is in communications devices, including cell phones and Internet appliances (routers, wireless access points, IP cameras, etc.) which rely on storing an accurate time and date and are increasingly based on UNIX-like operating systems. For example, the Y2038 problem makes some devices running 32-bit Android crash and not restart when the time is changed to that date.[9]

Despite the modern 18–24 month generational update in computer systems technology, embedded systems are designed to last the lifetime of the machine in which they are a component. It is conceivable that some of these systems may still be in use in 2038. It may be impractical or, in some cases, impossible to upgrade the software running these systems, ultimately requiring replacement if the 32-bit limitations are to be corrected.

In MySQL relational database versions prior to August 2021, built-in functions like UNIX_TIMESTAMP() will return 0 after 03:14:07 UTC on 19 January 2038.[10].

Early Mac OS X versions[11] are susceptible to the Year 2038 problem...

The CBO's glimpse of America's fiscal future is dismal—a national debt that balloons to $33.68 trillion by 2029, and that exceeds the nation's gross domestic product (GDP) over the same period. The CBO also projects a return to $1 trillion annual budgeted deficits as the new normal (*Exhibit 1*).

Did anybody Crypto do anything at all that you should have for
Exhibit SAFETY?

Projected U.S. National Debt vs.
Proje...Any SV CEO think to
certify debt, reset to zero?
Sue rest of Earth in UNs IHRC?
Anything??

lendingtree Refinance Calculator

1.75% RATE          2.01% APR

Loan amount          $300,000

...on term   Edit    15-Year Fixed    Delete

 https://www.dallasfed.org › fisher

# Taming the Too-Big-to-Fails: Will Dodd–Frank Be the Ticket or Is Lap-Band

Nov 15, 2011 — Dodd–Frank Act, Section 206. "Pursuing Financial Stability at the Federal Reserve," speech by Janet Yellen, vice chair of the Federal...

 https://www.dallasfed.org › a... PDF

# Vanquishing Too Big to Fail - 2012 Annual Report - Dallas Fed

The United States is burdened by a highly concentrated financial system where the dozen largest...

5 pages · 873 KB



 https://www.dallasfed.org › fisher

# Comments on Monetary Policy and 'Too Big to Fail' (With a Tribute to ...

Feb 27, 2013 — All these actions are in keeping with the dual mandate that the Federal Reserve was given by the Congress of the United States. It calls for us ...

## People also search for

# As Bitcoin goes mainstream, Wall Street looks to cash in

By STAN CHOE     October 19, 2021



NEW YORK (AP) — Love cryptocurrencies



# Joe Biden's approval ratings are worse than every recent president -- except 1 -- at this stage

An~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~

Updated~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~

**FORCE US TO DO BUSINESS WITH DC, DEMS, REPUBS, IRS OR SILICON VALLEY! THIS WASN'T RIGGED? SAY NO TO FONDLIN', HANDSY SENILE JOE! NEVER NEGOTIATE SAFETY!**

"71 PERCENT OF AMERICANS SAY THE COUNTRY IS HEADED IN THE WRONG DIRECTION"

NBC



WE RESERVE THE RIGHT TO REFUSE SERVICE TO ANYONE

**(CNN)** ~~~~~~~~~~ s

pres ~~~~~~~~~~ of

writi~~~~~~~~~~ s --

and ~~~~~~~~~

The latest polling from Gallup pegs the



# Of the 113 Supreme Court justices in US history, all but 6 have been white men

By Jessica Campisi and Brandon Griggs, CNN

Updated 8:56 AM EDT, Wed September 05, 2018

**(CNN)** — Since the Supreme Court first convened in 1790, 113 justices have served on the bench.

Of those, 107 have been white men.

In July, President Trump announced his nominee to succeed Justice Anthony Kennedy is Brett Kavanaugh, a judge on the US Court of Appeals. If confirmed, he would be the 108th -- and wouldn't shift the diversity of the current court.

View this interactive
content on CNN.com



# Coinbase Hit With Class-Action Suit for Failure to Register as an Exchange

**By Melanie Waddell**
October 11, 2021 at 01:09 PM

Coinbase has denied that the digital assets it lists on the Coinbase Digital Asset Platforms are securities, the suit states.



Coinbase was hit with a class-action lawsuit Friday for not registering its platforms as national securities exchanges or as broker-dealers with the Securities and Exchange Commission.

The plaintiffs seek to recover payment for digital asset securities and related

they will not buy at the current price, so those trying to sell will lower their prices until they can agree on a price.

What you describe is a simple pump and dump operation, which could be done on any sort of traded commodity like stocks or cryptocurrencies (especially altcoins). If you can feign interest in something (in this case an altcoin) so that the trade price goes up, then you might be able to turn a profit. Note however, that this is a sort of fraud and can open you up to, at minimum, civil lawsuits.

Doing a "pump and dump" will be easier on small markets, like altcoins, than on larger markets, like Bitcoin and Litecoin, because you have to buy up enough of the coin to start an upward trend that people will notice and buy into. If the market is large, you'd need huge resources in order to make an impact in the market.

FEBRUARY 28, 2018

# Forbes

CRYPTO
OVERLORD
**CZ**

ZERO TO
BILLIONAIRE
IN 6 MONTHS

**YOUR
MONEY'S
FUTURE**

**REENGINEER
YOUR
RETIREMENT**

**TOP WEALTH
ADVISORS
BY STATE**

**TECH'S 50
TOP FINANCE
STARTUPS**

BIND THEM WITH THE
CHAINS OF THE CONSTITUTION

# CRYPTO'S SECRET
# BILLIONAIRE CLUB

**MEET THE FREAKS, GEEKS AND VISIONARIES
DOMINATING THE DIGITAL CURRENCY CRAZE**

# ONE idea (Add label) ☆



**Draft** 6:27 AM

to ⌄

Unsent Email, 6:27 AM

**It just occurred to me:**

**Gravity B Probe?**

**Peter Jefferson's Diamond Line?**

**Mason & Dixon's Circle that was used to draw a line?**

**They call the pattern where you have lines and a zigzag even "jumps" but nobody has ever been able to pin down**



The Foreign Sovereign Immunities Act (FSIA)of 1976 is a United States law, codified at Title 28, §§ 1330, 1332, 1391(f), 1441(d), and 1602–1611 of the United States Code, that establishes the limitations as to whether a foreign sovereign nation (or its political subdivisions, agencies, or instrumentalities) may be sued in U.S. courts—federal or state. (In international law, government protection against lawsuits in foreign courts is known as state immunity; government immunity in domestic courts is known as sovereign immunity.) It also establishes specific procedures for service of process, attachment of property and execution of judgment in proceedings against a foreign state. The FSIA provides the exclusive basis and means to bring a lawsuit against a foreign sovereign in the United States. It was signed into law by United States President Gerald Ford on October 21, 1976.

However: in this case? The US is yet in active, official default. I charge the Officers are now fugitives from justice.

Since the passage of the FSIA in 1976, numerous legal issues have arisen in regards to the manifold interpretations of the Act, leading to the formation of an American Bar Association working group that seeks to reform FSIA.

I meet the third basis named in re suing a foreign state; El salvador is driving immigration and border jumpers amo g other acts; Bitcoin that it adopted as it's national currency is being used to install a self anointed dictator and those people are in revolt. We meet:

"When the plaintiff's claim is based upon an act by the foreign state which is performed outside the United States in connection with commercial activity outside the United States and which causes a direct effect in the United States."

1982 USC, civil rights


31 USC, on finance and money

Article 1 Section 8, all pertaining to money and scientific discovery.

Article 1 Section 10: on states issuing money etc

Also:

"No Money shall be drawn from the Treasury, but in Consequence of Appropriations made by Law; and a **regular** Statement and Account of the Receipts and Expenditures of all public Money shall be published from time to time." ~ Article I, Section 9, Clause 7, The US Constitution

From the web:

"On July 26, 2016, the Office of the Inspector General (OIG) issued a report "Army General Fund Adjustments Not Adequately Documented or Supported". The report indicates that for fiscal year 2015 the Army failed to provide adequate support for $6.5 trillion in journal voucher adjustments. According to the GAO's Comptroller General, "Journal vouchers are summary-level accounting adjustments made when balances between systems cannot be reconciled. Often these journal vouchers are unsupported, meaning they lack supporting documentation to justify the adjustment or are not tied to specific

accounting transactions…. For an auditor, journal vouchers are a red flag for transactions not being captured, reported, or summarized correctly."

(Note, after Mark Skidmore began inquiring about OIG-reported unsubstantiated adjustments, the OIG's webpage, which documented, albeit in a highly incomplete manner, these unsupported "accounting adjustments," was mysteriously taken down. Fortunately, Mark copied the July 2016 report and all other relevant OIG-reports in advance and reposted them here. Mark has repeatedly tried to contact Lorin Venable, Assistant Inspector General at the Office of the Inspector General. He has emailed, phoned, and used LinkedIn to ask Ms. Venable about OIG's disclosure of unsubstantiated adjustments, but she has not responded.)

Given that the entire Army budget in fiscal year 2015 was $120 billion, unsupported adjustments were 54 times the level of spending authorized by Congress. The July 2016 report indicates that unsupported adjustments are the result of the Defense Department's "failure to correct system deficiencies." The result, according to the report, is that data used to prepare the year-end financial statements were unreliable and lacked an adequate audit trail. The report indicates that just 170 transactions accounted for $2.1 trillion in year—end unsupported adjustments. No information is given about these 170 transactions. In addition many thousands of transactions with unsubstantiated adjustments were, according to the report, removed by the Army. There is no explanation concerning why they were removed nor their magnitude. The July 2016 report states, "In addition, DFAS (Defense Finance and Accounting Service) Indianapolis personnel did not document or support why DDRS (The Defense Department Reporting System) removed at least 16,513 of 1.3 million feeder file records during the Third Quarter."

An appendix to the July 2016 report shows $2 trillion in changes to the Army General Fund balance sheet due to unsupported adjustments. On the asset side, there is $794 billion increase in the Army's Fund Balance with the U.S. Treasury. There is also an increase of $929 billion in the Army's Accounts Payable. This information raises additional major questions. First, what is the source of the additional $794 billion in the Army's Fund Balance? This adjustment represents more than six times appropriated spending. Second, do these transfers represent a flow of funds to the Army beyond those authorized by Congress? Third, were these funds authorized and if so when and by whom? Fourth, what is the source of these funds? Finally, the $929 billion in Accounts Payable appears to represent an amount owed for items or services purchased on credit. What entities have received or will receive payment?

The July 2016 report is not the only such report of unsubstantiated adjustments. Mark Skidmore and Catherine Austin Fitts, former Assistant Secretary of Housing and Urban Development, conducted a search of government websites and found similar reports dating back to 1998. While the documents are incomplete, original government sources indicate $21 trillion in unsupported adjustments have been reported for the Department of Defense and the Department of Housing and Urban Development for the years 1998-2015.

While government budgets can be complex, our government, like any business, can track receipts and payments and share this information in ways that can be understood by the public. The ongoing occurrence and gargantuan nature of unsupported, i.e., undocumented, U.S. federal government expenditures as well as sources of funding for these expenditures should be a great concern to all tax payers.

Taken together these reports point to a failure to comply with basic Constitutional and legislative requirements for spending and disclosure. We urge the House and Senate Budget Committee to initiate immediate investigations of unaccounted federal expenditures as well as the source of their payment.

PS, On December 11, 2017 we learned that the key documents had been reposted on the OIG website, but with different URLs. On October 5, 2017 we discovered that the link to the report "Army General Fund Adjustments Not Adequately Documented or Supported" had been disabled. Within a several days, the links to other OIG documents we identified in our search were also disabled. The sequential non-random nature of this disabling process suggests a purposeful decision on the part of OIG to make key documents unavailable to the public via the website, as opposed to website reorganization, etc. We also revisited the website intermittently to see whether the documents had been reposted under different URLs—until very recently they had not been reposted. The OIG link to the most report "Army General Fund Adjustments Not Adequately Documented or Supported", which indicates $6.5 trillion in unsupported adjustments, can now be found here: We are currently searching the OIG website for the other reports and will share the links here once we have completed the search." - end

WOMEN WERE NEVER INCORPORATED; I PROVED THAT THESE PEOPLE HAVE NO INTENTION OF EVER INCORPORATING WOMEN OR NATIVE AMERICANS AND NOW THEY HAVE DISENFRANCHISED ETHICAL MEN. WE ARE DENIED ANY SAY AND OUR TAXES, OUR MONEY, IS TAKEN BY FORCE. I AND NOW WE RECEIVE NOTHING IN RETURN FOR IT. Zero!

NATIVES TOO.

If we are obstructed from entry OR this is an original jurisdiction case? Must place the law/statue/code within the suit, the suit may be accepted as our Petition also upon an emergency basis as my Petition was accepted as my brief upon a motion.

Is the process to patent ideas defective or is it, my inability to patent the result of these federal jobs being noncompetitive in actual reality in spite of the law, case law?.. never left table.

And in terms of damages besides the unlawful defacto termination of my parental rights when zero evidence against me was entered, the State of Fl executed the threat that Obama made against my life. Domestic surveillance knew and did nothing, exactly as the DOJ, EEOC does nothing about SV or David Boies when they are aware.

A forensic report found me 100% sane.

How did FL ever come to execute Obama's threat against me and lock me up as a Political Prisoner in Chattahoochee for 6 months with no psych exam as it was called off so the doc turned in a falsified statement? How was I silenced?

How did the State of Fl and the Federal Government in ONE unique case find or rather confuse HSAM or supermemory for mental illness and actually make false and bad diagnoses in direct contradiction to the months long forensic report and to make statements such as "You're so Intelligent YOU must be delusional"? I know and The US is paying me damages for that.

The US Supreme Court has addressed a jury award of damages once, the Mercedes bad paint job case.

Another reason this is an emergency:

How are people transiting a win in that case to prove who created/invented what or to prove anything other than they are early miners and at best had the idea at the same time as me? It doesn't.

See attached and…Wright's pattern of fraudulent claims.


Craig Wright labeled "fraud" by Bitcoin addresses he purportedly owns
The supposed Satoshi Nakamoto's defense takes another hit with a new message claiming he's a "liar and a fraud.

There's yet another twist in the loopy Craig Wright saga.

The self-proclaimed creator of Bitcoin claims to own some 1.1 million Bitcoin (about $9.77 billion) in a series of addresses known as the "Tulip Trust," which Wright alleges were mined Satoshi Nakamoto, the pseudonymous creator of Bitcoin.

Wright is battling a lawsuit in which he must prove he is the creator of Bitcoin—as he claims. To prove he is Nakamoto, he must prove access to those addresses.

After much delay, Wright provided the court with a list of those addresses. But over the weekend, the actual owner of 145 of those addresses used them to sign a message calling Wright a "fraud.

"Craig Steven Wright is a liar and a fraud. He doesn't have the keys used to sign this message," it reads. "The Lightning Network is a significant achievement. However, we need to continue work on improving on-chain capacity.

"Unfortunately, the solution is not to just change a constant in the code or to allow powerful participants to force out others," the message continues. "We are all Satoshi."

Wright has long claimed to be the main force behind the Satoshi Nakamoto pseudonym, despite evidence to the contrary, and turned to UK libel law in 2019 to sue prominent individuals who have publicly criticized or doubted him. Some of those suits have already been dropped or dismissed.

But this one persists. Filed by Ira Kleiman on behalf of his late brother Dave Kleiman, Wright's former business partner, the suit seeks to gain ownership of half of the treasure trove of Bitcoin that Wright claims to own.

In August 2019, the judge declared that Wright must forfeit 50% of the holdings due to the partnership between him and Kleiman. He also determined that Wright was "not credible" and had perjured himself.

The saga is yet to be resolved, as Wright claims that the keys to the Bitcoin addresses were kept in a trust that he does not have access to, and a "mysterious bonded courier" was supposed to resolve it. That didn't happen, and Wright's legal team was forced to admit that he didn't have access to the purported coins.

Additionally, BitMEX Research took a random sampling of 20 of the addresses and determined that "none of them were allocated to the dominant miner" from the early days of Bitcoin, suggesting that it's unlikely to be Satoshi Nakamoto (who Wright claims to be). BitMEX previously published research on the matter in 2018.

This latest development suggests additional difficulty for Wright as he attempts to defend himself in court—and a potential for further perjury, assuming his claimed addresses don't actually belong to him. A trial date of July 6 has been set, but there's still time for the parties to settle. -end


I searched "Craig Wright fraud":

I did not shop the results. Here they are as they appeared:

https://cointelegraph.com
› news › n…

Not Your Tulip Trust? Message Calling Craig Wright 'Fraud' May Unlock ...

May 29, 2020 — Legal experts say a message in Bitcoin addresses linked to the Tulip Trust could be used against Craig Wright in his case with Kleiman ...

https://decrypt.co
 › craig-wright-fra...

Craig Wright labeled "fraud" by Bitcoin addresses he purportedly owns

May 25, 2020 — The self-proclaimed creator of Bitcoin claims to own some 1.1 million Bitcoin in a series of addresses known as the "Tulip Trust".

https://news.ycombinator.com › item

A while ago he (this Craig Wright fraud) actually sat with one of the first ...

A while ago he (this Craig Wright fraud) actually sat with one of the first people behind bitcoin development Gavin Andresen. Gavin was the main developer ...

www.coinspeaker.com

One of the First Bitcoin Miners Calls Craig Wright a Fraud

May 25, 2020 — An early Bitcoin (BTC) miner has signed a cryptographic message with 145 wallet addresses containing unspent UTXOs calling Craig Wright.

"craig wright fraud" from www.coinspeaker.com

https://www.reddit.com › comments

Vitalik calling out Craig Wright for what he is, a fraud : r/ethtrader - Reddit

Apr 3, 2018 — Transcript for those that didn't understand: "Craig Wright claimed that in the context of selfish mining, gamma can be less than 0, which is an absolutely ...

Craig Wright is a fraud hoaxer. A reminder for everyone : r/Bitcoin

Apr 12, 2019
Craig Wright just purposely submitted a provably fake email into evidence ...
Apr 16, 2019
Craig Wright or MtGox Addresses?: mtgoxinsolvency - Reddit
Oct 10, 2017
Banned from /r/Bitcoin because "Craig Wright is a fraud." Absolutely ...
Nov 20, 2017
More results from www.reddit.com

People also search for
Bitcoin Satoshi
Craig Wright Bitcoin
Satoshi Nakamoto net worth

Who is Satoshi Nakamoto?

https://www.financemagnates.com
 › ...
Buterin Calls Craig Wright a 'Fraud' at Deconomy Conference

Apr 4, 2018 — The name of Satoshi Nakamoto is praised by the entire cryptocurrency community, however, the person claiming to be Nakamoto – Craig Wright ...

People also ask
Who is suing Craig Wright?
What is the tulip trust?
Who is the creator of Bitcoin?

Feedback

https://www.pinterest.com
› pin
Old Bitcoin Addresses Call Craig Wright a "Fraud," but BSV Claims ...
Dec 20, 2020 - A Reddit post on May 25 stated 145 addresses were signed with a message calling Wright a "liar and a fraud." All bitcoins in the wallets were …

https://www.pinterest.com
› pin
Not Your Tulip Trust? Message Calling Craig Wright 'Fraud' May Unlock ...
Cryptocurrency. Not Your Tulip Trust? Message Calling Craig Wright Fraud May Unlock the Case Craig Wright. CT_official. Cointelegraph. 2k followers.

https://www.newsbtc.com
› news › c...
Craig Wright Allegedly Once Held 1.1 Million Bitcoin - NewsBTC
Header image courtesy of NewsBTC All Rights Reserved. Tags: bitcoinbtccraig wrightfraudMark FerrierNewsOpinionRegulated Bitcoin BankSatoshi Nakamoto.

https://finance.yahoo.com
› news
'Craig Wright is a Fraud.' Binance Chief Changpeng Zhao Slams 'Not ...
Apr 15, 2019 — Binance CEO Changpeng Zhao, known as CZ, slammed Craig Wright as a "fraud" in an ongoing Twitter spat. Craig Wright, the driving force …

https://www.ibtimes.com
› who-bitc...
Who Is Bitcoin Founder Satoshi Nakamoto? Binance CEO Calls ...
Feb 25, 2020 — Over the years, Wright has gained a significant following of people convinced that he and Satoshi are one.

https://www.coininsider.com
› vitali...
Vitalik Buterin calls out 'fraud' Craig Wright during Deconomy 2018
Apr 3, 2018 — Ethereum co-founder Vitalik Buterin has lashed out at Satoshi Nakamoto-claimant Craig Wright - calling the investor a 'fraud' during a …

https://orangecoingoods.com
› craig...
Tagged "Craig Wright Is A Fraud" - Orange Coin Goods
Special offers, new products & promo codes delivered directly to your inbox. We promise to keep your email safe. Subscribe.

https://steemit.com
› from-somee
Craig Wright is a fraud hoaxer. A reminder for everyone - Steemit
... The Craig Wright fraud scandal gets worse and worse the more we dig. He copied Sections 3 (minus 3.1), 4, 5, 6 from Liu & Wang …

https://newstral.com
› article › not-y...
cointelegraph.com: «Not Your Tulip Trust? Message Calling Craig ...

Legal experts say a message in Bitcoin addresses linked to the Tulip Trust could be used against Craig Wright in his case with Kleiman estate»

https://dpl-surveillance-equipment.com

› ...

The Ultimate Resource On The Ira Kleiman vs Craig (#Faketoshi ...
Craig Wright has been ordered to appear personally at mediation to address allegations that he stole 1.1 million bitcoin (BTC) from Dave Kleiman, court …

https://threader.app

› thread

Defamed? What does Craig claim in his libel suits? He cannot hire ...
Nov 30, 2020 — Craig Wright fraud: 4,300,000. Craig Wright scam: 9,970,000. Craig Wright lying: 23,700,000 16/17.
https://twitter.com/MyLegacyKit/status/ ...

https://coinpedia.org

› news › binan...

Binance CEO CZ Calls Craig Wright Fraud, Citing Fcoin Exit Scam
Feb 24, 2020 — In recent tweet, Binance CEO Changpeng Zhao/ CZ Calls Craig Wright Fraud. Besides, he also related him Fcoin Exit Scam or Chinese crypto …

https://www.trustnodes.com

› vitalik...

Vitalik Buterin Calls Craig Wright a Fraud - Trustnodes
Apr 3, 2018 — All the latests news on Crypto, Blockchain, Bitcoin, Ethereum, Tokens, ICOs, Fintech, and more.

https://cryptocurrencytracker.info

› ...

Decade Old Bitcoin Miner Proves Craig Wright Is a Fraud
May 25, 2020 — 145 different Bitcoin addresses that are listed as a part of Craig Wright's infamous Tulip Trust just signed a message declaring that Wright …

https://ihodl.com

› topnews › binan...

Binance CEO Calls Craig Wright a 'Fraud' | News | ihodl.com
The head of cryptocurrency exchange Binance Changpeng Zhao (CZ) in a recent tweet post called Craig S Wright (CSW), an Australian computer scientist and …

https://www.cryptoglobe.com

› latest

Vitalik Buterin Calls Bitcoin Creator Craig Wright A 'Fraud | Cryptoglobe
Apr 3, 2018 — At the Deconomy 2018 conference in Seoul, South Korea, Ethereum founder Vitalik Buterin called out Craig Wright, who claims to be bitcoin …

https://libredd.it

› bsv › mphb45 › c...

COPA initiated a lawsuit asking the UK High Court to declare that Mr ...
Craig claims he has tax receipts from BitCoin as an appreciating asset from early on. There are rumors you have been contacted by the Australian Tax office in …

https://coinvigilance.com

› not-your...

Not Your Tulip Trust? Message Calling Craig Wright 'Fraud' May ...
Legal experts say a message in Bitcoin addresses linked to the Tulip Trust could be used against Craig Wright in his case with Kleiman estate.

https://www.investinblockchain.com

> ...

Wikileaks: There Is Evidence Craig Wright Engaged In Investment And ...

Apr 15, 2019 — One of Wikileaks' early tweets states that there is evidence that Craig Wright allegedly committed investment and R&D tax rebate fraud.

https://fullycrypto.com

> craig-wrig...

Craig Wright Fails to Get Kleiman Case Dismissed - FullyCrypto

Sep 22, 2020 — On the evidence so far however, it looks like Wright could be in a whole heap of trouble. Share. America Bitcoin Craig Wright Fraud ...

https://essentials.news

> article > bin...

Binance CEO Changpeng Zhao: Bitcoin SV Founder Craig Wright 'Is ...

Changpeng Zhao, the co-founder and CEO of major cryptocurrency exchange Binance publicly expressed distrust towards self-proclaimed Bitcoin (BTC) creator ...

https://bitcointalk.org

> ...

Bitmex Research vs Craig Wright Fraud (Faketoshi) - Bitcoin Talk

Oct 15, 2019 · 7 posts · 3 authors

Bitmex Research vs Craig Wright Fraud (Faketoshi). October 15, 2019, 03:40:01 PM Last edit: October 16, 2019, 07:18:42 AM by dragonvslinux.

https://cyberbump.net

> is-bitcoin-fa...

Is Bitcoin FAILING? | Tracking Binance Stolen Funds | Another Craig ...

Is Bitcoin FAILING? | Tracking Binance Stolen Funds | Another Craig Wright Fraud | IOST x XPET. November 3, 2021 by John Flores · Buy Crypto at Exchange ...

https://www.realclearmarkets.com

> ...

Bitcoin's Trial of the Century Kicks Off in Miami | RealClearMarkets

Nov 3, 2021 — At the center of the case: the potential ownership of 1.1 million BTC.

https://bitcoinist.com

> vitalik-buteri...

'My Bulls*** Meter is Spinning' — Vitalik Buterin Slams Craig Wright

Apr 3, 2018 — Vitalik Buterin has taken to Twitter today to bash Craig Wright during a presentation titled "Bitcoin, Controversy over Principle" at the ...

https://www.trustpilot.com

> review

Read Customer Service Reviews of www.bitstocks.com - Trustpilot

Also, type into your search engine "Craig Wright fraud" or "false evidence". You will find dozens of examples. Shame on you, Bitstocks.

4.4

(62)

https://www.law360.com

> articles

Bitcoin 'Inventor' Fights Atty Fee Bid Over Sanctions - Law360

Dec 10, 2019 — ... he and his team made a strategic decision to spend so much time and effort to "uncover the extent of Craig Wright's fraud and perjury."

https://bitcoinexchangeguide.com
› ...
Craig Wright Withdraws Email Submitted As Evidence to Court ...
Apr 19, 2019 — "Craig Wright's fraud continues. Yesterday, he submitted into evidence an email he says was from Dave Kleiman to Uyen Nguyen asking her to …

https://m.youtube.com
› watch
Coinbase Cloud Wallet | Craig Wright Fraud - YouTube

14:37
UPLOADED BY:
BTC Sessions
POSTED:
Feb 13, 2019

https://coinnounce.com
› now-offici...
Now Official: Craig Wright Sues Roger Ver to the court - Coinnounce
May 3, 2019 — Roger Ver calls Craig Wright Fraud and a Liar. According to Craig Wright, an Australian computer scientist and the founder of Bitcoin ...
https://nitter.domain.glass › sumofig...
ᑕЦᴍоfighᏝer ∞/21M (@sumofighter666) | nitter tweet view
Given the massive amount of evidence of Craig Wright's fraud to go through, and quite a few (expert) witnesses that have to testify, my estimation is the …

https://www.facebook.com
› photos
Coinnews - Facebook
Log In. Log In. Forgot Account? May be an image of 1 person. Coinnews. · Ma--y- ------2--9,-- --2-----0---2---0 ·. Not Your Tulip Trust?

https://newsbeezer.com
› venezulaeng
Vitalik Buterin calls Craig Wright "Fraud" at the Deconomy 2018 ...
The Deconomy 2018 conference was not free of controversy between some of the notorious Blockchain ecosystem attendees attending the March 3 event in Seoul, …

https://btcmanager.com
› self-procla...
The Self-proclaimed Satoshi Nakamoto, a.k.a. Craig Wright ...
Apr 15, 2018 — The Craig Wright fraud scandal gets worse and worse the more we dig. He copied Sections 3 (minus 3.1), 4, 5, 6 from Liu &
Wang

:https://t.co/
…

See more

I CAN PRODUCE THE THESIS/RESEARCH PAPER THAT CRAIG WRIGHT PLAGIARIZED. VERBATIM. WHOLE SECTIONS. THE AUTHOR FEARS COMING FORWARD BUT GAVE CONSENT TO ACT ON HIS BEHALF IN THE COURTS.

I NEVER CLAIMED **SOLE** OWNERSHIP OF EARLY BITCOIN ADDRESSES NAMED. EARLY? THERE WAS A COHESIVE GROUP.

MY TESTIMONY IS I HAD HELP AND HAVE ACTUALLY SILENT PARTNERS.

The court needs to know, be aware, that US intel may have hacked me right back, lol, as someone did get me in real time exactly as I got them.

US intel may be supporting me as only I and Meyring can vest or imbue any of this with value.

As I reached for a keyboard to choose a Username for Reddit, someone eclipsed me by filling in…

"freshsignificance56"

A codename! The 56 signers? Overlap or remainder? Me writing or rather quantifying law? Significant numbers??

Who could do this?

US Intell or the Creator.

NATIVE AMERICAN PROPHECY IS…


https://www.californiaindianeducation.org/famous_indian_chiefs/crazy_horse/

Crazy Horse earned his reputation among the Lakota not only by demonstrating heroic skill and bravery during battle, but also by his blustery determination to preserve his traditional Indian culture. For example, Crazy Horse refused to allow anyone to take his photograph.

"(Crazy Horse) was an uncommonly handsome man. While not the equal of Gall in magnificence and imposing stature, he was physically perfect, an Apollo in symmetry. Furthermore he was a true type of Indian refinement and grace. He was modest and courteous as Chief Joseph; the difference is that he was a born warrior, while Joseph was not."

From the book "Indian Heros and Great Chieftains" by Charles A. Eastman (Ohiyesa).

Upon suffering beyond suffering:

The Red Nation shall rise again and it shall be a blessing for a sick world; a world filled with broken promises, selfishness and separations; a world longing for light again.

I see a time of Seven Generations when all the colors of mankind will gather under the Sacred Tree of Life and the whole Earth will become one circle again.

In that day, there will be those among the Lakota who will carry knowledge and understanding of unity among all living things and the young white ones will come to those of my people and ask for this wisdom.

I salute the light within your eyes where the whole Universe dwells. For when you are at that center within you and I am that place within me, we shall be one.

- Crazy Horse, Oglala Lakota Sioux (circa 1840-1877)

Crazy Horse is quoted as saying while he sat smoking the Sacred Pipe with Sitting Bull for the last time — Crazy Horse was killed four days later by US Army soldiers in a hand-to-hand scuffle as they attempted to imprison him. There are no known photographs of Crazy Horse, he would not permit anyone to take his picture, presumably, Crazy Horse believed a photograph stole or unnaturally held the soul of the person(s) pictured.


THE TRUE WHITE BROTHER AND HELPERS

http://crab.rutgers.edu/~omaha/NAI/Hopi_Prophecy.htm

TWO BROTHERS/TRUE WHITE BROTHERS PROPHECY

"This was done with the help of Spider Woman. Before the Great Spirit went
into hiding, He and Spider Woman put before the leaders of the different groups of people many colors and sizes of corn for them to choose their food in this world. The Hopi was the last to pick. The Hopi then chose the smallest ear of corn. Then Massauu said, "You have shown me you are wise and humble. For this reason you will be called Hopi (people of peace)."

 It was to Spider Woman's two grandsons the sacred stone tablets were given. These two brothers were instructed to carry them to a place the Great Spirit had instructed them. The older brother was to go immediately to the east, to the rising sun and upon reaching his destination was instructed to immediately start to look for his younger brother who shall remain in the land of the Great Spirit. The older brother's mission when he returned was to help his younger brother (Hopi) bring about peace, brotherhood and everlasting life.

**Hopi, the younger brother**, was instructed to cover all land and mark it well with footprints and sacred markings to claim this land for the Creator and peace on earth. We established our ceremonials and sacred shrines to hold his world in balance in accordance with our first promise to the Creator.

This is how our migration story goes, until we met the Creator at Old Oraibi (place that solidifies) over 1000 years ago. It was at that meeting when he gave to us these prophecies to give to you now at this closing of the Fourth World of destruction and the beginning of the Fifth World of peace. He gave us many prophecies to pass on to you, and all have come to pass. This is how we know the timing is now to reveal the last warnings and instructions to mankind. We were told to settle permanently here in Hopiland where we met the Great Spirit and wait for Older Brother, who went east, to return to us. When he returns to this land he will place his stone tablets side by sidevto

show all the world that they are our true brothers -- when the road in the sky (INTERNET?) WEB? - Satoshi) has been fulfilled and when the inventing of something, in Hopi means,
gourd of ashes, a gourd that, when it drops upon the earth will boil everything within a large space and nothing will grow for a very long time.

We were told that three helpers who were commissioned by the Great Spirit to help Hopi bring about the peaceful life on earth would appear to help us and that we should not change our homes, our ceremonials, our hair, because the true helpers might not recognize us as the true Hopi. So we have been waiting all these years.

It is known that our True White Brother, when he comes, will be all powerful and will wear a red cap or red cloak. He will be large in population and belong to no religion but his very own. He will bring with him the sacred stone tablets. With him there will be two great ones, both very wise and powerful. One will have a symbol or sign of the swastika, which represents purity and is Female, a producer of life. The third one or the second one of the two helpers to our True White Brother will have a sign of a symbol of the sun. He, too, will be many people and very wise and powerful. [One will have the symbol of the moja, or cross.] (Robert & Satishi? You? 😊) We have in our sacred Kachina ceremonies a gourd rattle which is still in use today with these symbols of these powerful helpers of our True Brother.

It is also prophesied that, if these three fail to fulfill their mission, then the one from the west will come like a big storm. He will be many in numbers and unmerciful. When he comes he will cover the land like the red ants and overtake this land in one day. If the three helpers chosen by thr Creator fulfill their sacred mission, and even if there are only one, two, or three of the true Hopi who remain holding fast to the last ancient teaching and instructions the Great Spirit, Massauu will appear before all, and our would will be saved. The three will lay our a new life plan which leads to everlasting life and peace. The earth will become new as it was from the beginning. Flowers will bloom again, wild game will return to barren lands, and there will be abundance of food for all. Those who are saved will share everything equally and they all will recognize Great Spirit and speak one language.

We are now faced with great problems, not only here but throughout the land. Ancient cultures are being annihilated. Our people's lands are being taken from them, leaving them no place to call their own. Why is this happening? It is happening because many have given up or manipulated their original spiritual teachings. The way of life which the Great Spirit has given to all people of the world, whatever your original instructions, are not being honored. It is because of this great sickness called greed, which infects every land and country, that simple people are losing what they have kept for thousands of years.

Now we are at the very end of our trail. Many people no longer recognize the true path of the Great Spirit. They have, in fact, no respect for the Great Spirit or for our precious Mother Earth, who gives us all life. We were told that someone would try to go up to the moon, that they would bring something back from the moon, and that after that nature would show signs of losing its balance. Now we see that coming about. All over the world, there are now many signs that nature is no longer in balance. Floods, drought, earthquakes, and great storms are occurring constantly and causing much suffering. We do not want this to occur in our country, and we pray to the Great Spirit to save us from such things. But there are now signs that this very same thing might happen very soon on our own land.

Now we must look upon each other as brothers and sisters. There is no more time for divisions among people. Today I call upon all of us, from right here at home, Hotevilla, where we too are guilty of gossiping and causing divisions even among our own families, out to the entire world where thievery, war, and lying go on every day. These divisions will not be our salvation. Wars only bring more wars, never peace. Only by joining together in a Spiritual Peace with love in our hearts for one another, love in our hearts for the Great Spirit and Mother Earth, shall we be saved from the terrible Purification Day which is just ahead.

There are many of you in this world who are honest people. We know you spiritually for we are the Men's Society Grandfathers who have been charged to pray for you and all life on earth, never forgetting anything or anyone in our ceremonials. Our prayer is to have a good happy life, plenty of soft gentle rain for abundant crops. We pray for balance on earth to live in peace and leave a beautiful world to the children yet to come. We know you havevgood hearts, but good hearts are not enough to help us out with these great problems. In the past, some of you have tried to help us Hopis, and we will always be thankful for you efforts. But now we need your help in the worst way.

We want the people of the world to know the truth of our situation. This land which people call the Land of the Freedom celebrates many days reminding people of the world of these things. Yet in well over 200 years, the original Americans have not seen a free day. We are suffering the final insult. Our people are now losing the one thing which gives life and meaning to life -- our ceremonial land, which is being taken away from us. Hotevilla is the last holy consecrated, undisturbed traditional Native American sacred shrine to the Creator. As the prophecy says, this sacred shrine must keep its spiritual pathways open. This village is the spiritual vortex for the Hopi to guide the many awakening Native Americans and other true hearts home to their own unique culture. Hotevilla was established by

the last remaining spiritual elders to maintain peace and balance on this continent from the tip of South America up to Alaska. Many of our friends say Hotevilla is a sacred shrine, a national and world treasure and must be preserved. We need your help.

Where is the freedom which you all fight for and sacrifice your children for? Is it only the Indian people who have lost, or are all Americans losing the very thing which you originally came here to find? We don't share the freedom of the press because what gets into the papers is what the government wants people to believe, not what is really happening. We have no freedom of speech, because we are persecuted by our own people for speaking our beliefs.

We are at the final stages now, and there is a last force that is about to take away our remaining homeland. We are still being denied many things including the right to be Hopis and to make our living in accordance with our religious teachings. The Hopi leaders have warned leaders in the White House and the leaders in the Glass House[the United Nations] but they do not listen. So as our prophecy says then it must be up to the people with good pure hearts that will not be afraid to help us to fulfill our destiny in peace for this world. We now stand at a crossroad whether to lead ourselves in everlasting life or total destruction. We believe that human beings' spiritual power through prayer is so strong that it decides life on earth.

So many people have come to Hopiland to meet with us. Many times people have asked how they can help us. Now I hope and pray that your help will come. If you have a way to spread the truth, through the newspapers, radio, books, through meeting with powerful people, tell the truth! Tell them what you know to be true. Tell them what you have seen here, what you have heard us say; what you have seen with your own eyes. In this way, if we do fall, let it be said that we tried, right up to the end, to hold fast to the path of peace as we were originally instructed to do by the Great Spirit.

Should you really succeed, we will all realize our mistakes of the past and return to the true path -- living in harmony as brothers and sisters, sharing our Mother, the Earth with all other living creatures. In this way we could bring about a new world, a world which would be led by the Great Spirit, and our Mother will provide plenty and happiness for all.

God bless you, each one of you and know our prayers for peace meet yours as the sun rises and sets. May the Great Spirit guide you safely into the path of love, peace, and freedom. May the holy ancestors of love and light keep you safe in your land and homes. Pray for God to give you something important to do in this great work which lies ahead of us all to bring peace on earth.

We, the Hopi, hold the sacred stone tablets and now await the coming of our True White Brother and others seriously ready to work for the Creator's peace on earth. Be well, my children, and think good thoughts of peace and togetherness. Peace for all life on earth and peace with one another in our homes, families and countries. We are not so different in the Creator's eyes. The same great Father Sun shines his love on each of us daily just as Mother Earth prepares the substance for our table, do they not? We are one after all."

# How Butterflies Learned to Fly



I AM the 7th Generation and THIS is the Great awakening ~ IDLE NO MORE~




PRIORITY MAIL EXPRESS

**USPS UNITED STATES POSTAL SERVICE®** | **PRIORITY MAIL EXPRESS®**



EI 263 238 070 US



U.S. POSTAGE PAID
PME 1-DAY
LAS CRUCES, NM
88011
NOV 17, 21
AMOUNT
**$27.10**
R2304Y122650-25

1007          30303

**CUSTOMER USE ONLY**

**FROM:** (PLEASE PRINT)   PHONE 575 740-5820
Satoshi Nakamoto
311 East 3rd Ave #4
TorC, NM 87901

**DELIVERY OPTIONS** (Customer Use Only)

☐ **SIGNATURE REQUIRED** Note: The mailer must check the "Signature Required" box if the mailer: 1) Requires the addressee's signature; OR 2) Purchases additional insurance; OR 3) Purchases COD service; OR 4) Purchases Return Receipt service. If the box is not checked, the Postal Service will leave the item in the addressee's mail receptacle or other secure location without attempting to obtain the addressee's signature on delivery.

**Delivery Options**
☐ No Saturday Delivery (delivered next business day)
☐ Sunday/Holiday Delivery Required (additional fee, where available)*
*Refer to USPS.com® or local Post Office™ for availability.

**TO:** (PLEASE PRINT)   PHONE 404 215-1600
Richard B. Russell Federal Bldg
2211 United States Courthouse
75 Ted Turner Drive, SW
Atlanta, GA 30303-3309

ZIP + 4® (U.S. ADDRESSES ONLY)

■ For pickup or USPS Tracking™, visit USPS.com® or call 800-222-1811.
■ $100.00 insurance included.


⬅ **PEEL FROM THIS CORNER**

USPS.COM/PICKUP


PS10001000006

EP13F May 2020
OD: 12 1/2 x 9 1/2

**PAYMENT BY ACCOUNT** (if applicable)
USPS® Corporate Acct. No.    Federal Agency Acct. No. or Postal Service™ Acct. No.

**ORIGIN (POSTAL SERVICE USE ONLY)**

| ☐ 1-Day | ☐ 2-Day | | ☐ Military | ☐ DPO |
|---------|---------|---|-----------|-------|

| PO ZIP Code | Scheduled Delivery Date (MM/DD/YY) | Postage |
|-------------|-----------------|---------|
| 88011 | 11-18 | $ 27.10 |

| Date Accepted (MM/DD/YY) | Scheduled Delivery Time | Insurance Fee | COD Fee |
|-------------|-----------------|---------|---------|
| 11-17 | ☐ 12:00 PM | $ | $ |

| Time Accepted | | Return Receipt Fee | Live Animal Transportation Fee |
|-------------|-----------------|---------|---------|
| 1:06 ☐ AM ☐ PM | | $ | $ |

| Special Handling/Fragile | Sunday/Holiday Premium Fee | Total Postage & Fees |
|-------------|-----------------|---------|
| $ | | 27.10 |

| Weight | ☐ Flat Rate | Acceptance Employee Initials |
|--------|------------|------------------------------|
| 4 lbs. ___ ozs. | | KM |
| | | $ |

**DELIVERY (POSTAL SERVICE USE ONLY)**

| Delivery Attempt (MM/DD/YY) | Time | Employee Signature |
|-------------|------|--------------------|
| | ☐ AM ☐ PM | |
| Delivery Attempt (MM/DD/YY) | Time | Employee Signature |
| | ☐ AM ☐ PM | |

LABEL 11-B, MAY 2021        PSN 7690-02-000-9996

D INTERNATIONAL USE
NG LABEL HERE

...ate.*
...me.†
...ed.

...n request.

CLEARED

NOV 18 2021

**U.S. Marshals Service**
Atlanta, GA

...ect APO/FPO/DPO, and select International
...t pe.usps.com for complete details.
...stinations only.

WHEN USED INTERNATIONALLY, A CUSTOMS DECLARATION LABEL MAY BE REQUIRED.

