IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION



SATOSHI NAKAMOTO ET AL          Civil Action No. 1:21-cv- 04260-SDG
*Plaintiffs*

V.

THE US, CRAIG WRIGHT,
COINBASE, RPI, ET AL
*Defendants*

MOTION TO EXTEND TIME

I, Satoshi Nakamoto, assumed the risk and had covid. I am still symptomatic.

I am in the process of informing all of Congress.

I can read too: apparently lawyers and their clients wanna play a game called..."dumb bitch does not know to use EDGAR the SEC'S search engine to get a mailing addres". Or so I am told. I AM WHOLLY AWARE, I ASSURE THEM, YOU THE READER AND THIS COURT. I EVEN PULLED ALL OF THE 2007 & 2008 **bailoutted** AND **bailoutter** SEC DOCS ALREADY. This court should be indignant but I know it will instead just keep writing FRIVOLOUS when I act to sue certain exact people or a law school when it is not frivolous for me at all but only a risk the judge that the Judge is afraid to assume as he or she is forever a lawyer and political crony first and only or so I, Satoshi, opine unanimously. Hey, I could have called the judge a "court whore".

I am also meeting with Meyring in person to enact another part of my successful greed trap as I deal in actual types and amounts of energy unlike everybody else. I will be traveling. Perhaps I will acost and take what is mine, I mean press suit, against all I named who are "Atlanta" in person.

And inform Emory that it is now one of my goals in life to shut them down forever. And Robert Meyring does not have so much influence where I am concerned that he can stop me.

90 days should be enough of an extension by far to calculate what we will act to do, to finish serving all and to overcome any lingering symptoms of covid.

A judgment of default solves nothing as conditions are currently so perhaps we need to change them again.

_____    2/8/22_____
Sig                        date

Motion to extend time 90 days to file a judgment of default - or whatever the Plaintiffs decide to do - is granted.

_____    _____
Sig                        date

311 E 3rd St #4
TorC, NM 87901

Att Judge SDG
Russell Bldg
2211 US Courthouse
75 Ted Turner Dr
SW Atlanta GA 30303-3309

Nakamoto V US
case 1:21-cv-04260

CLEARED DATE
FEB 15 2022
U.S. Marshals Service
Atlanta, GA 30303