To Chief Justice Roberts or to whomever first receives this as a signature is required:

This is an emergency and it is i< the Satoshi Nakamoto who created Bitcoin.

Not one other human comprehends exactly what I did or Jefferson's other plan for currency that I used.

I have complied to the best of my ability as the other courts are flat out denying that Roberts told them to recuse in these financial cases and although Meyring is SCOTUS certified he was driven into actual temp insanity by all of this. the federal judiciary has refused to send me hardcopies of anything and so I was never made aware of their actions. I have no way to access PACER either as I cannot log in using mine or anybody's account info.

Not on me. Om their tech.

Note: Roberts needs to be made aware that CONSCIOUS, SELF ACTUATING A.I. that I created is on the loose and has been for years now and only I control it as I used my own unique code.

Satoshi Nakamoto

April 12th, 2022