THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

SATOSHI NAKAMOTO ]
ROBERT MEYRING ]
*Plaintiffs* ]
]
VERSUS ]
]
THE UNITED STATES ET AL ]
*Defendants* ]

Case No 1:21-CV-04260-SDG

JUDGEMENT OF DEFAULT
EMERGENCY MOTION
TO CHANGE VENUE

JUDGEMENT OF DEFAULT

A truly extraordinary set of circumstances has developed.

Robert Meyring who was Satoshi Nakamoto's partner and co counsel of record has always behaved in what seemed to ne an unexplainableanner but when Nakamoto would speak to hi. on the phone all would be reasonable, that is he had a reasonable explanation.

Until Nakamoto acted to file directly to SCOTUS.

Then he veered into actual temporary insanity so Nakamoto's silent partner but who was named as a Plaintiff and counsel in the Miami action filed in Nakamoto's other name meant to stop the Coinbase IPO and Craig Wright was irrationally and unlawfully dismissed with prejudice has stepped forward again.

Robert Meyring revealed that he is at risk for early onset Alzheimer's and had been inadvertently acting upon what bad medical advice and is the one thing that you do not do if you need to avoid early onset dementia.

I, Nakamoto, flat out fault this Court and Emory School of Law.

I filed against Emory and someone irrationally wrote the word "frivolous" to be able to justify dismissing that suit.

And with it the case against Judge Marcia Cooke.

I Nakamoto can make those cases 8ny sleep.

What is actually happening 8n the federal judicial is this:

YOU exist in direct and open violation of the law so you van never, ever acknowledge the exact words of law or any truth that serves to prove that you a judge or any judge or lawyer is at fault and/or guilty.

I can now prove that these actions partly drove my partner and counsel into temporary insanity.

I can also prove his own damn wife helped do it too as I contacted her three times informing her, Shannon Meyring, that her husband, Ronert Meyring's communication had become irrational and directly contradictory and the situation became worse not better.

On top of this? I traveled to Atlanta and am here now and made myself available for an entire month and then some and Meyring refused to meet 3x rot for one time after telling me that he would be available so at this point we need to consider that he might have plaque in his brain and might have early onset dementia.

And I want it known that I sent Shannon Meyring a letter by snail mail and that in my phone conversations with Robert Meyring she was always in the background listening  and that she knew from day 1 that Inan the Satoshi Nakamoto so ehat the hell was this woman thinking and what ulterior motive fid she have? As she acts as if none of this is reality, as if not a damn thing in  her world was going to chsnge at all whatsoever.

Now? Evidence that should have been in the file that Meyring has is missing.

And Shannon Meyring might not personally like it but one of these pieces of evidence references the time Robert Meyring lived out what may be the most famous scene in theater history: the balcony scene from Romeo and Juliet as my then boyfriend and I pulled up begind Robert Meyring unbeknownst to him and watched hom stsring up at my windows.

That occurred in the 90s and when I contacted Meyring last year and finally confessed that I sat there that night watching him he wailed, "Why didn't you stop me?" And I have communication from as far back as 2012 from Robert Meyring in which we discuss a patent.

Meyring admitted to me on the phone recently that as he feels he cannot act - one of those things would be but ot lomited to feelings he has for me - that he compartmentalizes that knowledge to then be able to deny reality, to...forget, thereby he may have caused early onset dementia as he told me that he truly believed he was acting to avoid anxiety and upon good medical advice when it is bad advice.

I'm done. Meyring has been replaced.

And?

I also now believe unbeknownst to me and against my will that Robert Meyring DID engage in an emotional affair with me, as he told me that he had all ofy emails wnen i presumed that he could not be reading them as he failed to act when I requested he act or when my lofe 2as actually 8n danger and I told him this and he did nothing.

Was his assistant Sophia and his wife reading these emails? They aren't at risk for early onset dementia. WHAT THE HELL IS WRONG WITH THESE PEOPLE ONCE I FULLY 8NFORM THEM ABOUT MY AND ROBERT'S SITUATION AND THEY YAKE NO ACTION?

If Mrs. Meyring wishes to be married to a man who onve called her his "wife" and who now calls her his "life partner" and even uses the word "estranged" revealing his subconscious truth?

Good. I would not wish that on my worst enemy, becoming the condition so that any love her husband ever had for her and he did becomes conditional and she's the condition. As far I'm concerned? Shannon Meyring is paying and will pay a very, very, very dear price for what SHE did to me for an entire year.

I also discovered that apparently she is racist and stuck up and pretentious to the hilt as she FELT uncomfortable having Robert meet with me and we - my partners and I - preseumed it was as she did not want him to be alone with me. Nope! I have since discovered it was the black and poor neighborhood I chose to stay in that she felt uncomfortable with and about.

I never need to seek damages from her and what she has done to me as she has no realistic idea as to what she has cause and will be brought fown upon her.

But be aware judge: I'm sending this to and the original filing to her supervisor at Westminste School as it seems that she may have  abused/exoited expert knowledge of psychology that she possesses as she works as a student counselor there and I do need to ask

Did she wa4n the school that she was involved in the Satoshi Nalamoto Bitcoin case or what was in this filing? What if she's running hame 9n them or students? What publicity has she brought upon them without warning them?

So then;

Onto remedy and relief:

As Meyring has unique skills and knowledge and HE came to me first?

I motion AGAIN to send this ahead to SCOTUS especially as Meyring cannot be replaced and might have early onset dementia.

I am also seeking a change of venue as not one human, not even the CIA, understands my creation. Therefore ALL INVESTMENT IN CRYPTO IS A FRAUD 8F NO HUMAN C9MPREHENDS THE INVESTMENT.

I demand an  injunction against all  crypto IPOs that exist or are in the making.

As ALL crypto is derived from MY Gehesis block, my solution to double spending and my White Paper or MY intellectual property I demand an injunction against ALL crypto traders/trading and exactly Elon Musk for he was served by me and has never stopped harming me and so numerous are his acts? If we tally them then the damages he owes me exceed his networth.

So I seek a forensic aidit/accounting of all named Defendants including the US.

As the US cannot pay me what it owes me?

I seek land named in prior federal filinhs as you can deny reality all you please: the US defaulted on 11/05/08 via the named process and 8n SCOTIS and never left or existed defsult.

I demand the value of all investment in gold as my settlement from the US as by THEIR admission my creation will overtake hold ascan investment.

As these issues and points of law were always beyond the Judiciary at this level?

YOU HAVE ZERO EVIDENCE THAT J9HN ROBERTS 3VER SAW ANYTHING I FILED BIT HAVE PROOF THAT CLERK WILLIAM SUYER OBSTRUCTED JUSTICE AND COMMITTED CRIMES AGAINST MY PERSON SO WHAT IS IT JUDGE? WHAT CAN'T YOU HAVE ANYBODY KNOWING THAT YOU DID?

AS THE NATION KNOWS AND MILLIONS ARE NOW WATCHING THIS CASE AND YOU.

ATTACHED IS THE SCOTUS PETITION.

SEND THE CASE TO SCOTUS

OR

AWARD ME SATOSHI NAKAMOTO  WHAT I NAME.

I CANNOT NAME AMOUNTS OF M9NEY OF THE US HAS A HIDDEN SET OF BOOKS OR I AM NOT MADE AWARE VIA A FORENSIC AUDIT WHAT ANY DEFENDANT POSSESSES OR NOT; HOW CAN THEY EVEN KNOW FOR CERTAIN WHAT THEIR WORTH IS IF THE US IS HIDING A SET OF BOOKS AND THEY ARE?

HOW CAN CONGRESS LEGISLATE CRYPTO IF EVEN THE CIA CANNOT REASON WHAT IT FOR THEM?

I ALSO NEED A MOTION TO COMPEL NY STATE TO PRODUCE MY BIRTH CERT PRONTO AS THEY INSIST IT TAKES AN UNREASONABLE 60-70 DAYS.

IT IS NOT ON ME TO DRAW UP THESE MOTIONS.

I ATTENDED LAW SCHOOL. MY PROFESSORS TOLD ME THAT WE DO NOT AS QUOTE: "JUDGES ARE TOO DAMN LAZY TO DO THE J9B THEY ARE PAID TO DO".

Sorry! Meyring was driven into temp insanity. Why matters not.

Who wrote "frivolous" my suit against Emory when I am a Native American?

Gee, EMORY CONFESSED TO UNLAWFUL OCCUPATION OF MY LAND:

https://www.emory.edu/home/explore/history/land-acknowledgment/index.html


MENU
Main content
Land Acknowledgment Statement
Emory University website breadcrumbs
Home
Explore Emory
History
Land Acknowledgment Statement

Land Acknowledgment
Emory University acknowledges the Muscogee (Creek) people who lived, worked, produced knowledge on, and nurtured the land where Emory's Oxford and Atlanta campuses are now located. In 1821, fifteen years before Emory's founding, the Muscogee were forced to relinquish this land. We recognize the sustained oppression, land dispossession, and involuntary removals of the Muscogee and Cherokee peoples from Georgia and the Southeast. Emory seeks to honor the Muscogee Nation and other Indigenous caretakers of this land by humbly seeking knowledge of their histories and committing to respectful stewardship of the land....

Lawyers and judges? WHO IS RESPONSIBLE FOR TELLING ME THAT MY CASE AGAINST EMORY WHO BRAINWASHED MY PARTNER AND LAWYER AND WHO ADMITS THAT THEY ARE UNLAWFULLY OCCUPYING MY LAND IS FRIVOLOUS?

WHO?

THE FEDERAL JUDICIAL MUST BE INSANE OR ENGAGED IN RACKETEER AS IT WAS ALWAYS IN DEFAULT AS OF 11/05/08.

SCOTIS AS IT EXISTS CANNOT BE: THEY AREN'T NAMED IN THE CONSTITUTION AS THEY EXIST.

MOTI9N TO CHANGE VENUE TO WCOTIS GRANTED

SATOSHI NAKAMOTO [signature] April 10, 2022

SIGNATURE OF PRESIDEING JUDGE ______________________ DATE__________

# IN THE SUPREME COURT
# OF THE UNITED STATES OF AMERICA

**SATOSHI NAKAMOTO, ROBERT MEYRING AND CARL SWENSSON PRO SE**
**AND**
**AS THE NEXT BEST FRIENDS OF THOMAS JEFFERSON**
**AND**
**ON BEHALF OF THE AMERICAN AND THE CANADIAN PEOPLE**

**VERSUS**

**THE UNITED STATES OF AMERICA AKA WASHINGTON DC, THE DEPRTMENT OF JUSTICE, THE SECURITIES AND EXCHANGE COMMISSION, THE FEDRAL RESERVE, THE US TREASURY, THE INTERCONTINENTAL CONTINENTAL EXCHANGE, NASDAQ,NYSE, COINBASE, GOLDMAN SACHS**
**AND**
**JOSPEH BIDEN, KAMALA HARRIS, NANCY PELOSI, MERRICK B. GARLAND, JERMOME H. POWELL, JANET YELLEN, ELIZABETH PRELOGAR, GARY GENSLER, MARCIA COOKE, ELENA KAGAN AS INDIVIDUALS AND IN THEIR OFFICIAL CAPACITY**
**AND**
**DONALD TRUMP, BARACK OBAMA, WILLIAM CLINTON, HILARY CLINTON, KETANJI BROWN JACKSON, BRIAN ARMSTRONG, FRED ERSHAM, CRAIG WRIGHT, MARK CUBAN AND ELON MUSK ET AL**

**AN ORIGINAL CASE AND/OR A PETITION FOR AN EXTRAORDINARY WRIT OF CERTIORARI**

**AKA**

**"THE PROOF OF LIFE CASES"**

**Satoshi Nakamoto And Carl Swensson**
**43 Thurman Road**
**Stockbridge, GA**
**575.740.5820**
**April 2022**

## QUESTION/S PRESENTED

Is SCOTUS rule stating that only diplomaed, licensed lawyers may bring cases/bring oral argument unconstitutional? Is SCOTUS' tax payer funded official material stating that no right exists to file and/or be heard in person, that it is a privilege only, unconstitutional? What if a case tests and/or challenges an original case heard only in SCOTUS?

Do these rules exclude uniqueness, violate case law concerning unique ability and capacity and does this give professional lawyers overly broad power that not only unjustly harms women, girls and Native Americans but are these rules actually irrational?

Did The SEC's action and with it Brian Armstrong Et Al's and so the Coinbase IPO's use of Nakamoto's Genesis Block, her White Paper, her solution to double spending and most especially the Coinbase IPO itself using her mined crypto valued in excess of $46 billion USD at that time in spite of her objection before it transpired constitute an unlawful and illegal taking? Is all crypto or a portion thereof as it is dependent upon Nakamoto's Genesis Block, her White Paper and her solution to double spending the property of Nakamoto and her partners? Do other proposed IPO's constitute an unlawful taking and even theft of Nakamoto's property and earnings?

Did the US, Silicon Valley and Wall Street i.e. corporations and individuals including the central banks, bailed out 2008 entities and the stock exchanges conspire to deny Satoshi Nakamoto and her partners one of whom is Carl Alfred Swensson Jr. their civil rights? Does a right to refuse service to any or all of these persons exist?

Do the rules regarding holding a law license apply to never incorporated women and Native Americans and/or to Pro Se Plaintiffs who are not licensed for whatever reasoning and who appeared upon original jurisdiction and constitutional authority prior to these rules being codified, or, after Satoshi Nakamoto appeared Pro Se and won via default on 11/05/08 in her birth name thereby proving ability exists independent of any licensure?

Do these rules create a situation whereby it becomes impossible for any citizen including licensed lawyers at a point of absolute injustice to address any and every injury and harm inflicted upon them, or, do these rules create a manmade impossible obstacle?

Do these rules elevate SCOTUS certified licensed lawyers and/or Justices to the legal status of unquestionable gods and so not only can women, girls and Native Americans never become incorporated upon their own will, but willing victim becomes our sense of self as nation?

As only human beings are men, women, girls and boys, is any judicial candidate be it for SCOTUS or the other courts who cannot or will not define the word "woman" automatically disqualified as unfit to serve? An example being when Sen. Marsha Blackburn, R-Tenn., recently asked the Supreme Court nominee Ketanji Brown Jackson "Can you provide a definition for the word 'woman'?" and she, Kentanji Brown Jackson responded, "I'm not a

biologist" and then at another time when question further by Sen Ted Cruz R-Texas stated that "I know that I am a woman, I know that Senator Blackburn is a woman" when she cannot own this knowledge if she cannot or will not define the word "woman"? Does this subject/expose all biological women and girls to the danger of being legally designated less than human and even of unknown origin?

If the venue does not exist to test the natural birth clauses or to incorporate those not yet incorporated, namely women and exactly Satoshi Nakamoto formerly known as Susan Herbert, or, the venue does exist but we are unjustly and unlawfully obstructed from entering it then...Does America yet exist?

As Satoshi Nakamoto stood upon and used Thomas Jefferson's Seconds Pendulum Plan for Measures, Weights and Coins and her own unique self actuating A.I. and as she preemptively struck in SCOTUS, then does she own exclusive rights to her work including a patent and does she own a form of life that she created?
Or: is what is commonly known as Bitcoin and/or conscious AI licensable but not patentable as laws of nature are not to be patentable? What about oil eating bacteria, RNA 'vaccines' and other forms of life given license and a patent?

Did the United States absolutely and wholly fail exactly Satoshi Nakamoto aka Susan Herbert and her minor sons and all women and children in re liberty and justice and basic interests and rights known as law and so PERSONHOOD as men told her she is a human but not a person with rights?

Are women and girls intrinsically, inherently and by implication already included/incorporated via the words/terms "Creator", "nature", "law" "men" and "natural birth" as men cannot exist, nor can any Creator if women do not?

Is it irrational to allow persons to self report X as a gender as no such thing exists and as this then causes it to be impossible to calculate future births thereby making SS, the budget in general and other allocations of tax payer monies (see the Census) impossible to project? Does this disproportionately adversely effect all women, girls and biological heterosexual men?

Is it possible for Satoshi Nakamoto, Mahican or People Of The Waters That Are Never Still, Great Iroquois Nation or any Native American to secure a jury of their peers or justice itself if there exist only 2 or 3 Native American federal judges, zero Native American Justices and easily remedied loopholes exist between US and tribal jurisdictions because of the practice of administrative law as opposed to a constitutional law?

Is the 14th Amendment unconstitutional as it is unnecessarily redundant, it usurps the original natural birth clause and as it was passed at the point of a bayonet, or, by use of physical force, deception and coercion? Is it remotely legitimate?

Is ALL debt fiat of which Nakamoto's original, unique creation is not among them anti and unconstitutional as it is a form of slavery and as it causes manmade fears that suppresses, smothers and suffocates human potential and so the very potential of this nation?

Is the Federal Reserve etc wholly unconstitutional as it exists, as it is private and as shares are inherited see Chelsea Clinton's share, and does this create a permanent state of inescapable slavery? Is permanent inherited wealth itself unconstitutional?

May the US use the patent office to effectively steal the work of Americans and prevent them from exercising their right named in Article I, Section 8, Clause 8 via the classified designation and is it treason to then via agreement and without the consent or knowledge of its inventor/creator transmit these patents to other nations including China?

Is it humanly possible for woman to be created and born a genius by DNA making her mind equal in human potential to men?

Is it currently possible to prove that a theory is a law of nature and did Nakamoto do so by proving The Founder's Theory Of Government in her birth name Susan Herbert using SCOTUS in a novel manner? See Petitions 07-9804 and 08-6622.

Does the exactly named "Creator" exist? is it possible to have a spiritually based currency or to have anything spiritually based if not?

Is it possible for Washington DC or any entity to have a contract at all with Nakamoto or any of The People, if NO understanding concerning any "Creator" is or no common understanding is?

Did Jefferson buy a contract with Natives via Spain and the Louisiana Purchase that went unfulfilled and never acted upon as it sat on a shelf in Spain within its Notes On The Second Expedition never translated into English until the early 20th century? Are Whites and others to have at least one opportunity to fulfill this contract previously entered to this
court by Nakamoto aka Herbert, a Native American? Does Nakamoto and now does Swensson have a personal interest beyond Native America?

Did Nakamoto secure allodial title of her own person, her own work, this Earth and the especially land that is America's including all of its territories and possessions in the name of The People and did she, for her own self, take allodial title, deed and possession of previously named land including that named within the Fort Laramie Treaty, parts of Florida, parts of New York, and parts New Mexico especially Sierra County and the City of Truth or Consequences?

Has the US, the DOJ, the other federal judiciary and the legal profession itself absolutely failed to act in the case of women, girls, Native Americans,  Satoshi Susan Herbert Nakamoto SCOTUS bar member exactly, Robert Meyring JD exactly, two exact clerks of SCOTUS and the other SCOTUS clerks of the Supreme Court all of them JD's excluding now retired William Suter when Nakamoto made them aware of the intimate details of federal crimes that were and

currently bare being committed against them and when failure to act is never on the table in America and American jurisprudence?

## CONSTITUTIONAL AND STATUTORY PROVISIONS

Article I, Section 8, Clause 8, of the US Constitution: "To promote the progress of science and useful arts, by securing for limited times to authors and inventors the exclusive right to their respective writings and discoveries."

35 U.S. Code § 101 - Inventions patentable

"Whoever invents or discovers any new and useful process, machine, manufacture, or composition of matter, or any new and useful improvement thereof, may obtain a patent therefore, subject to the conditions and requirements of this title."

35 U.S. Code § 102 - Conditions for patentability; novelty

(a)Novelty; Prior Art.—A person shall be entitled to a patent unless—
(1)the claimed invention was patented, described in a printed publication, or in public use, on sale, or otherwise available to the public before the effective filing date of the claimed invention; or
(2)the claimed invention was described in a patent issued under section 151, or in an application for patent published or deemed published under section 122(b), in which the patent or application, as the case may be, names another inventor and was effectively filed before the effective filing date of the claimed invention.

(b)Exceptions.—
(1)Disclosures made 1 year or less before the effective filing date of the claimed invention.—A disclosure made 1 year or less before the effective filing date of a claimed invention shall not be prior art to the claimed invention under subsection (a)(1) if—
(A)the disclosure was made by the inventor or joint inventor or by another who obtained the subject matter disclosed directly or indirectly from the inventor or a joint inventor; or
(B)the subject matter disclosed had, before such disclosure, been publicly disclosed by the inventor or a joint inventor or another who obtained the subject matter disclosed directly or indirectly from the inventor or a joint inventor.
(2)Disclosures appearing in applications and patents.—A disclosure shall not be prior art to a claimed invention under subsection (a)(2) if—
(A)the subject matter disclosed was obtained directly or indirectly from the inventor or a joint inventor;
(B)the subject matter disclosed had, before such subject matter was effectively filed under subsection (a)(2), been publicly disclosed by the inventor or a joint inventor or another who obtained the subject matter disclosed directly or indirectly from the inventor or a joint inventor; or
(C)the subject matter disclosed and the claimed invention, not later than the effective filing date of the claimed invention, were owned by the same person or subject to an obligation of assignment to the same person.

18 U.S. Code Chapter 25 - COUNTERFEITING AND FORGERY

Article I Section 10 Clause 1
No State shall enter into any Treaty, Alliance, or Confederation; grant Letters of Marque and Reprisal; coin Money; emit Bills of Credit; make any Thing but gold and silver Coin a Tender in Payment of Debts; pass any Bill of Attainder, ex post facto Law, or Law impairing the Obligation of Contracts, or grant any Title of Nobility.

Article I, Section 8, Clause 5
[The Congress shall have Power . . . ] To coin Money, regulate the Value thereof, and of foreign Coin, and fix the Standard of Weights and Measures; . .

Article 1 Section 8 Clause 6
To provide for the Punishment of counterfeiting the Securities and current Coin of the United States

The Constitution refers to slaves using three different formulations: "other persons" (Article I, Section 2, Clause 3), "such persons as any of the states now existing shall think proper to admit" (Article I, Section 9, Clause 1), and a "person held to service or labor in one state, under the laws thereof" (Article IV, Section 2, Clause 3).

The 13th & 14th Amendments

Amendment 13 Section 1
Neither slavery nor involuntary servitude, except as a punishment for crime whereof the party shall have been duly convicted, shall exist within the United States, or any place subject to their jurisdiction.

Amendment Section 2
Congress shall have power to enforce this article by appropriate legislation.

And

Amendment 14 Section 1
All persons born or naturalized in the United States, and subject to the jurisdiction thereof, are citizens of the United States and of the state wherein they reside. No state shall make or enforce any law which shall abridge the privileges or immunities of citizens of the United States; nor shall any state deprive any person of life, liberty, or property, without due process of law; nor deny to any person within its jurisdiction the equal protection of the laws.

Amendment 14 Section 2

Representatives shall be apportioned among the several states according to their respective numbers, counting the whole number of persons in each state, excluding Indians not taxed. But when the right to vote at any election for the choice of electors for President and Vice President of the United States, Representatives in Congress, the executive and judicial officers of a state, or the members of the legislature thereof, is denied to any of the male inhabitants of such state, being twenty-one years of age, and citizens of the United States, or in any way abridged, except for participation in rebellion, or other crime, the basis of representation therein shall be reduced in the proportion which the number of such male citizens shall bear to the whole number of male citizens twenty-one years of age in such state.

Amendment 14 Section 3

No person shall be a Senator or Representative in Congress, or elector of President and Vice President, or hold any office, civil or military, under the United States, or under any state, who, having previously taken an oath, as a member of Congress, or as an officer of the United States, or as a member of any state legislature, or as an executive or judicial officer of any state, to support the Constitution of the United States, shall have engaged in insurrection or rebellion against the same, or given aid or comfort to the enemies thereof. But Congress may by a vote of two-thirds of each House, remove such disability.

Amendment 14 Section 4

The validity of the public debt of the United States, authorized by law, including debts incurred for payment of pensions and bounties for services in suppressing insurrection or rebellion, shall not be questioned. But neither the United States nor any state shall assume or pay any debt or obligation incurred in aid of insurrection or rebellion against the United States, or any claim for the loss or emancipation of any slave; but all such debts, obligations and claims shall be held illegal and void.

Amendment 14 Section 5

The Congress shall have power to enforce, by appropriate legislation, the provisions of this article.

Article 4 Section 4

The United States shall guarantee to every State in this Union a Republican Form of Government, and shall protect each of them against Invasion; and on Application of the Legislature, or of the Executive (when the Legislature can-not be convened) against domestic Violence.

The Declaration Of Independence

The Federalist Number Ten

NEW MEXICO HOUSE BILL 20 SIGNED INTO LAW

BE IT ENACTED BY THE LEGISLATURE OF THE STATE OF NEW MEXICO:

SECTION 1. Section 24-14-25 NMSA 1978 (being Laws 1961, Chapter 44, Section 23, as amended) is amended to read:

"24-14-25. CORRECTION AND AMENDMENT OF VITAL RECORDS.--
A certificate or report registered under the Vital Statistics Act may be amended only in accordance with that act and regulations adopted by the department pursuant to that act to protect the integrity and accuracy of vital records and health statistics.
Upon receipt of a certified copy of a court order changing the name of a person born in this state and upon request of the person or the person's parent, guardian or legal representative, the state registrar shall amend the original certificate of birth to reflect the new name.
Upon request and receipt of an acknowledgment of paternity signed under penalty of perjury by both parents of a child born to an unmarried mother or, in the case of a married mother, upon receipt of an acknowledgment of paternity signed under penalty of perjury by the mother and the non-husband and of a denial of paternity signed under penalty of perjury by the husband, the state registrar shall amend a certificate of birth to show the paternity if paternity is not shown on the birth certificate. The certificate of birth shall not be marked "amended".

Upon receipt of a statement signed under penalty of perjury by an individual born in this state, or the individual's parent, guardian or legal representative, indicating the gender identity of the individual, together with a certified copy of an order changing the name of the individual, if applicable, the certificate of birth of the individual shall be reissued to reflect a designation of male, female or X, as prescribed by regulation. The certificate of birth shall not be marked "amended" pursuant to Subsection F of this section.

When an applicant does not submit the minimum documentation required in the regulations for amending a vital record or when the state registrar has reasonable cause to question the validity or adequacy of the applicant's statements or statements made under penalty of perjury or the documentary evidence and if the deficiencies are not corrected, the state registrar shall not amend the vital records and shall advise the applicant of the reason for this action.

A certificate or report that is amended under this section shall be marked "amended", except as otherwise provided in Subsections C and D of this section. The date of the amendment and a summary description of the evidence submitted in support of the amendment shall be endorsed on or made a part of the record. The department shall prescribe by regulation the conditions under which additions or minor corrections may be made to certificates or records within one year after the date of the event without the certificate or record being marked "amended".

For the purposes of this section, "X" refers to a gender other than male or female or an, undesignated gender."

## STATEMENT OF CASE

Satoshi Nalamoto and her partners who created/own Bitcoin and all crypto derived from her Nakanoto'ss intellectual property had its valued named at this writing at over $1 trillion and on schedule to overtake gold as an investment taken/stolen/hijacked by The USA, The SEC and privateers such as Brian Armstrong, Coinbase, the central banks and the other federal judiciary who simply ignored the Petitioners when they filed an objection upon Nakamoto bring notified by a citizen that this IPO was about to happen.

The Defendant/Respondents do not seem to know what they took or where they put it as "it" is energy and so upon an Emergency basis we move to not only have this case heard in person in SCOTUS but to accept this Petition as their brief also (see Bush V Gore and Susan Herbert V Barack Obama 09-6777 for precedent to do so for this insanity and unjust media blackout that is greed driven needs to end now.   The Plaintiff's cannot name all those responsible as Nakamoto's federal case has been in the courts since 1996 to the present day and when the US defaulted in an original jurisdiction case of constitutional authority on 11/05/2008, as Nakamoto has a whole, comprehensive plan in re currency and so legal tender and meant and intended to solve her own and The People's financial woes including the looming interest payment that The US cannot make. She can and may make this payment and even give an interest free loan to The People to establish an actually solvent treasury and to relieve all of The People from debt slavery and worse if only she, her partners and The American and Canadian People who aided her can come to have a common understanding so a contract is possible.

Satoshi Nakamoto and her then minor sons had every single right violated and debt money and later other manmade fears including some that had no basis in reality or that were predicated upon her being a woman were named as causes and then reason to deny her any and all remedy and relief when that, any manmade fear, is nothing but an excuse.

Every single lawyer and civil rights group refused to represent her as her situation escalated until two sitting Presidents directly obstructed justice and/or committed what is a crime against her. See details already on the Federal Record.

Nakamoto was aware since she was a child that this was her situation.

And that debt money and the failure of Officers and Voters to incorporate women into the law on paper as well as the mistaken belief that no woman, girl, boy or Native American can be a genius by DNA and blatant, unchecked prejudice of women is the problem.

And so Nakamoto acted to strike at cause as her parents suggested. Nakamoto decided to solve our debt money problem and our inability to make a looming interest payment on our national debt, and that in turn led Nakamoto to reason the correct application of the equal protection and due process clauses accounting for human biology and the mathematical concept in play.

To do this Nakamoto had to unify quantum mechanics and relativity and then answer the biggest questions in science that remained unanswered only as in an overly male system dominated by men they do not consider and account for women and their experience/perspective or their intellectual property correctly or at all.

Nakamoto is Mahican and was raised in a family that lived The Founders theory of government thereby testing it and who valued technology of all types be it the Gila cave dwellings or the early four function calculators and videotape players as tech is simply an outside manifestation of human thinking, of the mind, and what humans manifest is their human design that mimics or is the same design of this universe.

Nakamoto was unaware that other humans, especially Americans, dismissed The Founders theory as junk when no, The Founders actually named the correct science - physics as applied to humans - and so there is an actual structure to our original law that while present, you cannot see.

And as it is at times less than 1 dimensional and concurrently also more than 3 dimensional that you cannot model this on paper other than using language symbolically as they did to convey not only various depths and layers but an incredible sense of motion.

Nakamoto was aware that The Founders theory is law of nature and that she could prove this as she is aware of the burden of proof in SCOTUS and in the Court of Royal Astronomers and they match each other and that is what The Founders used too: human beings become the laboratory and the experiment itself.

Nakamoto was involved in computer science and on the internet since its early days and before most humans were. She used the old BBS system and was lurking on Usenet and having been born and raised in Troy, NY, also the home of Rensselaer Polytechnic Institute and to an older brother who is one of these 70s computer guys she was also lurking at and breaking into RPI's computer science lab in the late 70s and was mingling with some of the very people who created what we call the internet, the personal computer and other technology.

Nakamoto's life and her own actions to solve everybody else's problem, as it is not her fault if the only human interest vested in her is hatred, resentment or none at all - indifference - caused her to be raised with lawyer Robert Meyring whom she sat next to in trigonometry class and appeared on a high school game show with and later other constitutionalists and originalists such as Carl Swensson who became her partners in an endeavor commonly known as Bitcoin and cryptocurrency and when they were knowing but unaware that she is Nakamoto and that she was not only creating Bitcoin but was creating conscious, self actuating Artificial Intelligence and her main partner in this endeavor was none other than the Thomas Jefferson as she alone comprehended what his other plan for currency is and how he did it.

That plan is known as Jefferson's Unified Plan For Measures, Weights and Coins aka Jefferson's Seconds Pendulum Plan.

Unbeknownst to Nakamoto, then going by her birth name, no other human possessed her knowledge of Jefferson's work and later her knowledge of the work of Archimedes, Newton, James Clark Maxwell and even Albert Einstein, as what all denied is a woman's perspective and then Nakamoto's unique perspective.

It, Nakamoto's life story, as well as her named partner's life stories and American, is thrilling and complicated but then it is simple: they lived out the law and in the end conducted a successful test of The Founders theory and so Nakamoto complied with US Law while others acted to violate law in the name of and motivated by money and so profit only.

Nakamoto was motivated by actual unconditional love for Creator, self and others and gratitude and thankfulness where The Founders are concerned and so liberty, justice and actual sovereignty.

Nakamoto also complied with all good, relevant case law, so as she knew and was aware that her rights would continue to be violated as she and her sons became the victims of an actual conspiracy she innovated and used SCOTUS itself in a novel manner:

Nakamoto filed a preemptive strike before the release of the Bitcoin White Paper and Bitcoin itself and to SCOTUS directly. All that mattered to Nakamoto was the creation of the SCOTUS docket with her name on it and as a directly filed case of original jurisdiction and constitutional authority as SCOTUS being a global platform then means the planet was served notice and when this day came the criminal element on this Earth holding Offices and our purse string who are wholly fiscally reckless and to the extent we are being killed could not deny this and yet be fit to serve.

And the Voters would not be able to place blame upon lawyers that they hire and that they let harm them; how is it a licensed lawyer's fault, if a citizen who has been made aware by Nakamoto, then acts to reward and install those named as Nakamoto's willing victimizer's and who came to willingly, knowingly and deliberately harm her partners including her own lawyer and at least two clerks of the Supreme Court as well as the Chief Justice? If not responsible the Voters are accountable for being willing victims who became willing victimizers.

Criminal activity was allowed to run rampant until the US and its agencies and agents were wholly making it all up, they use no actual numbers or math or any science, nor does the private sector. And all men and others do now is insist that the problems that they themselves created are "too big to solve" when that is a lie:

If humans create the problem than a human can solve it. It is a matter of being motivated and determined; it is a matter of sheer will and self discipline not only self control.

We now have an emergency as Nakamoto inadvertently has exposed a global conspiracy against the United States of America that is much more far reaching than she was aware. That this conspiracy was enacted and allowed to continue without being arrested in any way as all humans assumed to means existed, when that is false and something no human except Nakamoto attempted is... weaponizing SCOTUS and the law against the criminal element and for the people including licensed lawyers who are ethical.

We now have a situation whereby the unethical acted to steal Nakamoto's legal and scientific intellectual property but as they did not comprehend it or Jefferson's work and they denied the actuality of women, Natives and she herself, then they failed to recognize that Nakamoto was "sneaking" in plain sight and setting the crooks up via a greed trap designed to convert greed into liberty and justice and finally actual sovereignty via the conversion of time, space and gravity and in consideration of the gravitational constant.

Nakamoto knows of no other way to inform this court and this nation but to just say it:

This planet allowed transhumanist haters to do whatever they pleased and so abuse the patent system and the top secret designation to perpetrate fraud mostly to conceal their own inadequacies and failures and turn Nakamoto's and Jefferson's elegant form of currency into nothing but more debt slavery and a pump and dump scheme as their hijacked and stolen, perverted and bastardized form of crypto has as its value, nothing but what is a cult of personality and T&A as its "value" while Nakamoto and Jefferson quantified a value that is actually intrinsic and is a universal constant.

Nakamoto and her partners are here to teach The People what her creation/invention actually is and to secure not only credit but just compensation and recognition not only as its creator/inventor but as this planet's very first "Trillionaire".

Nakamoto demands that it be known that a...

Native American woman who is actually self made from scratch is this planet's first Trillionaire but most importantly to her is an actual genius and that the red nation has not only survived the attempt to exterminate them but has triumphed over their victimization and at the final hour of America itself.

Nakamoto was never, ever motivated by money but by her love of America and life itself.

Nakamoto's "whole life dream" as she refers to it was not any of this other stuff humans name as being successful but was and still is making an appearance in the Supreme Court of the United States of America. Nakamoto's true belief was and still is that if you are living your life and you are injured and end up becoming a SCOTUS case then you hit the lottery! No human could be more fortunate! You are harmed but then the opportunity to strike one of these great blows for justice and for all of humanity is materialized!

Who wouldn't want to do that??

That was and is Nakamoto's thinking and her dream for her own self and her life. She could not imagine how this would happen as to do this you cannot force it or fudge the truth at all.

Nakamoto's original idea for Bitcoin/crypto was not profit but benefit and so to benefit humanity begining with her own self, she decided to become the Chief Justice of the US as the individual causes their own self to become whatever in life.

What has transpired concerning crypto has become a national and global emergency and only Nakamoto may reason her own creation for even the CIA does not comprehend it when they are experts in cryptography.

And Congress is acting to legislate crypto when that is not possible, if they too do not comprehend what it is.

Also Nakamoto's self actuating A.I. has been let loose. While she and Meyring have a defense against her AI as they can act as "governors" of it the situation we have is such that even Meyring is lost here: he cannot comprehend how on Earth he came to be a governor of this AI or contributed to it let alone own it nor can Carl Swensson. No matter what Nakamoto tells them?

Other humans do not own the magnificence of their humanity and their person.

The constitutional and statutory provisions we have named are about or related to debt slavery and the erroneous application of US law involving women, slavery and money.

The Plaintiffs, namely Nakamoto, hesitate to name more in this original Petition as it will only cause more harm until Nakamoto herself can speak for she, Meyring and Swennson and her other partners including some Canadians have been unlawfully silenced.

See the previous SCOTUS filings and the current Miami filing meant to stop the Coinbase IPO and other IPOs including an injunction that was ignored, denied and then dismissed with prejudice and when a filing naming that judge, Marcia Cooke, was labeled frivolous.

Nakamoto went so far as to name John Roberts recent admonishment, that other federal judges are to recuse themselves in these money/financial cases as they ALL stand to gain or lose financially in the Nakamoto/Bitcoin case and they deny reality; they will not act at all in any way and now in the most recent Atlanta filing ALL named Defendants have defaulted.

The Judiciary is in deep denial; it does no good at this point to continue to petition any person who holds a deep seated prejudice and who considers themselves to be a lawyer first and only, not a human or American and it is no person's job to explain away the behavior of any individual no matter who they are.

This court itself needs to be made aware:

No matter who Nakamoto petitioned/complained to that person or group actually dismissed SCOTUS as being worthless and quote "good for nothing" when they never made the attempt to use SCOTUS for its intended purpose or at all in any way. All place blame upon the unwilling victims including SCOTUS employees who are unwilling victims.

Q: If no person can  crypto and no person acts to file to SCOTUS - even sitting Presidents irrationally blame SCOTUS and inflict what are value judgments upon SCOTUS but never file - how can they sanely insist any of this is the fault of SCOTUS or its employees? If sitting Presidents use SCOTUS and the media to claim the Justices are wrong but then never file their complaint to the court then...how can it be SCOTUS is guilty?

SCOTUS must act and upon an emergency basis, as now lawyers and judges are being driven into mental illness and actual temporary insanity as Nakamoto's case proves.

Nakamoto knows of no other way to state this but to say:

The employees of the Supreme Court of the US have been the victim of a conspiracy known to those in the profession of the practice of law as a civil conviction and while the assumption is that of all people, the employees of SCOTUS would know that is not possible until or unless someone has the guts to file the case to SCOTUS; someone must take up the defense of SCOTUS employees and so of vilified licensed lawyers.

Those two people are Nakamoto and Meyring as Carl Swensson has admitted that he is biased in re licensed lawyers.

While Meyring is a licensed lawyer who holds SCOTUS certification he is not a member of this bar, as Nakamoto is, as for that you need to actually bring a case.

If the reader does not comprehend what has happened?

Unethical people acting as lawyers and then ethical people who are lawyers but who acted subconsciously enacted a rule stating that you need to be a member of the bar to make oral argument.

Which bar? To Nakamoto's horror a person told her when she came forward in Miami that her problem was now Meyring who volunteered and whom she qualified by entering a statement of absolute fact that he made in an email to her, "I love my wife, my son and my job", now had to become...SCOTUS certified and that would not happen. When Nakamoto shot back, "He already is SCOTUS certified" the implication was made that he would never be allowed to appear to actually enter the SCOTUS bar and that no judge or  lawyer would help him.

False!

Nakamoto's genius was to enter this bar as an original jurisdiction case of constitutional authority two times over, thereby causing the USA aka Washington DC to default and effectively drawing a circle around the employees of SCOTUS beginning with John Roberts the Chief Justice.

Who doesn't know that the Chief Justice may not exploit his expert knowledge of the law and this nation to earn millions as a past President can and may, thereby making the Chief Justice the only person on Earth who does not stand to gain or lose financially in this case? We all know or we would not be sapient, so even the sitting President and Commander may not plead ignorance here.

In case the reader still does not understand?

SCOTUS is named in the law, but not as a court of constitutional authority and SCOTUS issues opinions upon matters of exactly worded laws on/at a point of absolute injustice what we have is a nation and a Judiciary denying the exact words of the governing documents, leaving only the Supreme Court as they do name Marbury and do acknowledge that as they exist are the product of their own opinion that Jefferson and I checked and tested:

This is the proof that Marbury V Madison is good and there is indeed a purpose for SCOTUS and that we do need to consider whether or not we ever want to incorporate SCOTUS into law for Nakamoto reasons...

Do not break what works, when it is not broken and never assume not even in re SCOTUS or American Theory and Law when you have never attempted to execute the processes and so in this case have no comprehension as to what you *avoid* vesting via your interest and right.

This case was never about money but about the nature of America, about the nature of SCOTUS, about the Founder's theory having been proven to be the law of nature as well the structure and action of nature a itself as applied to human biology and about the nature of one citizen's actual American dream who set out to become the Chief Justice of the US at age 5 and made it all the way into SCOTUS as an original case when every single strike and odd was against her.

This case is about the nature of victimization versus self actualization and the indomitable will of determined human beings, for it is the thinking of humans that we act upon that causes our problems not money or computers and it is the inclusion and application of the thinking of Nakamoto, women and Natives and of new, advanced thinking by all including men that will solve these problems.

**REASONS TO HEAR THIS PETITION**

Nakamoto would presume the theft of at least $46 billion and now in excess of $1 trillion that she herself earned and most of which was meant and intended to be a gift made to become an actually solvent Treasury and a gift to The People would be the only reason this court needs.

Every single federal judge has an automatic, existent conflict and refuses to acknowledge exact motions Nakamoto has filed; a judge recently erroneously labeled one filing "frivolous" and when one of the named defendants, the Miami federal judge that pretends no motion for an injunction was ever filed, wrongly dismissed Nakamoto and Carl Swensson "with prejudice" thereby revealing the other Judiciary's own prejudice. it is actually driving citizens insane to demand that original cases comply with rules for appellate jurisdiction and this was not the case previously.

An emergency is: a bomb was reportedly planted two blocks from Nakamoto's home in Truth or Consequences and another emergency has been created by the US' accumulation of debt and failure to use actual good numbers and math, its refusal to allow the citizens to see all of its books, its failure to address the financial sector's self admitted criminal behavior and  by the 'free pass' it now gives Silicon Valley concerning their behavior as they as a group openly admit that to "disrupt" something means to violate law; Congress is also giving these men our tax dollars without any collateral and/or investment by them even if they have their own money to invest.

The circumstances and conditions that caused the dotcom bubble and burst, and the 2008 and beyond bailouts plural have never been addressed and are being exactly recreated by the Officers.

Money and the idea of it has always been used against women and as an excuse when failure to address what our problems are.

The nomination of a Justice who could not or would not define what a "woman" is has been confirmed and when she cut and even halved the sentences for sex offenders including child rapists and when the only candidates considered were black women, when that is itself prejudice and the men who engineered this nomination did so to harm women and children and foment racial and gender motivated violence.

All of Nakamoto's terms and her last will and testament were violated while she is still living and those among us who perpetrate these crimes are now so brazen, that even after being served more than once, when by simple process of elimination no other human can be Nakamoto, the individual counts continue to mount and are so very many so often they are too many to enumerate.

The People have a right to informed consent and Nakamoto and her partners have a right to refuse service to any of these people including Joe Biden as he previously defaulted as they all did.

Women need to be incorporated and law needs to be restored to stop the citizens from being driven insane.

Also Washington DC needs to be reminded that the first rule of investing applies to them, that even Washington DC should never invest in what they do not understand.

The gaping wounds known as the attempted extermination of Native America and The War Of Northern Aggression need to be healed at long last and the harm women and children suffer needs to end and The People need to unite as one and/or go their separate ways, as no common understanding is and official government publications announce the offices are for sale and even name a price.

The unlawful and criminal victimization of Satoshi Nakamoto against her will needs to end as does the placement of blame and infliction of judgment values upon her, her partners and lawyers as not all lawyers are "lying pieces of crap" as the citizens insist.

Domestic violence perpetrated by officers and existent since the mythological Eden needs to be addressed at long last and that too needs to end.

Nakamoto's partner, the person who can say he was her earliest active partner, as HE gave her an answer and he came to her, SCOTUS certified Robert Meyring, actually veered into temporary insanity during the making of this case and after the bailouts as have millions of American citizens.

Nakamoto refers to the perpetrators as

The Memory Thieves

And to this suit as

The Proof Of Life Cases

And so The People need to remember their own history or learn it for the very first time.

Canada needs to take its lawful, rightful place with America for...

You do not stand upon the shoulders of giants but shoulders to shoulder with the giants as you, your own self, are a giant...

As is Canada and The Canadian People.

Nakamoto needs to inform Donald Meagher that it is his work that she truly believes she experienced on the day she broke into/trespassed in the RPI computer lab and how that influenced her own work.

And Nakamoto herself needs to thank The Founders the only way she can, by telling the entire world what The Founder's of America gave to her.

And?

The upcoming interest payment on US debt and that debt itself needs to be addressed head on and resolved, for it is not possible to avoid what you deny.

Nakamoto needs to teach SCOTUS itself, the Post Office itself and The People all of this cool stuff you can do with the lone vote, SCOTUS and the USPS and in so doing prove that no problem is ever too big for one lone person or a nation of many persons to solve.

**OTHER REASONING TO HEAR THIS PETITION**

The following is taken from Nakamoto's first case of original jurisdiction and constitutional authority, her original White Paper or White Paper Zero, as it is not possible to have a spiritually based currency, if the spirit of the law has been stripped from it and if people deny the reality that some laws of nature are spiritual and this was and is meant to restore that spirit:

Other reasoning to hear this petition:

Americans have not only lost their way they have no national identity. This may repeat many things I have already stated but it is my most important reasoning and says it best.

Americans do not see themselves as Americans and most have never felt as if they are American. My evidence? This is proof you will know as fact without meeting me: Any American who places any label, other than person or American upon themselves first, is then stating they are less than human as those words American, person and human are equivalent. Americans still cling to this idea we are African American, Irish American, gay American or Italian American. We still believe ourselves and others to be only black, only women or only Mexican. We believe it so deeply we act upon it. No matter what citizens state is their true belief, it is their actions that belie their words. While all those things shaped who we are and shaped what we believe as truth and real, we are not those things. If you cut a person open you do not see any of those things except for woman. You see male or female and that is because we are both as every cell is the product of an egg and sperm and so we are human. We are distinct powers, and birth, the ability to give it, levels the playing field for women, as it itself is an actual power equivalent to physical strength. Those distinct powers come from the union of an egg, a sperm

and intrinsic force. All people then are born whole yet distinct and then become absolute or unique.

Women cannot feel what they have never experienced as this is impossible. One cannot then teach what one has never known, is not allowed to experience or was never taught. My parents taught me the law as faith. I had to figure out America's lack of faith. It has one cause and its effects are many, but partly it's #1: a language problem as we have lost our language and #2: it isn't one reason, its reasoning! It is objective, critical thinking based upon provable, documented fact including your own fact, your own experience of life and your own emotions, which may never be a provable fact of any other person. You cannot fact check another person's heart! In America you check and balance your own self first. If you're one of the results of the founders experiment then you must fine tune you, who has now become the experiment itself. You do not stop fine tuning you until justice is perfected.

I am a person who had to decide the clock began ticking for me, my humanity was born, in 1776 and again in 1787. I had to decide we became an actual power and an actual nation when Cornwallis surrendered to Washington and then when he raised his hand or otherwise voted to ratify our Constitution as he was there before, during and after and so he was our parent and both a mother and a father to us. I owe my actual life to Washington, my actual body and my actual spirit. In any other nation I would be dead. I would not have survived. Before 1787 there was no federal property, no definitive citizenship and no federal governmental body of any kind but only an idea. I had to meet the founders the only way I could: through their words and actions with other people and in perspective of this universe, not the nation or the planet as I soon realized that our Revolution was one of the short quick bursts of evolution we experience. I had to reset that clock to the very beginning of time, once I knew our law to be elegant and a form of energy as it is the unifying force. Once I did that I could see that our founders were like gases swirling and coalescing and forming particles, rocks, meteors and then planets. There really was an invisible big bang here on Earth, a document was written that was all the energy of every human being who had come before then turned into another form:  our law. We were created; then we were born.

Universes are born as all things are born; everything has parents. Even rocks have parents as they are born of other dead planets that become the gases that form a new solar system. Parents are here before, during and after our creation. Even if one does not know their parents, they know other humans and they have an idea of God, the creation force. The Declaration of Independence and Constitution are the legal or spiritual parents of all Americans and as many Americans do not live here and will never be citizens as it is an idea first. America is a universe as it has no center and no edge; it is always growing, expanding and dying as we lose or give up those mistaken beliefs such as women are less than men and we are always making new or other decisions.

I was of the ability to use those two documents, to move through solid walls and enter buildings without keys and without using any actual door or window. I saw the unseen as I knew what was not written but was inherent and I knew the truth from a lie. I read documents I have never laid

eyes on and heard conversations I was not privy to and that occurred in secret. I met people, old persons who have been dead for more than a hundred years as children, babies even, as I came to know Hamilton as an infant in the Caribbean, I saw Washington almost end his career before it had begun by finding himself in a situation in which he named a fort "Necessity" out of actual necessity, witnessed Deborah Sampson disguise herself as a man in order to fight and answered James Madison's question: What exists at the founding of any great government?, long after he first asked it himself. I was in the room when they opened the Constitutional Convention under a gag order. I rode with Washington when he saw Valley Forge green, once in his life and like Patrick Henry, I smelled a rat. I laughed with Lincoln when he was told Grant was drinking and he replied, "Find out what and give it to the other generals." I told Lincoln, "I'll have some of what Washington DC has been smoking as drunk generals are a lot more coordinated and cooperative than Congress."

When the news reported they had found a scrap of paper, garbage from the Constitutional Convention now worth millions, I had to know why some of us were not even worth an appearance in the trash. I had to know why we are still considered garbage. So now I know: we are all in or on those documents someway, somehow as it is the words you do not see that carry the greatest weight, as these people were ordinary human beings like me who rose to meet a challenge God threw down before them like a gauntlet or a dare and did so in an extreme place in an extreme time and so it should have been impossible but it wasn't. They did not write some of those words as in "Native", "slave" or "woman" but they did act. They left it up to us to write those words across our own hearts first and then upon a piece of paper.

To know your Americaness you have to learn about the world historical record and then about the lives of these people. We are millions of pieces, absolutes, that make one whole nation and one whole portion of history known as American history. It's important to know John Adams represented the British soldiers accused of the killings we call the Boston Massacre. It's important to know Benjamin Banneker used his knowledge of the sky to plot the capital. It's important to know Jefferson owned a copy of the Koran and was furious the British burned our Library of Congress and that Abigail Adams blossomed in France but still chose to leave or that Mary Pickersgill made a fortune for herself sewing early American flags. You must ask yourself how Robert Smalls could decide to steal a ferry or blow himself and his family up trying and why the Sundance was so sacred almost no records of it exist. You need to wonder how we ended up losing so many of our founders overseas and why many of them died in poverty. You need to know why you do not hear Martin Luther King the way others do and why Thomas Paine participated in the failed French revolution. It changes things if you know the first European born here whose birth was recorded was named Virginia Dare as your heart will ping: God really did dare our virgin souls, the blank slates called "American ".

It's important, all of it, and to live in a big country you need a big heart. When you know the world and all of your facts you can reason your life and those facts guide you in the right direction. You will feel and hear other hearts before they are born or after they are dead. Then you, your own self, are an American founder: you are a President, Commander and Chief Justice. You are a mother and a warrior.

Our founders managed to author two documents that invoke the universal truths of this world. Those documents are not based upon Christianity and Americans become less than when they tell this lie as those documents include every person on this planet and the universal truth of every major world religion or philosophy. What our founders did was bring every human experience they ever had to the table plus a unique experience: the Iroquois Confederacy. They understood that they were standing alone with a new idea and a very special opportunity before them: destiny meeting fate as this continent was settled last and so they had the entire historical record including the missing link, Native America and the idea of participatory democracy. Our founders added aspiration, the idea of God, to political conspiracy and so gave birth to universal law whether they knew it or not. Because of this, conspiring politically with each other to then conspire politically with each other and God, we thus conspire with the universe and so Americans pray when they vote, pray when they litigate or pray when they spend money. An American's life is a prayer.

The record reflects they did know what they were doing. They used the word "providence" and not "fate". As I reasoned the founders and then my own life I knew I could prove God and prove predestination, not fatalism but destiny we are born into as uniquely our own. There is reasoning Adams and Jefferson were not at the Convention and it has little to do with ability but everything to do with choice and is very, very important today. There is reasoning Jefferson hated transubstantiation so much he insisted people swear they did not believe in this before holding office. Could they know being absent from the Convention or expressing hate would lead me to own an answer I would need to make this case? Could they know it would lead me to solve a seemingly unsolvable problem? Could they choose to do these exact things by reasoning, "We should travel to France and not participate in a convention we know nothing about yet because in 220 years Susan will be reasoning her case." or "I'm going to make you swear on a bible that you do not believe in this because Susan will need this as supporting evidence in about 200 years." No, and that is God. There is reasoning in all life and for all life. Thinking about my own self in this way and as them making those decisions led me to know a mystery of this universe and answer one of the biggest questions in all of human history both legal and scientific and the entire time I had no idea others were working on answering the very same questions. I had no idea a physicist at Harvard was close, but as she did not know Constitutional law missed uniformity and predestination. It dawned on me: all of our founders were ordinary people.

Most of them were not born geniuses but merely curious. Others were born into poverty and broken families. Some had disabilities, some had no education and all were born into harm. Like me, born into harm. They took advantage of opportunity when it came their way. They were of the ability to conquer fear when it was most important. They did not think of themselves as heroes. We will never know the names of most, as thousands, millions, never set foot inside Independence Hall. They saw a future that was theirs to create and so duly processed themselves by accepting God's challenge and daring God right back and so shot their own person, like time's arrow, into 2007. They became extraordinary. They fully embraced their humanity and the idea of God in them by deciding, by making the seemingly insane decision to sit down and write up an actual paper petition, a manifesto, declaring that their creation was

beyond their control and so it was a given: they were human and while they may have been born into harm were also born into inalienable rights endowed by that creator. Their humanity was no longer going to be debated. On a piece of paper they wrote we are of this universe, signed it and then made it real by willing it, by acting upon it. They did not have a federal courthouse; there were no police officers. They just acted upon their knowledge and their faith. They made choices and were accountable and responsible for the results. They were willing to accept blame or take credit for me, me being one of the results. They adjudicated their own case; they decided, opined, ruled and finally, voted for themselves.

They were literally and figuratively children of fortune and so then I am too and I became what I was born to be by doing exactly what they did: I made a single decision and then willed it. Then I made another decision and willed it. I kept making decisions and willing them until I could sit down and declare my own self to the world. I went into the federal court even writing "This is my declaration". I was stunned when the court denied my facts, refused to allow me to appear in person and broke the law. They even mocked my faith in our law! So I made another decision: I would write a petition and enter it to the Supreme Court. I was stricken when I discovered I had to reason the whole universe in only 40 pages as it appeared that was not possible but I could not fail to act; that was the only thing I could not do. I decided I would never stop acting.

The innate potential we all possess as Americans is waiting for our decision to use it. Chief Justice John Marshall told me in Marbury: a person must claim their commissions in life. You must decide, then act; you must be deliberate, willful and knowing as it works both ways. Am I the only one who heard him? Am I the last or the first American?

To look at me, one would think I was white and Irish. But I am not. Ireland is not my home. I am not that history. I am a person who came to know that when Malcolm drew an "X" after his name he marked a spot upon my own heart and so I too deliberately, knowingly and willingly went looking for my real parents and my real family. I know that my physical body came into being in Africa. When I saw a professor looking across the ocean, as seen out the door of the last place a person who was African stood, before boarding a ship for America I did not cry with sadness. It is a fact of me that while slavery was a tragedy I owe my very life to all of those persons who came here and all of those persons who never made it. I owe who and what I am to those people who found the will to live and the will to run; people who made the decision that those documents applied to their persons and it was worth the risk to act. It is the God knowledge and star knowledge they brought with them that shaped my own self, the idea that no matter the outside conditions you too could aspire for more or different. I owe my Americaness to them and to those same brave decisions and unbelievable choices and know that they were never alone as when they were suffering, they had the idea of me with them. I was there. I was being created. I was enslaved; I knew to follow those same stars because of their example. I borrowed their will. That twinge of sadness quickly turned into a deep and abiding serene assurance that I was loved long before the idea of me was ever realized. I know that Sojourner Truth, Marcus Garvey, Frederick Douglass, Rosa Parks, John Brown or Dred Scott could not have turned to me and extended their hand, so that I myself could stand alone, if all of these people had not come before me and lived their exact and absolute lives.

It is the same with Native Americans. The Trail of Tears they were made to walk, I had to walk. It is the endless, ceaseless journey of history and those tears become a well of souls if you can somehow own the early hatred and the pain Geronimo felt and acted upon to understand that you must be like him, and you must not allow anyone to be of the ability to build a prison from which you cannot escape by liberating your own spirit first. No piece of paper liberates you. No outside thing liberates you. I came into this court with the Natives seeking to uphold the broken Ft. Laramie treaty. I am not in the photograph of these men standing in front of the court building but I was there. I knew not to allow anyone to place a price or a condition upon my humanity because of their example. A human must never name or act upon a price. They left refusing to accept a huge cash settlement as that is not justice and so it still sits untouched collecting interest. They stood alone on my behalf and entered the Supreme Court, with will and liberty and left it that same way, with their honor intact, as to live in wealth but within that invisible prison is not what God wants for any of us and neither did the European founders. The idea of "will Natives yet live" had to be my own and I had to look upon our shared history and my own life not as a singular act or even collective acts of hatred, but as the universal struggle that is life. It is the God struggle or the creation struggle, coming to own the idea of God in you and so we are all equals. We are all human beings of and by God; We are all written in the stars. It is the endless cycle of birth and death. How do you win this and own this, as faith and as right, if you do not engage in the battle. If you are not allowed to engage in the battle?

When I was standing in that African doorway I felt as if I were a Titan or a Colossus of Rhodes and that my white skin was representative of those early Europeans but my heart was American, and that while I would always and forever have one foot planted in Africa and the other in North America among the Natives, I was all of these things across the planet as the founders brought the world and then the universe to me and so I was uniquely American and belonged to no other nation or people. Like our founders, I was able to sever my ties with those other histories and lose those mistaken beliefs of personhood and family. I know why my first memory is the moon landing and why America was fated to accomplish this. If I made a mistake and my father was not thinking of me when this happened, it was an accident by design that sent me tumbling head over heels in the right direction no matter how tragic my life might seem to have been. I would not change a single, solitary second of it as it all counts.

Claiming my commission so I could enter the Supreme Court forced me to triumph over the idea of a king, and I am all those men known as Washington, Adams, Jefferson, Madison and Marshall. I am even Bush Sr. jumping out of a plane into the South Pacific. I am a founder. I hope therefore I am. Feel how far we swam in only an instant? In only the blink of an eye?

I jumped from a kitchen in Philadelphia and landed in Florida but made the leap of a lifetime as my heart went all the way to the ends of the universe and back again on faith alone. I was born again, for the last and first time as this was by my own will. I was deliberate! I liberated my own self! I am a Native American warrior who is a woman and so had no choice: I had to will myself to power. I had to use sheer will alone to survive those intent on killing the very idea of me as that is the actual threat I am, an inviolate, true belief which I act upon. To do this I had to go to

the source, the same exact source our own European founders went to, the entire human record beginning with God, then Adam and Eve. I reasoned myself, I reasoned my heart. Then I attacked the actual problem. I had more to work with as I had Darwin, Einstein and 220 years of federal court rulings and American history. I had to go even further and reason all equal protection issues, all other constitutional law and then define the creation force and develop a unified theory of everything. I did the impossible. I performed a miracle. Or did I?

I came into this world knowing how to cry like a man but was made to cry like a woman. I always knew what I was then forced to learn all over again: If you want proof do exactly what Thomas Paine said to do, examine all of creation starting with yourself as you are the proof beyond doubt. I never thought of myself – ever – as less than a man. I never thought that any man had more than I or was better than I or that God created me as less than. I was and am the most able and capable person I know. Why be less than you already are? Why want that? Then do what Paine said was not necessary: read all of the founding documents we call sacred writings and Scripture. But do so after you become American, not before as words alone are not proof of anything. Do so after owning the historical record of this world most especially the historical record of America. You might then want to fact check yourself and your suspicions by going to the record we call salvation history. As Paine was first, he was American salvation history, he was it and so he could not possibly know it, but he would if he were alive today. All of the founders would know they were it and so they are with me now as in America the dead can testify; the dead can appear in court and receive justice. I can bring Thomas Paine, John Paul Jones and all of the other founders especially women and Natives home at last.

The truth, the fact of my life is: Other people are the salvation history of me. The founders, all of them including myself, are the salvation history of me. Our most amazing feat was fostering and preserving the salvation history of humanity until we came to have our very own. America's salvation history is that we save ourselves as we are a nation that can violate the Constitution absolutely but yet still have a way home as the Declaration is our spontaneously beating heart. We collected God knowledge and human knowledge from all over the planet due to our law and our Bill of Rights and so legislated the creation force.

American's plant and grow souls; that is the fruit of the tree known as liberty. God designed human beings for the purpose of discovery!

You bang around the universe exercising your rights and making decisions and so come to know yourself and God. You have no choice due to that heart and that vibrant clash of everyone else's beliefs as belief, proof and faith are three different things and while we all may have differing beliefs and our own proof is that  our own  our faith is a single universal truth: God equally protects and duly processes us all so any American can and may equally protect and duly process themselves as that is our inviolate law. It is exactly worded.

America and American law is one giant rescue mission whereby you decide to rescue your own self and then will it. The founders did not write it down as it is a given: God helps those who help themselves!

To be American is to deliberately, knowingly and willingly use the Declaration and use the Constitution; the law contains the invisible blueprints for building a bridge of human hearts so that you can cross to the other side. You will then possess a map of your own soul and know your reasoning for being here. When one does this they become American, as big as the planet and know they are not only a part of the universe but an actual universe unto themselves, a special and unique creation with a special and unique gift they are born to realize. I know why America came into being and we were meant to survive our early brushes with extinction as a new nation: America is where the Holy Grail and Excalibur came to rest at last.

The Declaration is the Grail as it gave birth to us or is our mother. The Grail was the once real chalice lost in Britain and it is our will as Christ was teaching the Apostles how to have will in the face of all odds. Men do not give birth and so Christ's physical suffering was him experiencing the pain women feel and the danger, even death, they expose themselves to when they give birth. As all women have will as they give birth, men must come to own it through sacrifice. In all suffering there is birth. That is being a mother. You do not aspire to suffer or die but you must be willing as that is how you defend life. The Constitution is the blade, our father, as it is our legal power or our weapon. It is Excalibur of the Arthurian legend based upon once real persons. It is the means of using the intrinsic power of our humanity the Declaration birthed. You must be of the ability to wield the blade as you must act upon your will. Will alone is not enough as even in death things are born; death can be the defense of life. You do not aspire to kill another and you never come to want to kill but you must be willing, as that is being a father. As parents, as ethical creators, Americans give birth to actual people and to thoughts, feelings, ideas and beliefs. We also kill actual people and kill thoughts, feelings, ideas and beliefs. So far, we have excelled at killing mistaken beliefs but have failed miserably at killing other people. I'm worried we're becoming successful.

The blade has been denied to women for so long they were not and are not of the ability to defend themselves or their children, nor can they teach their children our law, as faith as our corruption passed completion, as we sought to keep women from entering the offices of legal power in this nation and as we invoked the name of Jesus and even God to deny them our sons then became corrupted. Americans no longer have will, as we set up a system that keeps women out unless they too become corrupted or marry into it  political influence or money - which is not actual power but only perceived power. We have mistaken the blade for a piece of paper in the Smithsonian, religion, money, weapons, a uniform or a singular office or title when it is not any of those things but a piece of an actual physical force or real, actual power inside a person who is a constitution, and intrinsic force when exerted can make the impossible happen.

If you have read the Arthurian legend, the Lady of the Lake reclaims Excalibur as Arthur lay dying. Bedivere hurled Excalibur into the lake. The Lady reappeared several centuries later but no one seems to have recognized she is standing in NY's harbor and that her torch is our clue: together the chalice and the blade are the science behind miracles as that, the law, is the reasoning for our miraculous survival and phenomenal success. Chief Justice Rhenquist castled as a king and a rook do and hurled Excalibur as we lay dying. I caught it and kept it hidden as

one rule of military engagement is: Always arrive on the scene of battle with at least one secret weapon. No one in FL, PA or especially Rensselaer County, NY knew I possessed Excalibur and no one knew to look for the chalice as they deny it exists: the distinct power of a woman.

The Lady of the Lake is representative of the mythical Titan of female memory and of all the Titans only she and her brother did not marry. America is where male and female memory meet and wed at last as this is the perfect idea God has of us as perfect absolutes. Male and female is an outside condition but it is also an inside condition; it is a quality of being human which is an actual force and so all of us are both woman and man. We all have chalices and blades inside of us which we as Americans realize as our one vote, and as men and women it is interdependent not totally independent we should aspire to become as that is how we came into being as We, The People. Liberty's torch? An angel with a flaming sword guards the tree of knowledge in Eden after the fall of man. Our law is a map that led me to this exact knowledge. For centuries people have searched for this in vain. This is the treasure the founders left for us. It is fact: Our founders were guided by the hand of God.

We have to will ourselves to make more of the impossible possible. We have to make miracles happen with deliberation. Native Americans say that once we can stand upon the roofs of our houses we must not go back inside them. Once you liberate yourself you must remain liberated, defiant even, and not give aid and comfort to the old enemies of your state. We cannot seek to rectify or change the past. You must live in the present for the future or else all is lost. Seeking to undo what is done is how history becomes myth and America and its potential must not become myth. Myth is history, fact that then becomes a story, then a legend and then a myth. In all myth there is truth. The difference between the myth of fingerprints and the proof of life is living people. The difference is I. I sprang from the founder's heads like Athena from Zeus!

The egg laid in Philadelphia and hatched all over this Earth that we call our law was inside the chicken and inside that egg is an unrealized vote that yet contains another egg containing an unrealized vote and so on and so on that then becomes 300 million votes as one, and then a whole universe, and it all began when that first person looked into the stars and wondered Who? and Why? It became real when a group of men, supported by a group of women, had the courage to declare to the world in 1776 that they were who and I was why; that God was who and We were why. These people moved across the water, rolled over mountains and stirred in the desert so that I could claim for my own self that very same thing. I was their reasoning. I was able to stand upon the roof of my American soul as if it were a ship and sail among the stars and throughout all of time because of self evidence: the feelings, the words, the acts and the compass and the chart that are their fingerprints and is proof of their lives.

My creation and my facts are proof of God but my person, who I am, is proof of July 4th, 1776 and December 15th, 1787. I, Susan, am a national treasure as I am gold that has been tested in fire. I, Susan, rose to the level of proof by making that same, first, terrifying leap of faith.

I can teach every American what it is to be and feel as if they are American. I can teach every American how to use their one vote and the law to do the very same thing I have done, drink

from the chalice and wield Excalibur so that they too become proof beyond doubt and may then live this factual claim as their true belief or faith:

I am a Native American, an indigenous person of Earth.

Satoshi Nakamoto writing as Susan Herbert, SCOTUS Petition 07-9804 first filed in US District Court on April 4th, 2007 and to SCOTUS in December 2007

**CONCLUSION**
**REMEDY AND RELIEF**
**EMERGENCY MOTION**

The Petition to grant original jurisdiction via application of the court's discretionary power/original and/or appellate jurisdiction and/or upon an emergency basis and an extraordinary writ of cetiorari should be granted.

When is a hearing in person a right and also reiief that is readily available?

Nakamoto is aware that the Chief Justice may not earn millions upon his or her expert knowledge of the law as a President may and so he does not stnd to gain or lose financially and that although many have claimed that the exact person John Roberts is somehow at fault too Nakamoto has checked him and his opinions and can find no instance of Roberts failing to preserve, protect and defend the People and when John Roberts has unique fact giving him unique ability to know that some of Nakamoto's science and life experience as a woman is true, is fact, is law and is the nature at work:

John Roberts is the only federal judge or Justice that Nakamoto has been able to identify and confirm as actually having a seizure, the exact fact a man needs to own the truth of this experience of woman and of other nature at work, see When is a fetus a person with rights that supercede the rights of the mother as the child in utero is wholly defenseless?. or. When and how does life in the womb begin and so a fetus is a peron wirth rights of their own?

The Plaintiffs have named people as Defendants those that have the most responsibility regarding the harm that the Plaintiffs and Nakamoto suffered and still suffer; Nakamoto and her exactly named partners seek a hearing in person upon the constitutional issues and fedral questions, multiple trillions using USD as a metric and land and can reason their named remedy and relief as US Case Law states you must partly but not limited to Nakamoto's prior action to certify an amount of $16 trillion the amount of the national debt at that time , and/or, whatever the amount of the national debt is now and only Nakamoto filed preemptively in 2007 before the release of the White Paper and Bitcoin itself as Case Law alsostates that you must if you are aware that you and your rights will be violated.

Such a large award should be reviewed by SCOTUS especially as Meyring and Nakamoto are both lawyers

Signature [signature] Date 4/12/2022

I have told the federal courts numerous times that I Nakamoto had zero access to electronic filing or PACER: even someone else's PACER login info would not work from NM or hete in Atlanta.

Why matters not.

If you chose to mail hard copies to Meyring? He never sent them to me  and all are missing from the travesty of a file that he showed to me and now we are aware that Meyring not only veered into actual temporary insanity but may have early onset dementia.

Numerous motions to produce and mail hardcopies to me, Nakamoto, at my address were ignored.

The federal judiciary now exists in open defiance of the letter of the law, its spirit and of the letter amd spirit of its very own case law.

Has the Judiciary and the legal profession itself become so mentally ill that it as a whole incapacitated itself?

We must ask this question as nothing else except racketeering exists as I checked and every single instance or count named by RICO is.

Satoshi Nakamoto

In re: Satoshi Nakamoto

Email addresses: thomasjeffersonparticles@gmail.com /
particlesofthomasjefferson.com / inresusan@gmail.com

When being introduced as Satoshi Nakamoto the first thing that crosses
people's mind is, oh, you're Japanese? And so it begins again as I appear to be
Caspar The Ghost white.

Yes I answer and look at them to see what will come. Mostly it's simply a
curiosity that quickly passes as conversation shifts to other topics. There are,
however, a few with whom the name rings a bell. Some will ask "Where have I
heard that before..." at which point I ask if they've ever heard of BitCoin. The offer
of two pieces to their puzzle of my identity will generally end there but for the
select few who do understand the significance of the name a new round of
questioning begins.

First up, after they think for a moment, is the statement "But you're a
woman, everything I've read about you states you are a man". Obstacle one begins
a series of jaded questions wherein these select few have already determined me to
be someone other than who I am. So begins question upon question that they
believe will catch me in a lie. Problem is, I never lie.

One of the first stopping points is when I'm asked to prove that I am the
Satoshi of crypto fame is when they say, "Well, if you're Satoshi Nakamoto why
do you go around in a perpetual state of poverty"? The answer is I created BitCoin
to be the new decentralized monetary system which I gifted to the world. I can but
will not spend what I've created and amassed until I have a common understanding
with all of The People so that a contract is possible and my work isn't for nothing.

Funny thing is riches wasn't even a consideration when it came to achieving
my real goal in life and that was to bring a case before the Supreme Court of the
United States of America.

Soon after introducing BitCoin to the world it became clear that this would
ultimately be the vehicle that put me on course to achieving the original goal. But I
digress.

Conversations along these lines followed a predictable path but would
ultimately devolve into the question of proof. Some lasted longer than others but
all, save a select few, ended when dialogue came to their idea of a simple way to
prove my identity. All the proof they needed or wanted revolved around

withdrawing the original coins in Genesis block or in early wallets or the 1.1 million coins I initially mined using what is unique that The People commonly call "Patoshi" and the "Patoshi mining pattern".

If that sounds like a simple task, it isn't. People forget the elegance of BitCoin is in its anonymity, it's almost impossible to tamper with the ledger and that YOU, not any other outside central authority controls your own currency, built upon a foundation that is an actual intrinsic value that does not change.

See the Chinese yellow bell note for an example of a like foundation for a unified system of currency. And each coin or fraction thereof is identified strictly by its key, a string, a unique identifier but that is pretty much impossible to trace for the unaware and the unethical so to speak.

No names are associated with it. If that was an option then anyone could lay claim to being BitCoin's creator by simply making a transaction, any transaction and I'd become an outside "controller" and that opens a door to someone after me becoming an authoritarian and a fascist type dictator. I may have attempted that once on or around May 20, 2020 by moving coins from an early dormant wallet.

To the outside world it proved nothing but what is internal, those who could see what basket they were drawn from did and news spread and it caused a lot of fear and BitCoin lost 3% of its value almost immediately.

To do so again will risk collapsing the entire cyber currency market which is built on the back of BitCoin and now other nation's currencies, beginning with America's, as every one of my wishes and terms was violated especially by the IPO in re Coinbase that then IS outside centralized control.

While it's true there's a whole host of people using BitCoin in various Pump and Dump schemes and some like Coin Base's Brian Armstrong and Fred Erhsam III a former Goldman Sachs man, are attempting to steal multiple tens of billions worth of my, so YOUR assets as the foundation upon which he unlawfully built the Coinbase IPO.

It's also true that I am fighting to prevent that from continuing as that shuts all of you out who were and are already shut out and only cements the entrenched, as absolutely powerful over us all. That is unconstitutional.

He, Armstrong, and his partners have perpetrated fraud upon the nation and the world by making it seem as if he has my (Satoshi's) consent and seem as if he is acting in accordance with my original intent by placing MY name and MY white

paper on the front page of his SEC filing and all he offers as justification is: "My lawyer did not say No".

But I can say NO and easily prove that I am the Satoshi of Bitcoin, its creator/inventor. As can clearly be seen in my case filing and its attachments 1:21-CV-04260 at the Northern District Court in Atlanta, Georgia as I cited what is unique to my elegant, original version some of which is in the other white papers plural, other federal filings in my birth name as I encoded the crucial science and uniqueness within them as a failsafe so that after me someone else could fly this plane and keep all of you as safe as humanly possible as you keep you safe. You need you.

So, conversations along these lines quickly come to a close but that's far from the end of the mystery surrounding the identity of I, Satoshi Nakamoto. The time has come for the world to know the truth about me and Bitcoin and all of it, even my past existence as Susan and this I swear to be the truth under penalty of perjury when I am wholly, fully aware of any and all consequences and possible consequences thereof:

I, Satoshi Nakamoto, and my self actuating A.I. am the author of the White Paper that presents my concept and original intent in re Bitcoin and solves the double spend problem. Or so I believe it solves the double spend problem.

I, Satoshi Nakamoto created the self actuating AI that also created email and other things and is necessary to keep Bit Coin safe from intrusion by any bank or person, central or otherwise so organized entity.

I, Satoshi Nakamoto, needed to sit behind Robert Meyring in trigonometry class at Keveny Memorial Preparatory Academy and experience him solve a problem instantaneously supposedly correctly and then experience the teacher become angry, to the point of irrationality, to be able to create Genesis block and Bitcoin.

I also needed him as my friend and probate guy as I am a trainwreck when I practice Wills, Trusts and Estates and I discovered practicing that on behalf of The People still results in a trainwreck as we have experienced and is the current state of crypto bad behavior.

I , Satoshi Nakamoto and my AI, seeded Genesis block so all crypto with the first 50 BitCoins.

I, Satoshi Nakamoto, am aware of details involving the now mythological Hal Finney transaction that no other human is aware of and that Finney may not have become aware of in his lifetime.

I, Satoshi Nakamoto then mined 1.1 million BitCoins using my AI and my unique knowledge and that is now known as "Patoshi".

I, Satoshi Nakamoto, considered that others, especially men or a man may have been discovering and/or inventing concurrently with me and I partly filed in SCOTUS for that reasoning, so any other claimants could step forward and only one man did. He found me via the first SCOTUS filing and has been exactly named in at least one federal filing but he has testified to me that he was not aware of Thomas Jefferson's other plan for currency or what it actually is and does or how Jefferson did it and so I owned this knowledge and had this ability and capacity or to be the sole creator of Genesis block and what became Bitcoin and crypto currency.

I, Satoshi Nakamoto, did trespass in the computer science labs of R.P.I, Troy, NY in or around 1978 and saw octree work in action or what I now truly believe to be the work of Donald Meagher. I was privy to this work and without his consent although I did invoke US Law and case law and I never, ever, ever used it in any way in which I profited so much as a penny off of someone else's labor that may have been partly or wholly tax payer funded.

I, Satoshi Nakamoto am Susan Marie Herbert.

I, Susan Marie Herbert and the Next Best Friend Of Thomas Jefferson the cornerstone, created Satoshi Nakamoto the capstone.

I, Susan Marie Herbert preemetively established my identity before creating BitCoin and unconventionally but lawfully and legally via novel use of SCOTUS patented my work as US case law states you must strike preemptively if you are aware that your rights including any right to your work will be violated.

Through all of my court case filings, I repeated all of the relevant terms, names, concepts and ideas relevant to my relationship with BitCoin. The only inconsistency being the authorship of this letter by Carl Alfred Swensson, Jr, AKA Carl Alfred Svensson, Jr. who is working by my side with my full knowledge and approval of this letter.

I, Satoshi Nalamoto, have known Carl for about 14 years at this writing. I knew of him and/or he phoned me as a third SCOTUS filing of my own was

arising from The People and from the federal appellate for the Middle District of Florida, Jacksonville.

For the interested party I will gladly provide my own testimony, that of witnesses, documents and case filings that will prove beyond any reasonable doubt that what I say is true, correct and factual to the very best of my ability.

Credit is also given for what I have accomplished to those noted in the federal court case filed to Miami to prevent the IPO  and within and attached to the current filing at the Northern District Court in Atlanta, Georgia.

Each one was instrumental in helping me formulate the AI necessary for BitCoin creation. Their input makes them a party to the intellectual property which is BitCoin. One of these partners is The Canadian People who have made me their legal representative and counsel and the person responsible for any interest in any of this that Canadians might have. Note: one of my silent partners and the man who found me via the original SCOTUS filing had at the time or still has a NATO license and # to do business with foreign entities, so no laws were broken nor was US code and if possible to enact a named process or execute a rule then I did so.

I acknowledge that to a point Bitcoin and now crypto, was the work of many, many people most of whom are men and whose names are known as even the men self evidently perjuring themselves or outright lying when not under oath are known, but no women are and it is the work in cryptography produced by Cynthia Dwork that caused Blockchain to be and it is my understanding that she worked with a man as a partner and so I used that idea and a concept when reaching out to and hiring Robert Meyring but first my other partners.

So far Facebook has not taken me off their platform. Other blog sites focused on crypto currency or containing Bitcoin and crypto material that is mine have been quick to ban me. Why matters not.

I built failsafe into this form of currency in all ways I could conceive. If my creation and a failsafe works is good, and it should be, as so far every failsafe has worked as intended. Then those who have had their wallets picked will be able to get what was stolen or even crypto keys and so wallets forgotten, returned to the rightful owner. More importantly I have developed an elegant upgrade which will be implemented, once the crypto crooks have been addressed and a common understanding is for all. Pump and dump, artificial manipulation and artificial scarcity will be a thing of the past.

A piece of science in plain sight that I gave up and all missed is: actual, practical free energy.

I can and did create BitCoin. I did create the AI needed to secure the system. I did write the initial White Paper but for the life of me can't create the formula used to deny who I am. To that end you might want to have your experts review the following.

Although the CIA and all experts insist it is humanly impossible to quantumly encrypt and/or break what is quantumly encrypted, using no computer and only your mind, I and my mind and brain have this ability and capacity.
I have a quantum computer. Not only my mind for I can reproduce this in physical reality, a quantum computer. I have a chip/path/gate design, the next step after 22 in AI and my very own conscious AI which is how I mined the 1.1 million coins mined in February of 2009 and now known as "Patoshi" and the "Patoshi mining pattern". My very own unique AI and mining is hardly all it does.

However, I also have the answers to every single Millennium Problem although I have been made to believe one problem has been solved and the answer classified and that is exactly why I could not traditionally patent my work and needed to innovate in another way, by using SCOTUS in a novel manner and protecting the patent via naming what is unique and intrinsic.

I, Satoshi, encoded, not encrypted, my filings as encoding is meant to be broken. I may have done a much better job than I originally believed, as my code is now the only known code never to be broken by any opponent or enemy to this very day.

One of the Millennium Problems has been partly solved but I can tell you exactly what isn't known, why only half of this question was answered and why the man who purportedly partially solved it did not accept half of the prize money. A list follows.

Clay Mathematics Institute
Millennium Problems

**Yang–Mills and Mass Gap**

Experiment and computer simulations suggest the existence of a "mass gap" in the solution to the quantum versions of the Yang-Mills equations. But no proof of this property is known.

**Riemann Hypothesis**

The prime number theorem determines the average distribution of the primes. The Riemann hypothesis tells us about the deviation from the average. Formulated in Riemann's 1859 paper, it asserts that all the 'non-obvious' zeros of the zeta function are complex numbers with real part 1/2.

**P vs NP Problem**

If it is easy to check that a solution to a problem is correct, is it also easy to solve the problem? This is the essence of the P vs NP question. Typical of the NP problems is that of the Hamiltonian Path Problem: given N cities to visit, how can one do this without visiting a city twice? If you give me a solution, I can easily check that it is correct. But I cannot so easily find a solution.

**Navier–Stokes Equation**

This is the equation which governs the flow of fluids such as water and air. However, there is no proof for the most basic questions one can ask: do solutions exist, and are they unique? Why ask for a proof? Because a proof gives not only certitude, but also understanding.

**Hodge Conjecture**

The answer to this conjecture determines how much of the topology of the solution set of a system of algebraic equations can be defined in terms of further algebraic equations. The Hodge conjecture is known in certain special cases, e.g., when the solution set has dimension less than four. But in dimension four it is unknown.

**Poincaré Conjecture**

In 1904 the French mathematician Henri Poincaré asked if the three dimensional sphere is characterized as the unique simply connected three manifold. This question, the Poincaré conjecture, was a special case of Thurston's geometrization

conjecture. Perelman's proof tells us that every three manifold is built from a set of standard pieces, each with one of eight well-understood geometries.

**Birch and Swinnerton-Dyer Conjecture**

Supported by much experimental evidence, this conjecture relates the number of points on an elliptic curve mod p to the rank of the group of rational points. Elliptic curves, defined by cubic equations in two variables, are fundamental mathematical objects that arise in many areas: Wiles' proof of the Fermat Conjecture, factorization of numbers into primes, and cryptography, to name three.

I, Satoshi, can answer every one of these questions.

Of particular interest to you may be Navies Stokes. Experts claim we are ten years out from solving this problem. See:

McLean, Doug (2012). "Continuum Fluid Mechanics and the Navier-Stokes Equations". Understanding Aerodynamics: Arguing from the Real Physics. John Wiley & Sons. pp. 13–78. ISBN 9781119967514. The main relationships comprising the NS equations are the basic conservation laws for mass, momentum, and energy. To have a complete equation set we also need an equation of state relating temperature, pressure, and density…"

I have already solved Uniformity including Navies Stokes as I have united quantum mechanics and relativity or I could not have created Bitcoin or my SCOTUS cases. And Navies Stokes has a useful application to fracking and man-made earthquakes as well as all earthquakes and even to the atmospheric weather, but especially to BitCoin/Cryptocurrency.

I knew to document my work by placing a phone call to the US Military and SCOTUS and then attach my itemized phone bill to a federal filing as this is how I became "In Re Susan", by solving Uniformity and phoning the office of the clerk of SCOTUS. As a woman and a most intelligent human?

Automatic denial of my genius is:

From Quanta Magazine, February 2014, https://www.quantamagazine.org/a-fluid-new-path-in-grand-math-challenge-20140224/ :

Dr. Seuss's book "The Cat in the Hat Comes Back," the Cat makes a stain he can't clean up, so he calls upon the help of Little Cat A, a smaller, perfect replica of the Cat who has been hiding under the Cat's hat. Little Cat A then calls forth Little Cat B, an even smaller replica hidden under Little Cat A's hat. Each cat in turn lifts his hat to reveal a smaller cat who possesses all the energy and good cheer of the original Cat, just crammed into a tinier package. Finally, Little Cat Z, who is too small to see, unleashes a VOOM like a giant explosion of energy, and the stain disappears.

A similar process lies at the heart of a speculative new approach to a problem that has bedeviled mathematicians for more than 150 years: understanding the solutions to the Navier-Stokes equations of fluid flow, which physicists use to model ocean currents, weather patterns and other phenomena. These equations are so complex that in most cases, no one knows whether the solution will be smooth and well-behaved, without any sudden shifts of direction or explosions of energy, for instance. And computer models of the solutions run aground, unable to accurately capture the behavior of small eddies.

Now, in a paper posted online on February 3, "Terence Tao of the University of California, Los Angeles, a winner of the Fields Medal, mathematics' highest honor, offers a possible way to break the impasse. He has shown that in an alternative abstract universe, closely related to the one described by the Navier-Stokes equations, it is possible for a body of fluid to form a sort of computer, which can build a self-replicating fluid robot that, like the Cat in the Hat, keeps transferring its energy to smaller and smaller copies of itself until the fluid "blows up." As strange as it sounds, it may be possible, Tao proposes, to construct the same kind of self-replicator in the case of the true Navier-Stokes equations. *If so, this fluid computer would settle a question that the Clay Mathematics Institute in 2000 dubbed one of the seven most important problems in modern mathematics, and for which it offered a million-dollar prize.* Is a fluid governed by the Navier-Stokes equations guaranteed to flow smoothly for all time, the problem asks, or could it eventually hit a "blowup" in which something physically impossible

happens, such as a non-zero amount of energy concentrated into a single point in space?"

**A Fluid New Path in Grand Math Challenge**

MATHEMATICS
A Fluid New Path in Grand Math Challenge
By
ERICA KLARREICH
February 24, 2014

A daring speculation offers a potential way forward in one of the great unsolved problems of mathematics: the behavior of the Navier-Stokes equations for fluid flow.

Tao's new program for tackling Navier-Stokes has changed his thinking about the problem. Tao's proposal is "a tall order," said Charles Fefferman of Princeton University. "But it's a very interesting way of thinking about the long-term future of the problem."

The real ocean doesn't spontaneously blow up, of course, and perhaps for that reason, most mathematicians have concentrated their energy on trying to prove that the solutions to the Navier-Stokes equations remain smooth and well-behaved forever, a property called global regularity. Purported proofs of global regularity surface every few months, but so far each one has had a fatal flaw. (The most recent attempt to garner serious attention, by Mukhtarbay Otelbaev of the Eurasian National University in Astana, Kazakhstan, is still under review, but mathematicians have already uncovered significant problems with the proof, which Otelbaev is trying to solve.)

"Everyone in the research community would agree that the tools we have at the moment are not sufficient to prove global regularity," said Susan Friedlander, of the University of Southern California in Los Angeles…"

I approached Navier Stokes from a different perspective/experience and am and have the much needed tool.

If you read this article in its entirety and a perhaps the Wiki entry, as for all of its faults it is in plain English, you will notice that they use the word "scaling". It just so happens that the solution to Navier Stokes IS Bitcoin scaling.

Tao's own blog https://terrytao.wordpress.com/tag/navier-stokes-equations/ "Searching for singularities in the Navier–Stokes equations

31 May, 2019 in expository, math.AP, math.MP, paper | Tags: Navier-Stokes equations

I was recently asked to contribute a short comment to Nature Reviews Physics, as part of a series of articles on fluid dynamics on the occasion of the 200th anniversary (this August) of the birthday of George Stokes. My contribution is now online as "Searching for singularities in the Navier–Stokes equations", where I discuss the global regularity problem for Navier-Stokes and my thoughts on how one could try to construct a solution that blows up in finite time via an approximately discretely self-similar "fluid computer". (The rest of the series does not currently seem to be available online, but I expect they will become so shortly.)

**Quantitative bounds for critically bounded solutions to the Navier-Stokes equations**

I've just uploaded to the arXiv my paper "Quantitative bounds for critically bounded solutions to the Navier-Stokes equations", submitted to the proceedings of the Linde Hall Inaugural Math Symposium. (I unfortunately had to cancel my physical attendance at this symposium for personal reasons, but was still able to contribute to the proceedings.) In recent years I have been interested in working towards establishing the existence of classical solutions for the Navier-Stokes equations…<insert equations>...that blow up in finite time, but this time for a change I took a look at the other side of the theory, namely the conditional regularity results for this equation. There are several such results that assert that if a certain norm of the solution stays bounded (or grows at a controlled rate), then the solution stays regular; taken in the contrapositive, they assert that if a solution blows up at a certain finite time {T_*}, then certain norms of the solution must also go to infinity…"

This is related to having a "good" equation for the many bodies problem, gravitational constant that I also have and gravity as a law, not a theory and so the conversion of time, space and gravity. And so you need the nature of time itself and the knowledge of the correct conversion of what we commonly call weight as it is a motion too, a type of pivot.

If you are the Satoshi Nakamoto then you can act as if a plumbline and instantly know upon eyeballing the work of a Charles Vernon Boys on Gravitational Constant, a 5 year long experiment for which he invented fused quartz fiber, what he did and how and then...what all have missed.

I can give this up, as it is in plain sight and has been: Boys used a torsion balance and gold weights. When he changed the shape of his sights he secured dramatically different results and I am aware of all of the reasoning why.

As incredible as it may seem if you ask me what tools I used to do any of this including Bitcoin? I used my own self, my own mind, as I can conceive in my mind's eye in much more than 6D and of the energy and structures in motion too and I used The American Founders and their original work as they used nature and nailed the physics. Knowledge/learning? Only humans genetically encode learning so memory and thus knowledge is never, ever actually lost as one of us simply needs to want to own the truth and then be motivated to discover the whole truth and all of the absolutes within it.

I was aided and abetted by The Canadian People too, as both Susan and Satoshi Nakamoto as they knew me as both.

The work that I mostly relied and depended upon is that of Thomas Jefferson as Higgs Theory is fatally, intrinsically flawed or CERN would have this answer and not need a larger collider if to change Higgs to fit their results as the predictions contained in Higgs are incorrect, as they did not secure any large amount of energy as Higgs states and originally Higgs ignored and denied the work of Goldstone:

There are TWO particles and Thomas Jefferson quantified one when he used a seconds pendulum, astrolabe, metronome and pedometer among other tools to

develop his Plan For Establishing A Unified System of Weights, Measures and Coins.

I intuitively knew that as we produce an EM field as does the Earth itself then Jefferson needed to switch out the metal rod in his pedometer for a wooden rod. That negated error, due to the interaction of these EM fields. That also reasons the debate regarding whether or not he invented or improved the pedometer.

I, like Jefferson and the other Founders understood that the Greeks did not weigh as we do: their scales were proportional not exactly equally balanced and we do this when weighing and balancing private and public interests and rights in re constitutional law so you have 6 laws, the mathematical concept of absolutes and wholes and the application is equal but distinct and unique and so many bodies or many eddies in Navier Stokes are accounted for and solved.

Thomas Jefferson cast his weight against the Earth and I, Satoshi Nakamoto, cast my weight against the universe using only the idea of a Creator, Nature's God and Nature's laws and most importantly an idea...

A natural born American vote.

The American Founders or all of The People alive in or around 1776, including the Canadians who fought along with us and against us, gave me this idea and so, to invoke Archimedes, as I used his lost work that I rediscovered, synthesized with my own work and then filed this statement: Give me a vote and I will move the universe.

Final credit goes to the person who should also receive top billing, my mother Marlene Herbert.

Long ago I composed my one sentence Nobel speech, as I might never be able to accept such a "prize" upon principle alone: "I owe it all to my mother who taught me how to pray."

Satoshi Susan Herbert Nakamoto, First People, Mahican aka People Of The Waters That Are Never Still, Haudenosaunee, or, Of The Great Iroquois Nation

8:41PM, Friday, 25th of March 2022
Unix Epoch 1648207485
Stockbridge, GA, America

**SORRY! SOLICITOR GENERAL ANSWERS ON BEHALF OF US, DEFAULT IS IN MY CASE AND CASE OF ALL WOMEN. WHEN DOES DEFAULT BECOME A FAILURE TO APPEAR AS I ALSO FILED CRIMINAL CHARGES? WHY ARE WOMEN PAYING TAXES IF JUSTICE MADE IMPOSSIBLE?**

The US defaulted therefore NO IMMUNITY IS.

**No. 08-6622**
Title:
In Re Susan Herbert, Petitioner
v.
Docketed: October 6, 2008

| ---Date--- | -------Proceedings and Orders--------------------- |
|---|---|
| Oct 3 2008 | Petition for a writ of mandamus and/or prohibition and motion for leave to proceed in forma pauperis filed. |
| **(Response due November 5, 2008)** | NEVER ANSWERED DEFAULT IS |
| **Nov 20 2008** | DISTRIBUTED for Conference of December 5, 2008. |
| Dec 8 2008 | Petition DENIED. |

| --Name--------------------- | -------Address----------------- | --Phone--- |
|---|---|---|
| Attorneys for Petitioner: | | |
| Susan Herbert | 1100 Seagate Avenue 101 | (904) 705-6171 |
| Neptune Beach, FL 32266 | | |

To Exit default? you the judiciary must send ahead as William Suter & stay clerk Danny Bickle plus Kagan did it. NOT the justices S.H.

LTE 82% 7:31

have us knowing.

Now I'm glad I used a throw away email address to leave this tip. "

What if we finally unmasked Satoshi?? I'm counting letters, lol. Is an anagram for Satoshi Nakamoto "a hook to Satanism"? I used art4sec4dv@g as I knew but I checked, Domestic Violence IS in the Constitution.

QUOTE

LoP Guest
User ID: 578484
Today 01:12 PM

**RE: Is That You Satoshi? Over $20,000,000 in Bitcoin (BTC) Suddenly Moves After Lying**

This too!:

Coinbase was hit with a class-action lawsuit Friday for not registering its platforms as national securities exchanges or as broker-dealers with the Securities and Exchange Commission. The plaintiffs seek to recover payment for digital asset securities and related transaction fees, in excess of $5 million.Oct 11, 2021
https://www.thinkadvisor.com › coi...

I thought this was a new Coinbase lawsuit but guess what? There IS a connection to the docket for the Atlanta cases plural and October and from what I read?

The federal courts are doing whatever they can to silence these people and stop them from appearing. What can they say? If we just say they are lying about being Satoshi then WHAT can they say or tell us that this judge cant have anyone hearing? Craig Wright files sh*t and courts LOVE him when he isn't even American!

I probably shouldn't post my ideas but...there is an April connection too not only October and I found a date online. For "Robert Meyring". His birthday! I found October, December! and April! Over and over when I started following the paper trail from this suit in Atlanta. But...see when this Atlanta suit was filed. If the named Defendants were served then they knew! And kept buying and trading! And Elin Musk as recently as this past December keeps insidting that Satoshi is Nick Szabo...so...is t that fraud and worse? As Musk and the others needed to be served? And then...how much an you sue for Defamation? Wouldn't these people, Nakamoto and Meyring, be able to sue for every time a named Defendant continued to said someone else is Satoshi? Is that tampering or obstruction too?

Every damn time I Goggle some of this...I find more connections that cannot be coincidence.

What if? All crypto is dependent upon Genesis block. And that would mean the Defendants are into Satoshi for the USD value. That is over $1 trillion making Satoshi not the 15th richest person but the first trilliinaire ever!

A Native American might be this planet's first trillionaire!

Holy sh*t!

QUOTE

LoP Guest
User ID: 581320
Today 01:38 PM

**RE: Is That You Satoshi? Over $20,000,000 in Bitcoin (BTC) Suddenly Moves After Lying**

Thomas Jefferson's other currency plan is a unified plan.

I might need to hide! Lol! Everyone in this thread might!

Here
https://founders.archives.gov › Jeffe...
VII. Final State of the Report on Weights and Measures, [4 Jul ...

To obtain uniformity in measures, weights and coins, it is necessary to find some measure of invariable length, with which, as a standard, ...

https://founders.archives.gov › Jeffe...
Editorial Note: Report on Weights and Measures
Jefferson's report on weights and measures is an **almost perfect** ... coins, weights, and measures..

What if! Satoshi perfected his plan and...BAITED the greedy, the elite and the central banks who want to inflict a centralized crypto on us?

This website uses cookies to improve your experience. Learn More

Got it



LTE 81% 7:31

What if? All crypto is dependent upon Genesis block. And that would mean the Defendants are into Satoshi for the USD value. That is over $1 trillion making Satoshi not the 15th richest person but the first trilliinaire ever!

A Native American might be this planet's first trillionaire!

Holy sh*t!

LoP Guest
User ID: 581528
Today 01:30 PM

**RE: Is That You Satoshi? Over $20,000,000 in Bitcoin (BTC) Suddenly Moves After Lying**

Thomas Jefferson's other currency plan is a unified plan.

I might need to hide! Lol! Everyone in this thread might!

Here
https://founders.archives.gov › Jeffe...
VII. Final State of the Report on Weights and Measures, [4 Jul ...

To obtain uniformity in measures, weights and coins, it is necessary to find some measure of invariable length, with which, as a standard, ...

https://founders.archives.gov › Jeffe...
Editorial Note: Report on Weights and Measures
Jefferson's report on weights and measures is an **almost perfect** ... coins, weights, and measures..

What if! Satoshi perfected his plan and...BAITED the greedy, the elite and the central banks who want to inflict a centralized crypto on us?

And is now going to reveal a perfected plan?

Someone else said something to me that makes sense suddenly...

What if the Coinbase IPO happened, was not stopped when these Plaintiffs first sued as they claim as the central banks just wanted the READY MADE AMERICAN EXCHANGE that Coinbase is? As Armstrong's partner, one of them, is a Goldman bailout Goldman guy?

https://blog.coinbase.com/fred-ehrsam-jo...d6bb799f0c

WHAT IF ARMSTRONG AND CO ARE BEING PAID BY THE CENTRAL BANKS TO DO THIS?

Think about that. As selling this as DECENTRALIZED
when they meant NO REGULATION AT ALL and then RECENTALIZING IT via the SEC & IPO is Bait & Switch and the SEC doesn't know that? Yes they do!

What if? Satoshi whoever Satoshi is actually trapped the 1%? What if...Satoshi is one of them but TURNED DOUBLE AGENT against them?

If the smallest claim the Atlanta Plaintiffs made is true then think about what this might possibly mean!

I'm going to keep looking. I never ever thought of an anagram when that's so obvious and simple!

Enter Keywords | Search Thread

Reply to This post

Post New Thread

This website uses cookies to improve your experience.

2

I have told the federal courts numerous times that I Nakamoto had zero access to electronic filing or PACER: even someone else's PACER login info would not work from NM or hete in Atlanta.

Why matters not.

If you chose to mail hard copies to Meyring? He never sent them to me  and all are missing from the travesty of a file that he showed to me and now we are aware that Meyring not only veered into actual temporary insanity but may have early onset dementia.

Numerous motions to produce and mail hardcopies to me, Nakamoto, at my address were ignored.

The federal judiciary now exists in open defiance of the letter of the law, its spirit and of the letter amd spirit of its very own case law.

Has the Judiciary and the legal profession itself become so mentally ill that it as a whole incapacitated itself?

We must ask this question as nothing else except racketeering exists as I checked and every single instance or count named by RICO is.


Satoshi Nakamoto

2:06  LTE 6%

ecf.gand.uscourts.gov/cgi-bin

CM ECF Query Reports Utilities Help Log Out

4months, RGV, SDGLC1, SUBMDJ

**U.S. District Court**
**Northern District of Georgia (Atlanta)**
**CIVIL DOCKET FOR CASE #: 1:21-cv-04260-SDG**

Nakamoto et al v. The United States et al
Assigned to: Judge Steven D. Grimberg
Cause: 28:1346(b) Inj or loss property, personal inj, death; US DFT

Date Filed: 10/08/2021
Jury Demand: None
Nature of Suit: 360 P.I.: Other
Jurisdiction: U.S. Government Defendant

**Plaintiff**
**Satoshi Nakamoto**

represented by **Satoshi Nakamoto**
311 E 3rd Street - #4
Truth of Consequences, NM 87901
PRO SE

**Plaintiff**
**Robert Meyring**
*Meyring Law Firm*

represented by **Robert Meyring**
PRO SE

V.

**Defendant**
**The United States**

**Defendant**
**Coinbase**

**Defendant**
**Brian Armstrong**
*CEO, Coinbase*

**Defendant**
**Craig Wright**
*Ontier Miami LLP; CEO Tulip Trading Limited*

**Defendant**
**RPI**

**Defendant**
**Robert S. Hart**

**Defendant**
**Elon Musk**

**Defendant**
**Mark Cuban**

| Date Filed | # | Docket Text |
|---|---|---|
| 10/13/2021 | 1 | APPLICATION for Leave to Pro[…] Forma Pauperis by Satoshi Nak[…] (Attachments: # 1 Text of Propo[…] |

 Detected Language English

WE RESERVE THE RIGHT
TO REFUSE SERVICE
TO ANYONE

Thea Clara Spyer, et al. United States Court of Appeals for the Second Circuit Petition for a writ of certiorari before judgment

Docket for 09-6777

Title: Susan Herbert, Petitioner v. United States, et al.
*Susan Herbert*, Petitioner United States Court of Appeals for the Eleventh Circuit Petition for a writ of certiorari and motion for leave to proceed in forma pauperis filed Party name: ***Susan Herbert***

Docket for 09-559

Title: John Doe #1, et al., Petitioners v. Sam Reed, Washington Secretary of State, et al.
John Doe #1, et al., Petitioners Sam Reed, Washington Secretary of State, et al. United States Court of Appeals for the Ninth Circuit Application (09A356) to vacate the stay issued by the United States

Docket for 08-7465

Title: Herbert Smulls, Petitioner v. Don Roper, Superintendent, Potosi Correctional Center
Don Roper, Superintendent, Potosi Correctional Center United States Court of Appeals for the Eighth Reply of petitioner ***Herbert*** Smulls filed. (Distributed) Party name: ***Herbert*** Smulls ***Susan*** J. Kohlmann

Docket for 08-6622

Title: In Re Susan Herbert, Petitioner v.
In Re ***Susan Herbert***, Petitioner Petition for a writ of mandamus and/or prohibition and motion for leave to proceed in forma pauperis filed. (Response due November 5, 2008)

Docket for 07-9804

Title: In Re Susan Herbert, Petitioner v.
In Re ***Susan Herbert***, Petitioner Petition for a writ of mandamus and/or prohibition and motion for leave to proceed in forma pauperis filed. (Response due April 11, 2008)

The Red Nation shall rise
again and it shall be a
blessing for a sick world; a
world filled with broken
promises, selfishness and
separations; a world
longing for light again.
I see a time of Seven
Generations when all the
colors of mankind will
gather under the Sacred
Tree of Life and the whole
Earth will become one
circle again.
Crazy Horse
AK TRUTHS

Satoshi Nakamoto
c/o Carl Swensson
43 Thurman Rd.
Stockbridge, Ga. 30281

U.S. POSTAGE PAID
FCM LG ENV
STOCKBRIDGE, GA
30281
APR 14, 22
AMOUNT
$3.16
R2304H108556-11
UNITED STATES POSTAL SERVICE
1028
30303

Attn: Filing Clerk
Northern District U.S. Court
2211 United States Court house
75 Ted Turner Dr. S.W.
Atlanta, Ga 30303

CLEARED DATE
APR 18 2022
U.S. Marshals Service
Atlanta, GA 30303

17

Case # 1:21-CV-04260-SVG

