THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION



FILED IN CLERK'S OFFICE
U.S.D.C. - Atlanta

MAY 2 3 2022

KEVIN P. WEIMER, Clerk
By:

1:21-cv-4260-SDG

| | |
|---|---|
| SATOSHI NAKAMOTO | ] |
| ROBERT MEYRING | ] |
| *Plaintiffs* | ] |
| | ] |
| VERSUS | ] |
| | ] |
| THE UNITED STATES ET AL | ] |
| *Defendants* | ] |

Case No 1:21-CV-02460-SDG

Motion to Enter
New Evidence

1

L11#©@

Motion to Enter New Evidence And Have Hardcopies Of Any And All Court Action

The Solicitor General was served.

See attached.

So was SCOTUS. See attched.

The citizens informed me that they were unaware that you can convert grains to carats and then to joules, and from joules you can go to data - bytes - and storage rate.

See attached.


Robert Meyring finally told me something truthful, exactly what he's denying: he expects me to release him. I have in every way possible except one, apparently he believes that I can file something for him to cause his removal when I hired him to protect the class in Federal Court especially and exactly SCOTUS.

We had an agreement that changed join refiling the case to this court: I fully informed Meyring before I filed anything.

He never once objected but agreed the times I spoke to him as ge doesn't answer email. And snail mail gooes missing or at least I couldn't see it in his file. That he showed me.

He claims that be cannot SEE the docket. This court's docket, or so he told me.

I acted the very first time he objected and informed this court but what he sent to me at that time is a false statement as we discussed the events he names and fails to name and made up and/or recalled incorrectly as I previously told this court.

MY concern is this: Is he of sound mind? Or did he attempt to harm me abd brainwash me, send me that in an attempt to get me to doubt my sanity?  A nunber of witnesses can and will testify that his statement is false but you need onky my testimony so I informed Meyring: LEAVING IT UP TO THE JUDGE.

And asked Meyring to put down his lawyer goggles and tell me the truth.

He refuses however he did send finally me this in re the Bitcoin crash and something else:


"On Mon, May 16, 2022, 7:19 PM Robert Meyring <meyring@gmail.com> wrote:

Susan,

Do not email me anymore. Please cease all communications and sending me emails as yourself or as Satoshi Nakamoto. I am not involved in your case, I am not your attorney, and I do not need any of the information you send.

Robert"


"On Tue, May 17, 2022, 8:24 AM Susan Herbert <inresusan@gmail.com> wrote:

OK"

Then to REMIND him that I already informed this court about this matter I texted

"I will let the judge know that you simply wish to withdraw and do not want to receive any further communication on the matter or from me. YOU just needed to tell me. Goodbye, no hard feelings."

I had a duty to send him this info; I told Meyring that it was this simple, Judge: if you want out? Tell me. What he seemingly wants?

An easy way out. Now, tell the judge.

But at least he finally acknowledged that he's not _my_ lawyer in this case so that's progress.

Satoshi Nakamoto, May 18th 2022

SN
I am not
willing to contact him
him to even sive him
a copy of this as per
his request.
All need this MONEY.
in re

Motion to Enter New Evidence granted.

_____     _____
Signature, Judge                            Date

Motion to Enter New Evidence granted.


_____     _____
Signature. Judge                            Date



PRIORITY MAIL

COMPLETE THIS SECTION ON DELIVERY

A. Signature

X ☐ Agent
☐ Addressee

B. Received by (Printed Name)     C. Date of Delivery

D. Is delivery address different from item 1?   ☐ Yes
If YES, enter delivery address below:   ☐ No

APR 1 8 2022

☐ Priority Mail Express®
☐ Registered Mail™
☐ Registered Mail Restricted Delivery
☐ Signature Confirmation™
☐ Signature Confirmation Restricted Delivery

3. Service Type
☐ Adult Signature
☐ Adult Signature Restricted Delivery
☐ Certified Mail®
☐ Certified Mail Restricted Delivery
☐ Collect on Delivery
☐ Collect on Delivery Restricted Delivery
☐ Insured Mail
☐ Insured Mail Restricted Delivery
(over $500)

9489 0090 0027 6072 3040 7102

Domestic Return Receipt

COMPLETE THIS SECTION

1, 2, and 3.
and address on the reverse
return the card to you.
to the back of the mailpiece,
space permits.

7349 2028 4553 84

PS Form 3811 , July 2020 PSN 7530-02-000-9053

# SUPREME COURT OF THE UNITED STATES

## OFFICE OF THE CLERK

## WASHINGTON, DC 20543-0001

April 20, 2022

Satoshi Nakamoto
43 Thurman Road
Stockbridge, GA 30281

RE: Nakamoto v. United States, et al.

Dear Ms. Nakamoto:

The enclosed papers were received on April 19, 2022. These papers fail to comply with the Rules of this Court and are herewith returned.

The Rules of this Court make no provision for filing a combined original case and/or petition for an extraordinary writ of certiorari.

You may seek review of a decision only by filing a timely petition for



⌂  🔒 google.com/sear  ➕  ②  ⬆

# 1 Si Unit to Bytes | 1 J/K to Byte - ConvertWizard.com

1 J/K · = 0.125 Byte ; 2 J/K · = 0.25 Byte ; 3 J/K · = 0.375 Byte ; 4 J/K · = 0.5 Byte.

Σ  https://www.calculatorsoup.com › c...                                ⋮

## Computer Storage Units Conversion Calculator

Convert to bits, bytes, kilobytes, megabytes, and gigabytes. ... In common SI decimal notation using joules as an example, 1 kilojoule = 1000...

R  https://www.researchgate.net › figure                                ⋮

## The power consumption-throughput ratio (Joule/byte) gives an indication...

The power consumption-throughput ratio (Joule/byte) gives an indication of the energetic cost of the network (lower is better). Source...

https://www.researchgate.net › figure                                ⋮

## bytes-per-Joule capacity, η, as a function of packet length.



https://www.researchgate.net › figure

bytes-per-Joule capacity, η, as a function of packet length. Number of...

Download scientific diagram | bytes-per-Joule capacity, η, as a function of packet length....

## People also ask

How do you calculate bytes?

**The calculations is based on:**

1. 1 byte = 8 bits.

2. 1 kilobyte (K / Kb) = 2^10 bytes = 1,024 bytes.

3. 1 megabyte (M / MB) = 2^20 bytes = 1,048,576 bytes.

4. 1 gigabyte (G / GB) = 2^30 bytes = 1,073,741,824 bytes.

5. 1 terabyte (T / TB) = 2^40 bytes = 1,099,511,627,776 bytes.

6. 1 petabyte (P / PB) = 2^50 bytes = 1,125,899,906,842,624 bytes.

More items...

🌐 http://www.beesky.com › newsite

Bit and Byte Conversion - Beesky



How many Joule/Gram are in a Joule/Carat? The answer is one Joule/Carat is equal to 5 Joule/Gram. Feel free to use our online unit conversion calculator to convert the unit from Joule/Carat to Joule/Gram. Just simply enter value 1 in Agate Line and see the result in Joule/Gram.

What is Joule/Carat Unit of Measure?

Joule per carat is a unit of measurement for fuel efficiency (mass). Joule per carat is equal to the amount of energy released in joules during complete combustion of one carat of fuel mass.

Joule/Carat to Joule/Gram, we just need to multiply the number by 5. We are going to use very simple Joule/Carat to Joule/Gram conversion formula for that. Pleas see the calculation example given below.

Convert 1 Joule/Carat to Joule/Gram ⇒ 1 Joule/Carat = 1 × 5 = 5 Joule/Gram

How to Convert 852 Joule/Carat to Joule/Ton (J/ct to J/tn)

By utilizing our Joule/Carat to Joule/Ton online conversion tool, you understood that one Joule/Carat is equivalent to 5000000 Joule/Ton. Hence, to convert Joule/Carat to Joule/Ton, we simply need to multiply the number by 5000000. We are going to utilize very simple Joule/Carat to Joule/Ton conversion formula for that. Pleas see the calculation example given below.

Convert 852 Joule/Carat to Joule/Ton ⇒ 852 Joule/Carat = 852 × 5000000 = 4260000000 Joule/Ton



Satoshi Nakamoto
311 E. 3rd Ave
#4
TorC, NM 87901



US District Court Clerk
75 TED Turner Dr N.W. #2211
ATlanta, GA 30303
Located in: Richard B. Russell Federal Building

CLEARED DATE
MAY 23 2022
U.S. Marshals Service
Atlanta, GA 30303