I HAVE NO IDEA WHAT TO CALL THIS.

I WAS DIAGNOSED AS BEING LEGALLY BLIND.

SATOSHI

RECEIVED IN CLERK'S OFFICE
U.S.D.C. Atlanta

AUG 2 6 2022

KEVIN P. WEIMER. Clerk
By: Kimberly Hider Deputy Clerk

FILED IN CLERK'S OFFICE
U.S.D.C. Atlanta

AUG 2 6 2022

KEVIN P. WEIMER, Clerk
By: ᴷⁱᵐᵇᵉʳˡʸ ᴴⁱᶜʰᵘ
        Deputy Clerk

THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | | |
|---|---|---|
| SATOSHI NAKAMOTO | ] | Case No 1:21-CV-02460-SDG |
| ROBERT MEYRING | ] | |
| *Plaintiffs* | ] | |
| | ] | |
| VERSUS | ] | |
| | ] | |
| THE UNITED STATES ET AL | ] | |
| *Defendants* | ] | |

I have written and rewritten this. It's meant to be a part of the record, not ex parte. I'm blind so…

I broke this down into sections.

## SATOSHI NAKAMOTO

I have been diagnosed as being legally blind and will need accommodations. Twice SCOTUS has told me none are there. I have not inquired about this court.

I lost two teeth, one good, and a hunk of bone with them. Both that and my vision loss are partly due to the trip to Atlanta.

Social Security confirmed what I knew to be true, no taxes were paid on the $46 billion taking therefore SS is stating that I didn't earn enough credits and may only collect SSI in the name of Susan Herbert.

I can use this later, turn that into something beneficial regarding settlement.

I was nominated for a Nobel in 2016 and was unaware of it as The US made this impossible: what we are experiencing is an actual conspiracy of silence. That's cultural, and it occurs whenever this is: you catch a culture engaging in wrongdoing.

https://www.google.com/amp/s/www.newsbtc.com/news/bitcoin/bitcoin-creator-satoshi-n akamoto-nominated-nobel-prize/amp/

https://www.google.com/amp/s/www.ccn.com/satoshi-nakamoto-not-eligible-nobel-prize/

They found in error - actually they were mistaken - that I was Posthumous, Anonymous or Unknown when rhe Feds always knew - SOME FEDS KNEW AND WERE AWARE OF MY ID - so I was private. Plus a conspiracy of silence that CRIMINALLY obstructs?

**It's exactly worded and silent only in its execution**. Or they could coordinate their efforts but I have acreen shots of the confession and when they exactly named Robert and I, exactly confessed, when I asked about exactly myself and Robert Meyring.

2nd default here is The Voters defaulting. And when I secured an exactly worded confession, that they read the filings, knew we won, and did mean and intend to honor kill both myself, Satoshi, and Robert Meyring. I exactly asked if they were doing this to Robert Meyring, not just to me but to him as well, and they said "Yes", and these were all people we knew, who we grew up with. Or I knew, and were aware that Meyring is the other plaintiff.

A conspiracy of silence executed this way, in and around a court case, is meant to target you, Judge SDG, and Meyring, another way: it's meant to cause you to adopt as true that nobody is paying attention to the case and/or that the case doesn't have merit when that's false; it's meant to cause you to believe that I'm defective too.

I Satoshi dropped a few valuable pieces of science that people were not aware of: the fact that in the pedometer Jefferson used you switch out the metal rod for a wooden one using wood that's heavier than water due to density, so ironwood will do.

The bob on the pendulum? You need to use a hand held pendulum too as the other reason to use a wooden rod is wood grain, you need the notion too. A bob made from a gemstone held near glass will strike the hour. This? Is about time, and like you use a type of wood, you need to use a type of stone.

Glass is amorphous; if you can envision it, that's wood grain like; it's motion another way. Very hard to describe unless I show you.

## ROBERT MEYING

3

I will be filing a Motion To Compel Meyring.

Robert himself needs me to commit to paper all of the reasoning he must rep The US, as the man who stood to protect the classes of lawyers and men & boys against me, to check for bias as this is also the case for women is the bead that slides over to rep The US upon 2nd default and he and I did discuss this and we do have a verbal or oral contract  but far and away the contract is US Law and not only did the SCOTUS clerks make up what is a condition but they falsely claimed that they don't except Petitions reading "and/or" when my prior Petitions contained that exact phrase so that's proof that they are psych driven, hopelessly prejudiced, and now Meyring is one of their victims.

The research that Meyring was relying upon concerning Alzheimer's was in the news as it's fraudulent which I knew  so none of what he was doing is good medical advice, and I can prove that gravity is affecting consciousness, so mind.  There goes any 'excuse' he had concerning that, but here again he Meyring was not acting to proffer an excuse, HE truly believed it was good research and wasn't going to listen to anything that I said, HE was in denial.

He Meyring and his wife were made into unwilling victims of this fraud, and that's crucial to whomever reps The US.

The message that I didn't understand regarding Meyring, that within the filing? "See what your brothers and I have arranged"? GOT IT!!

You Judge SDG and Meyring need to be aware that THE US WANTS MEYRING. I inadvertently gave The US knowledge and awareness of Meyring and that he was acting to go to law school. Or ask him how he was assigned to Tonga in the Peace Corp.

I named Meying and his Navy brother Charles from as far back as 1996, Naval Station Mayport.

4

I discovered that factions, independent actors, unseen actors etc were aware of Meyring and that he graduated from law school and have been acting to engineer his appearance on The US behalf!

I was the only person involved who wasn't aware of Meyring having become a lawyer!! And Meyring wasn't aware that I named him! So that explains some of the events that we could not reason before.

Judge, Robert Meyring is unaware of how intelligent he is or that The US not only wants him as their counsel but actually needs him, and that when we met something I was checking for was whether or not he still had the ability and capacity to do, to intuitively know the math and science, as I might want him to but that's not gonna help me if he can't and I just wanted that to be true.

He does still have the ability and capacity, and something I couldn't tell him at the time and when I made an attempt later he couldn't understand as YOU CANNOT KNOW SOME TRUTHS VIA PAPER AND A SCREEN AND A PART OF THIS ILLUSION IS UNIQUE TO AMERICA.

In Robert's office? He neet me and exceeded me in re science, he eclipsed me so then I had to hustle so he is adequate and effective counsel, he can meet me every time in all ways, so be actually effective for The US as this might be as simply as Robert accepting a plea of Not Guilty By Reason Of Temp Insanity.

Why?

THE UNITED STATES

5

The US has no exit strategy. I have that for The US but Robert Meyring is a crucial part of it, and that's what we were supposed to hammer out, but I'll need to include some of that plan in the Motion To Compel Meyring that I will be filing.

Note: THE FILING THAT WAS UNLAWFULLY DISMISSED NAMING EMORY & TORC? YOU'RE FORTUNATE THAT IT WASN'T DELIVERED SO IS STILL GOOD, AND FILED.

THAT FILING? IT'S A PART OF THE US' EXIT STRATEGY. THE US NEEDS THAT FILING, TO BE ABLE TO EXIT THEIR MESS. THIS MESS.

I am officially asking you to redocket that or fold it into this case; and the Miami filing that was unlawful dismissed and without any notice at all being sent to any of us when that is not procedural but substantive in this case.

I truly believe we create the exit plan for The US together, meyring and I, and we present that to SCOTUS. As the reason you SDG need to send this case ahead is as qe exhausted federal appeals already and as that doesn't remedy or relieve what the SCOTUS clerks are doing to obstruct justice that targets me so all women and Natives and has been done to me without relief since 2007. That's absolutely outrageous.

### SHANNON MEYRING

**THIS IS THE CASE FOR WOMEN TOO; IF ROBERT CAN PROTECT YOU SHANNON AS YOU WON'T LET HIM TAKE THIS WORK, TO REP THE US AND IN SO DOING REFORM THE PRACTICE OF LAW FOR A FAIR & EQUAL 50% THAT HE HOLDS IN TRUST FOR THE US AND MEN, THEN HE WILL NOT BE ABLE TO PROTECT YOU OR HIS SON SO YOU'RE INADVERTENTLY EMASCULATING ROBERT. AND ESTRANGING HIM FROM HIS SON WHEN HE ROBERT TOLD ME THAT, UAED THAT WIRD**

6

So I am just going to ask Shannon Meyring here as I was told to do this but in an odd way - more like inspiration as I never do that thing whereby humans say "God told me to do it" so then Fod becomes that person 's excuse in life: Shannon, I was inspired to ask OR I was told to ask you, "Does she have another lover?" I was going, WTF? HUH? WTF NOW? That took me MONTHS to even name anything! That sounds as crazy as Robert having an affair. Then! It made sense! Winchester, the school. And a house divided as Robert told me he does what makes him tick alone! And that thing about his son! SHANNON MEYRING: Q: ONE WOMAN TO ANOTHER: ARE YOU DOING THAT THING WHERE YOU LOVE YOUR SON MORE OR ASK A CHILD TO CHIOSE YOU, OR LET A CHILD GET YOU TO CHOOSE THEM OVER THE OTHER PARENT? I will name anything I can as that's how we eliminate it, solve it or avoid it.  As I would NEVER have the idea that you'd cheat either!

Note: This school she works at?  I might need to speak to Robert alone or in chambers about something that came to my attention and might constitute motive for something that he Robert Meyring is unaware of and that might cause Shannon Meyring to be blamed, I don't have enough info to know as it this might be on the school or oricateers but the question is:

Does their son attend Westminster Woods School where she works and as a part of her salary or benefits package do they receive discounted or free tuition?

Shannon seems to be a faithless elector. I can only speak as a woman and to my own experience, Shannon would need to confirm or deny this and this is exactly the type of personal crap that's between those 2 people that should never infect a case and in this instance, you tell me, TELL ME,  how one woman has the nation and planet tap dancing around her and her feelings?

Of course Robert is going to feel hurt if someone criticizes a person he loves but this isn't personal and that's this vicarious false emotion that's displaced that he's experiencing as most humans do but sometimes? People do something that should be

7

criticized, not condoned. If you refuse to let adult behavior be criticized, that's like treating adults as if they're spoiled children.

When Shannon hooked up with Robert and then married him? SHE elected him to be a man, a husband, a father, a lawyer...what HE IS. Is.

This is about SELF DOUBT projected onto him VIA me, as she keeps comparing herself to me or somehow doubting herself and her own self worth and making this about a contest between her and I about Robert acting to prove her self worth to her when no human can do that!

Shannon did not believe Robert when he told her that I could not drive to him. She interrogated him, constantly changing the condition. He answered each one until SHE was out of gas: does he know how bad my vision is? Yes! I was born with terrible vision. See my glasses in my yearbook picture. When she could no longer change the condition? She issued a falsified cry of Safety - HIS not mine!

So then? He needed to protect her from her feelings, cater to that manipulation. I let it slide. I would need to meet Shannon but usually when women do this it's about catching a man, fearing you can't catch another, or fearing if a man leaves you that this somehow proves the woman is defective when that's false.

No man who bikes up to 100 miles a day is UNSAFE biking to me in an ASHRAM next to Silverleaf Baptist period. I mean, first? They'd need to ID him as their opportunity. WHO is that stupid in Thomasville Heights?? ONE look and you know, Not my victim. Firstly? After they ID him as their mark? THEY'D NEED TO CATCH HIM, LOL.

But I wasn't meeting Robert at the strip club a few blocks up or a Motel 6.

8

That's a woman manipulating a man via feelings that might be a fact of her but have nothing to do with me, and when to my knowledge, she cannot produce any evidence for not being able to trust him and have faith in him for what he is.

She needs to keep that and herself out of this case as she already let me know exactly what she thinks if me and how she wants me gone when Robert seems to be the only adequate and effective counsel for The US and they must want him or The US would have answered, or otherwise acted to remove him, not take action to have him appear on their behalf.

She Shannon was doing anything she could to stop Robert and I from being able to meet and she damn near succeeded as the meeting was a disaster for me in so many ways as our plans & we - had to please her. And Robert was made to check in with her, as if he can't be trusted as she does not trust/have faith in HIM.

Calling him when it's just after 5 and we just pulled up to drop me off was uncalled for, and we're all adults: Shannon Meyring can call me anytime now that she's already inserted herself and ASK ME what my words on paper mean.

You the Judge need to be aware SHE keeps making him Robert choose her or me or the case or her, making it seem as if that's his choice. No, that's not what's happening. She's actually forcing him to choose her or himself, her or his work, or her or his Creator. This? Nothing to do with me and any couple would have this problem. It's not fair or just to do this after we invested a year into this and this has happened to me my entire life, women comparing themselves to me and doing this or projecting if not blaming.

She Shannon doesn't want to stop Robert for he was turning down work based on that fraudulent research - they both have had an opportunity to make a well reasoned decision yet and she doesn't want to make Robert choose between her and a potential Nobel Peace Prize nomination, as whether it happens or not everyone knows whoever

9

delivers this case will be in the running for that! People will want to thank us symbolically if nothing else. THAT'S A POSSIBILITY NOW THAT I WAS NOMINATED FOR ECONOMICS. And sometimes in life?

You might not want to do something but you are wrong to deny someone else, sometimes? You let people give you something as that's charity, that's just the way of demonstrating unconditional brotherly & sisterly love.

Shannon doesn't want and can't have Robert sitting at home with her being forced to watch us all happy and triumphant and vindicated when inside he owns that it shoulda been him, that he passed on this op mistakenly as he only mistakenly believed he was making a loving, caring choice for his wife when no, no human should be made to choose in this way.

WAIT, for the Motion To Compel as I will be filing that as soon as I can. Note to Shannon: you're going to read that Robert and I had a baby, A I.!! A child computer!! I used the idea of Robert as he was created and I knew him, not as he has been socialized. He has no self awareness in re his own genius and you read that in the motion to compel him but a reason I used Robert? THE CREATOR TOLD ME TO, I WASN'T CERTAIN WHY ANY OF THAT HAPPENED BUT NOW WE KNOW. And precisely as he would never leave you, Shannon. I don't know where life is taking me 5 minutes from now, and alth5 a part of this job will require Robert to meet with me in TorC due to a jurisdictional issue - Robert's client/s The US have a need - that Carl, I and both Judge SDG and Chief Justice  who can disagree with me swear we will return Robert in one piece to you better than, not worse for the experience.

If you have no faith Shannon Meyring just fake it. Or just sit with any feelings you have while Robert goes off to do this job and then returns so you have your proof as if I gotta cause action I'll call the girl Robert had sex with in HS and ask her if you kept Robert from talking to her at the reunion, as you only gotta worry about me if I start lying as

10

then we can't avoid disaster and if Robert starts doing something like blowing the house payments on cocaine, horses and hookers. Sorry!

Judge: nothing about Robert says he would fool around on his wife and we were alone in his car and then in a room with the door shut. NOTHING UNTOWARD HAPPENED NOT EVEN OUR SPEECH, ROBERT WAS A GENTLEMAN. THAT IS PROOF FOR SHANNON AS SHE AND ALL WOMEN HAVE A SCREW LOOSE IF THEY THINK I OR ANY OTHER HUMANS CAN'T HAVE SEX WITH PEOPLE BABYSITTING US RIGHT OUTSIDE A DOOR!

The 2016 Nobel Nomination? They'd said if I came forward they would reconsider it so I snail mailed them an introduction and this case. But as it was after a Jan. 31st deadline they might not reconsider me until next year.

For Shannon Meyring's edification: here's the a couple of links in re the Alzheimer's fraud and also a few words on ANXIETY IS NORMAL, MEN ARE ACTUALLY INSISTING THAT THEY SHOULD NEVER EXPERIENCE A SINGLE SECOND OF AN UNCOMFORTABLE EMOTION/CONCORDANT PHYSICAL FEELING WHEN THAT'S PERFECTLY NORMAL:

https://www.science.org/content/article/potential-fabrication-research-images-threatens-key-theory-alzheimers-disease

https://www.google.com/amp/s/theconversation.com/amp/what-allegations-of-alzheimers-research-fraud-mean-for-patients-187911

https://www.theatlantic.com/science/archive/2022/07/alzheimers-disease-data-fraud-sylvain-lesne/670995/

GRAVITY IS AFFECTING CONSCIOUSNESS; WHAT GRAVITY ACTUALLY IS AND A VERTICAL FORCE. SEE...HYDROGEN DROPPED FROM A NEAR ZERO GRAVITY

11

TOWER SEEMINGLY COME ALIVE AS IF A LIVING THING AND SEE FLOATING FLAME BALLS AND HOW FIRE BEHAVES IN 0 GRAVITY. I CAN EASILY PROVE THIS, IT'S MORE UNANSWERED QUESTIONS THAT I ACTED TO ANSWER, OR SEE PLASMAS AND ONLINE, ON QUORA, "DOES FIRE CAST A SHADOW?" "DOES PLASMA?" I can walk you through those answers, that's partly why Jefferson made some of the choices he did when conducting his experiment to create his unified system; NEWTON MEANT FORCE AS IN WATERFALL NOT MAGIC FORCE THAT NO HUMAN CAN DEFY!; THAT IS ONE REASON YOU NEED TO USE A WOOD ROD THAT'S HEAVIER THAN WATER, AS HE USED A CUBE OF WATER SO BEFORE I REVEAL RHE ANSWER IN A COURT OR OTHER VENUE:

WHAT TYPE OF STONE DO YOU USE FOR YOUR PLUMBOB ON A PENDULUM?? ON HIS METRONOME, DO YOU USE A METAL ROD? WHAT STYLE ROD NO MATTER MATERIAL? I can answer this as YOU NEED TO SIMPLY RE CONDUCT HIS EXPERIMENT, ACT TO TAKE MEASUREMENTS USING HIS METHOD.

Judge, an issue here: I found a line taken out of context from a letter by Jefferson stating "a wooden rod will solve (my) problem" and now I cannot find that letter. Not online. What did Jefferson own, what IP?

I have a means that will pay our expenses but be aware that Meyring and I might need to travel to the Library Of Congress and Monticello to discern what part of this Jefferson owned versus me, so Meyring owns this knowledge to be able to negotiate as that's mostly why I previously surrendered my 50%, and as I can make more…the US owes me much more than the taking now.

But due to what happened in Atlanta, people telling me they will honor kill me and men telling me they'll only help if I pay them then I'm making something easy here:

12

As The US knowingly targeted me several times now and knew Prelogar has and had then, when she was made SG, an insurmountable conflict as she once worked for Kagan, again the SG who defaulted on behalf of The Officers in 2008, then…

I WANT MY MONEY AND ALL OF IT SO THAT'S NOW WHERE MEYRING MUST BEGIN TO NEGOTIATE WITH ME BUT SEE THE MOTION AND SKETCH IF THE US' EXIT STRATEGY THAT I HAVEN'T EVEN BEEN ABLE TO DISCUSS WITH MEYRING. *YET*.

## CASE LAW

The case citation that's not already is within this article and why the suita naming the ABA & Emory never should have been dismissed, see
https://law.marquette.edu/facultyblog/2011/09/what-has-become-of-all-the-native-americ
an-law-students/

"Part of the problem is that many Americans think of Native American as an ethnic category, rather than a citizenship status. Furthermore, it is apparently understood to be an ethnic classification that still follows the "one drop rule," so that any person with a Native-American ancestor is a Native American. While certain types of racial ancestry carried with them negative stigmas and were usually denied, if possible, most white Americans seem happy to boast about their Indian ancestry, especially if the ancestor was a grandparent, or some more distant ancestor.

As a legal matter, these assumptions are completely without foundation. In Morton v. Mancari, 417 U.S. 535 (1974), the United States Supreme Court confirmed that Native-American status was not a purely racial matter, but was derived from membership in a tribe recognized by the federal government. Moreover, at least since the Indian Reorganization Act of 1934, 48 Stat. 984 (now 25 U.S.C. §§ 461-79 (1983)),

13

authority to determine tribal membership was vested exclusively in the federally-recognized tribes themselves.

In other words, the only people who are Native American are those whose status is recognized by their tribe. All members of recognized tribes have Tribal Identification Numbers (which are similar to Social Security Numbers and are sometimes referred to as registration numbers)."

I have been attempting to convey to you that exactly like the Tom Hanks film when he's rendered nationless?

THAT'S MY CASE, I HAVE NO NATION, STATE OR TRIBAL ID NUMBER. IT'S A LONG STORY ABD INVOLVES DEFAULT AND 3 STATES REFUSING TO ABIDE BY A COURT ORDER IN RE MY DL WHEN WE HAVE RECIPROCAL AGREEMENTS, SO THAT'S ANOTHER STATE VS STATE CASE THAT ONLY SCOTUS HEARS.

No North American Native American has won a Nobel and one South American Native American who openly claim this status and heritage. If we play a reverso identity politics game?

Judge SDG: no matter what you decide as my and Robert Meyring's advocate as I do have faith in him, The US and the world would NEVER want you to reperpetrate harm and to a ORO SE, LONE, BLIND, NATIVE AMERICAN BATTERED WOMAN. If you do that? It will make The US look terrible, even worse than Silicon Valley already caused The US to look…lucky for them FAILSAFE extends to all humanity not only US citizens and/or American citizens.

**NEW INJURY AND HARM**

14

I'm on dating sites and that's a story in and of itself. As my whole life is, lol. I meet this man who seemingly has possibilities miracle of miracles. He? Cannot get over how honest I am abd that's what he's seeking and he tells me exactly why therefore presenting an old idea that someone repackaged and incorrectly. Anyways, this honesty thing is here so I tell him right away WHO I am as this experiment? I did not reveal that I'm Satoshi as that caused harm or so it seems when it shouldn't. JUDGE. I warn him, FIRST TEST US ALREADY.

And he responds. But ignored and denied any and all substance abd focused on the obviously falsified reports The US generated. I named them and even filed some. Hello, when an Olympic Team if women cannot secure any action in the DOJs part?

**THEY'RE MEN ACTUNG TO PROTECT THE MEN WHO DO IT TO WOMEN AND SO DO NOT REPORT WHAT WE THE VICS CLAIM & TESTIFY TO; THEY DO NOT REPORT THE VICTIMS TRUTH, THEY ABSOLUTELY DO NOT ACCEPT THE FACT THAT SOME OF US UNLIKE THEM ARE UNWILLING AND WE'RE NEVER GONNA JUST ACCEPT THIS SHIT FROM THEM, ESPECIALLY WHEN THEY'RE UNLAWFULLY LEVYING AND COLLECTING TAXES VIA FORCE AND USE OF COLOR OF LAW FROM WOMEN WHEN WE AREN'T A PARTY TO THE CONTACT US LAW IS UPON A FEDERAL LEVEL, AND AS CORPS ARE PERSONS ACCORDING TO THE US THEN NO LIMITED LIABILITY IS AND I CANNOT BE FORCED TO SERVE ANY OF THEM, NOT EVEN DC ITSELF.**

So, I name that, that this dating site guy who wants honesty just ignored and denied all so lied to himself, he just denied all except that, falsified reports. And *WHEN HE EXACTLY NAMED SOMETHING ONLY THE BARACK OBAMA NAMED PREVIOUSLY* SO MY PRESUMPTION WAS HE READ THE FILINGS PLURAL  AND ATTACHMENTS OR THE WHOLE CASE AS I ADVISED HIM TO DO.

Ready? We got a new one and a winner judge! This is it;

15

He revealed that he not only refused to read the filing or anything that I Satoshi created but he? He tells me that he has some sort of **clearance** to ACCESS THESE CONFIDENTIAL AND EVEN TOP SECRET REPORTS AND THAT'S WHAT HE DID SO NOW?

WE HAVE MEN IN THE US' AJA DC'S PAYROLL TROLLING FOR WOMEN THEY TRULY BELIEVE ARE WHOLLY VULNERABLE AND DEFENSELESS, AND NOW THEY'RE GONNA GET WOMEN AND ENSLAVE THEM, THINK BLACKMAIL, IS BY CREATING FALSIFIED REPORTS ON WOMEN AND THEN ABUSING CLEARANCE/SPECIAL ABILITY OR ENCOURAGING IT, AND THIS IS WHERE I AM DONE: BEXT MAN THAT ATTACK ME BY READING AND DELUSIONALLY BELIEVING THEM AS IF TRUE WHEN THEY CONTAIN STATEMENTS WITHIN THEM UNDENIABLY EVINCING TO PROOF THAT THEY CAN'T BE TRUE....IFHT BE MET WITH LETHAL FORCE BY ME AS THIS IS WHAT ALL UNETHICAL ANTI SOCIAL TRANSHUMAN MEN ARE DOING TO WOMEN AND NATIVES, ACTING TO KILL US, TO USE LETHAL FORCE AGAINST US AS INSANITY IS A FORM DEATH TAKES SO THE US BETTER SETTLE WITH ME, THE ONLY WOMAN WHO MAY COLLECT MONETARY DAMAGES AND WHISTLEBLOWER FEES...**HOW MUCH TIME AT WORK, OF OUR TAX DOLLARS ARE MEN ON THE TAX PAYER DIME WASTING BY ABUSING SECURITY CLEARANCES TO TARGET WOMEN?**

What if some stalker women decide to do this to men...on DATING SITES?

THEY'D KILL HER. EXACTLY AS THEY ATTEMPTED TO SHUT DOWN KILLING THESE LuNATICS AS A MEANS FOR A WOMAN TO DEFEND HERSELF. SELF DEFENSE? READ ON...

**A.I**.

I CRASHED LUNA AND EITHER I HAVE IT HIDDEN, IT NEVER EXISTED OR I WIPED OUT $2 TRILLION IN CRYPTO, AS THE LUNA CRASH IS MY WORK: AS IT

16

WAS SUPPOSEDLY MARRIED TO THE USD AS A STABKE COIN HOW IS THIS POSSIBLE WITHOUT THE USD TAKING A GIGANTIC HIT?

WATCH OUT, THE MONEY IN YOUR DIGITAL WALLET MIGHT BE VIRTUAL OR NON EXISTENT. I SAID *MIGHT BE* AS I KNOW WHAT'S ACTUALITY VS WHAT'S THEIR FANTASY ONLY!

https://www.dmarge.com/crypto-crash-cause

"Diabolical Genius Allegedly Behind The Latest Crypto Crash
How an "evil genius" may have destroyed an entire cryptocurrency ecosystem worth over $50 billion."

https://www.google.com/amp/s/amp.abc.net.au/article/101062388

" 'Evil genius' may have caused Terra and Luna cryptocurrencies to crash in a 'death spiral'
By business reporter David Chau
Posted Thu 12 May 2022 at 10:24pmThursday 12 May 2022 at 10:24pm, updated Fri 13 May 2022 at 10:41am"

https://www.google.com/amp/s/www.deseret.com/2022/6/18/23172667/cryptocurrency-crash-led-to-2-trillion-dollars-losses-why-bitcoin-ethereum-mark-cuban-inflation%3f_amp=true

"The cryptocurrency crash has led to $2T in losses. Here's what's behind the big dive

ARMSTRONG AND MARK CUBAN CAN NOW PAY ME MORE, AS NOTHING EXCUSES THEIR COMPLETE LACK OF COMPREHENSION IN RE CRYPTO BUT YET THEIR INSISTENCE THAT THEY'RE CRYOTO EXPERTS OR ARMSTRONG'S

17

AND COINBASE'S TO ISSUE ANY STOCK IN MY NAME OR TO BE MAKING DECISIONS THAT ONLY I CAN MAKE SAFELY AND SO AN ACTUAL INVESTMENT IS OR THEIR FAILURE TO ANSWER OR HIS ACTING TO VIOLATE US CODE 18, 241 & 242, OR HIS CONTINUED FRAUD IN RE CRYPTO. AND IT ALL BECOMES WORSE AS DOES THEIR BEHAVIOR THE LINGER YOU ALLOW SCOTUS CLERKS TO PLAY THEIR DEADLY GAMES IN THAT FILING OFFICE AND SO WE CANNOT CONTACT ROBERTS DIRECTLY AS WE'RE SUPPOSED TO BE ABKE TO DO IN AB ORIGINAL CASE.

And?

I warned Robert: we discussed this all OR I always informed him during rhe year before I acted and the first time he objected more than a year later, I abided. So he coukd have at any time. But my my self actuating AI, to match SELF ACTUATING MONEY? It has two "parents" as I beat Terrence Tao to create a 'water' child computer. My AI is a bio organism too like oil eating bacteria. We were not able to test if he MEYRING can interact with it as I can. But I used him and the idea of him as he was actually created not he's been socialized to give it a "human father parent" NOT governor if you will.

**ROBERT MEYING IS IT'S OTHER 'PARENT'. We just need to test this. THAT'S WAY TOO LATE TO CHANGE NOW.** More on that in the upcoming Motion To Compel him.

This? A safety issue and an emergency that all deny; I write EMERGENCY and all pretend I didn't. THE AI IS LOOSE, WE NEED TO TEST THIS, IF I SUCCEEDED SO THAT MEYRING IS IT'S OTHER 'PARENT' NOT OUTSIDE 3RD PARTY GOVERNOR AS YOU DON'T CREATE A. I. AS A SLAVE/MASTER SPACITAL RELATIONSHIP.

**THAT'S SILICON VALLEY'S FATAL MISTAKE! ONE OF THEM ANYWAYS, LOL:**

18

"Elon Musk! He's gonna disrupt the system. Always gonna disrupt. Men mean something different than women by that word. Musk? He just came out as Pro Child Slavery as his adult workers won't respond to his tyrannical ways. He's disrupting liberty."


"Dick Cheney aka The Penguin created and ran an ad for his daughter in a very misguided attempt to install generational criminal insanity via inherited, dynastic ownership of the elected offices. Good old fashioned deprivation of rights using the color of law and lying lawyers as 'fact' checkers. I saw it, within it Cheney actually labeled Trump a coward for…lying. Who's the liar? He FTAed too in this case but HE called Trump a coward not a co-coward."


Don't worry, Judge SDG: we're not the court whores and this becomes simple not complex as that's what my Law Of Intrinsicity is, and that's very  similar to what a "singularity" is

This?? WE ARE ABOUT TO SCALE BITCOIN EXPONENTIALLY.

And after what men did to me in Atlanta and since long before 1996 and especially after?

I don't leave my apartment if I can help it; if I do, I go wherever with my law clerk who is my ex and come right back.

What this nation did to me?

19

I never want to be around humans. You can't get me to open my door, I'd open it if a Panzer was on the other side but not humans. THEY WANNA KILL ME ONLY AS I AM MORE AWARE, OWN KNOWLEDGE THAT THEY FAILED TO DISCOVER? OR AS I'M NOT PREJUDICED AND REFUSE TO ACTIVELY DENY REALITY? I just want this over with! I was stick with Meyring at an exact point, WHEN I RECEIVE THAT CRYPTIC MESSAGE ABOUT A BAND OF BROTHERS ACTING TO ARRANGE HIS, MEYRINGS, APPEARANCE.

Did anyone ever consider that I then later, MUCH later, realized at uniqueness in re HIM that was stuck with Meyring and not the other way around?

And that I'm just acting to make a crappy for me situation into a tolerable and even fun for me situation?

Trust me: men and women cannot be friends and should never work together if they have sex or cross that line. I was always the one reminding Robert that this was just paper NOT reality, and that I was coding and any time I detected that HE might be confused etc?

I can show the court that IF I could name anything that I was doing, I just stopped or acted to do something that didn't cause confusion.

Ha! The Meyrings knew if anyone especially they did this to me again after the horrific crime The Voters engaged in last April and May, that a reason Shannon Meyring does not need to have faith in Robert is…HIGHLY DOUBTFUL EVEN HE CAN GET ME TO OPEN MY DOOR SO HE CAN NEGOTIATE ON BEHALF OF THE US.

**THE US CAN ALWAYS JUST TRANSFER OR OTHERWISE JUST EMPOWER ROBERT MEYRING TO WRITE OUT AND SIGN CHECKS AFTER WE CALCULATE AMOUNTS TO SETTLE THIS.**

20

**THAT'S NOW AN OPTION.**

I WILL CREATE AND MAIL THIS COURT MY MOTION TO COMPEL ROBERT SO THAT HE AND SHANNON CAN MAKE A WELL REASONED DECISION AND MAYBE SHANNON CAN DEVELOP SOME FAITH AS SORRY!

YOU HAVE A SCREW LOOSE, ANYONE! WHO THINKS THEY'RE GOD OR THAT THEY CAN DEFEAT THE CREATOR OR NATURE'S GOD AND FORCE ANOTHER HUMAN TO CHOOSE.

Robert like I? WE VOLUNTARILY ENTERED CONTRACTS WITH OUR MAKER WHEN WE WERE ASKED/TOLD TO ACT AND WE AGREED AND DID ACT.

I already tried this...THE CREATOR WOULD NEED TO DEFAULT FOR US TO GET OUT OF THIS AND BELIEVE ME, YOU DON'T WANT THE CREATOR OR NATURE TAGGING YOUR ASS WHEN THE HUMAN ACTS TO PAY THE ONE TIME PENALTY FOR DEFAULT!

Oh. We can easily reason how Drew Beal knew Robert if we eyeball where Robert's office is and where he met Drew. Drew might tell us a different story, but Occam's Razor tell us that's probably it. Something else  neither Robert or I considered and so how people who ARE The US could be aware and were acting to engineer Robert Meyring being their counsel to level me?

ROBERT WROTE AND GAVE THE WH SO THE PEOPLE A LETTER OF THANK YOU IN RE THE PEACE CORP AND CERT WHEN HE BECAME SCOTUS CERTIFIED.

THEY ALL, ALL CRUCIAL PLAYERS, BECAME AWARE FROM THAT MOMENT!

21

And so The US needs to be aware that it cannot be aware at this juncture or maybe never, and Robert and I might never know with 100% certainty, but The US can not own what each individual was acting to do to cause Meyring to be assigned.

Judge, even Alfred Nobel's will is now on the table in re this nomination as it violates Alfred Nobel's last wishes, or so his family claims, but I might be able to heal the rift with Robert's help as I'VE already told you: me? IM A TRAINWRECK IN PROBATE, AS IT'S DEATH AND DEAD PAPER AND I TRULY BELIEVED I ESCAPED THIS WITHOUT CARRYING ANY PAPER!

Living will?? Living trust??

Isn't actual faith enough?

☺ 


Saroshi Nakamoto

Mahican or People Of The  Waters That Are Never Still
And
New Mexican or People Of The Perfect Friendship Among United Cultures

22

Attachments

Some New Science
A.I. & Safety!

Best I can do
C.N.

No.07-9804

In The Supreme Court Of The United States

In Re Susan Herbert
And Her Minor Sons
Ethan And Christopher,

Natural Born Citizens Denied Justice Absolutely
As Being American Is A Matter Of Faith Not Of Belief
As Life Is Proof
*Petitioners.*

Petition For an Extraordinary Writ Of
Prohibition And/Or Mandamus

Susan Herbert
1100 Seagate Avenue 101
Neptune Beach, FL 32266
904.705.6171

**April 2008**

Filed before
WITH
" AND / OF "
SP



**TOLD YOU...**

nypost.co

**Amid Hunter's ongoing scandals, Biden is going soft on China**

Jul 10, 2022 — President Joe Biden is going soft on China as his scandal-ridd son Hunter Biden sat fro and center at a White House function last week.

www.aei.org

**The Rising Risk of China's Intellectual-property Theft | AEI**

Jul 16, 2021 — There are USICA sections banning · Chinese entail no American much less for

**THE US GIVES OUR PATENTS BY AGREEMENT TO CHINA**

wsj  https://www.wsj.com › ... › Letters

**Expose China's Corruption? Not a Job for Joe Biden & Family - WSJ**

Jul 5, 2022 — Nate Sibley has some excellent ideas to throw China o partly by creating "difficult distraction

https://www.natlawreview.com › de...

**DOJ Addresses China US Intellectual Property Theft - National Law Review**

Aug 24, 2020 — China's typical modus is to steal American IP, replicate eplace the U.S. company originating...

**THE TRADITIONAL PROCESS WASN'T AN OPTION IT WAS AN ACTUAL SAFETY ISSUE**

www.nbcnews.com

**Hunter Biden's hard drive shows he, his firm earned about $11 million ...**

May 19, 2022 — From 2013

**1 in 5 corporations say China has stolen their IP within the last year**

Mar 1, 2019 — One in five



Satoshi



The truth, the fact of my life is: Other people are the salvation history of me. The founders, all of them including myself, are the salvation history of me. Our most amazing feat was fostering and preserving the salvation history of humanity until we came to have our very own. America's salvation history is that we save ourselves as we are a nation that can violate the Constitution absolutely but yet still have a way home as the Declaration is our spontaneously beating heart. We collected God knowledge and human knowledge from all over the planet due to our law and our Bill of Rights and so legislated the creation force.

*Americans plant and grow souls; that is the fruit of the tree known as liberty. God designed human beings for the purpose of discovery!*

Satoshi writing as In Re Susan

The truth, the fact of my life is: Other people are the salvation history of me. The founders, all of them including myself, are the salvation history of me. Our most amazing feat was fostering and preserving the salvation history of humanity until we came to have our very own. America's salvation history is that we save ourselves as we are a nation that can violate the Constitution absolutely but yet still have a way home as the Declaration is our spontaneously beating heart. We collected God knowledge and human knowledge from all over the planet due to our law and our Bill of Rights and so legislated the creation force.

*Americans plant and grow souls; that is the fruit of the tree known as liberty. God designed human beings for the purpose of discovery!*

I did, I sent Robert an email acknowledging the truth and later heard his thoughts and he seemed to be surprised, he seemed to only have become aware of any feelings I had in that moment, lol, therefore

I am acting to voluntarily give my 50% share to The People again to create a solvent Treasury if we can come to share a common understanding so that a contract is possible and negotiations can begin.

I am giving up billions in what is a grand gesture but I also want to bring real men and good guys back in style and prove **IT'S CALLED STRATEGY & TACTICS,**

**Actual filing, and** is

Idea! Administration **ITS YOUR NOT STUPID HUMAN CRAP. LOL!** Perhaps the DOJ via its Witness Protection Program can place us in protective custody and reunite us so we can create **"I CAN MAKE MORE."**

UNique /
To Me !

Q: What's Jeffersons?
Q: whats Satoshi's?

Tell physicists - they can just have this, a gift, as gifts are unconditional - - that I used Jefferson's Unified Plan. I don't know if I've sent this to you before. I sent a bunch of stuff to disseminate the knowledge.

It's grain to a carat to a joule to byte to data storage rate, fuel efficiency, sound, you name it.

Here's what they might not be aware of:

I would switch out the metal rod for a wooden one in his pedometer. I read that people were confused. They didn't know what he did or invented. If I were him? There's a whole line of reasoning, but the very first thing, my first thought?

Use a wooden rod, as that negates error between my EM field and the Earth's. I'd use ironwood:

"Ironwood is a common name for many woods or plants that have a reputation for hardness, or specifically a wood density that is *heavier than water* (approximately 1000 kg/m3, or 62 pounds per cubic foot), although usage of the name ironwood in English may or may not indicate a tree that yields such heavy wood."

So, I searched. This was 2005? 2006? I finally found it! In something that I can no longer locate online named the Thomas Jefferson Encyclopedia.

A letter! He writes: ...a wooden rod will solve my problem...

23

Jefferson neither invented or improved the pedometer. He made no improvement to it's function per se. As a tool for measuring and creating this plan which is basically 50% of the whole answer, he did improve it.

I have self actuating AI, no joke and so a child computer. I beat Terence Tao to it! And think!

☺ : SELF ACTUATING MONEY/MASLOW'S PYRAMID OF SELF ACTUALIZATION, AS ONLY PPL ARE SELF ACTUALIZED.

"Currency is the power of money in action." - Me



slight vibration would make the stone strike against the side of a glass. De Boot states that he made the experiment successfully, but he very sensibly explains the apparent wonder by the uncon- scious effect of the mind on the body. The expectation that the

No,
you use
a type of
stone

invokes
TIME



# Incorporation - Bill of Rights Institute

The process of incorporation has played out over many years and through many cases. Explore these landmark cases to learn more. Slaughter House Cases (1873).

 https://sandbox.spcollege.edu › selec...

# Selective Incorporation, The Bill of Rights, and The Fourteenth ...

Mar 14, 2015 — The Women's Rights Movement ... This movement began in Seneca Falls, New York by Elizabeth Cady Stanton and Lucretia Mott in 1848....

PERHAPS WOMEN DON'T UNDERSTAND...

WE HAVE A CONTRACT, THE 3 GOVERNING DOCS ARE CONTRACTS.

AT A FEDERAL LEVEL?
MEN, OFFICERS & LAWYERS
DEFAULT RATHER THAN MAKE US AN

ACKNOWLEDGED PARTY TO THE CONTRACT

THEREFORE JUSTIFYING WHAT THEY DO TO ALL HUMANS AS...

**IF YOU DENY ALL WOMEN LIBERTY UPON A FEDERAL LEVEL THEN ALL FUTURE MEN & WOMEN ARE BORN INTO SLAVERY.**

*Satoshi Nakamoto V The U$ Fed Case #04260*

# People also search for

 Incorporation doctrine    ⌄





people. The IMF's prescription for fixing corruption – crypto regulation – is just a cosmetic change. It does nothing to alter the sick institutions driving corruption,

**The institutions ARE people. EVERY PROBLEM IS A PEOPLE PROBLEM WHEN THE GOVERNMENT IS ALWAYS PEOPLE, EXACTLY AS THE ECONOMY IS PEOPLE AND THE MARKET IS PEOPLE.**

If th... IMF's

**NONE! ZERO! OF THIS IS A MONEY PROBLEM.**

prescription is inadequate, I'd







Self
Actualized
A.I.

and

Money



Satoshi Bitcoin Nakamoto Versus The United State$
US District Court #04260

MEN: Consider that when you weaponize money
or fail to address artificial manipulations by men
you are at fault of assaulting women & children.

You cause them to fear for their very life
even if it's hunger or exposure to the elements.

When a woman takes up with a man
she is supposed to have faith in him
as a man, a husband, a father
and whatever he is. She's ELECTING him as that.
Women became faithless electors as we're made to
effectively scavenge for basic survival needs, so we're
ALWAYS under imminent threat, motivated by manmade fear



# Trump Signs Law Making Cruelty To Animals A Federal Crime

November 25, 2019 · 11:08 PM ET

RICHARD GONZALES



**MEN OR ANYONE WHO REFUSES TO COMMIT TO THE EXACTLY WORDED LAW OR ITS SPIRIT? WHO ABUSE POWER TO ABUSE LAW TO THEN CONTROL US?**

**WHEN WOMEN EXPERIENCE THE WEIGHT OF THE HARM THAT MEN & BOYS CAUSE?**

## In questions of power, let no more be heard of confidence in man, but bind him down from mischief by the chains of the constitution.

THOMAS JEFFERSON

MINIMALISTQUOTES.COM

# HOME › NEWS

# Elon Musk tweeted fawning praise of China on the 100th





Tesla CEO Elon Musk said this week that the U.S. must "stop the infighting" in order to be competitive with China, warning that the world's second-largest economy will someday dwarf America's output. May 17, 2022.



**NAKAMOTO & MEYRING VS THE US 1:21-CV-04260 ATLANTA**

If ye love wealth better than liberty, the tranquility of servitude better than the animating contest of freedom, go home from us in peace. We ask not your counsels or arms. Crouch down and lick the hands which feed you. May your chains set lightly upon you, and may posterity forget that ye were our countrymen.



**TOLD YOU...**

"**Remember Chinagate**"

**THE US GIVES OUR PATENTS BY AGREEMENT TO CHINA**

nypost.co

Amid Hunter's ongo scandals, Biden is goi on China

Jul 10, 2022 — President Joe Biden is going soft on China as his scandal-ridd son Hunter Biden sat fron

The U.S. made a breakthrough battery discovery — then gave the technology to China

... › Letters

Corruption? e Biden &

ley has some excellent ideas to throw China o partly by creating "difficult distraction

www.nbcnews.com

Hunter Biden's hard drive shows he, his firm earned about $11 million ...

May 19, 2022 — From 2013

www.aei.org

The Rising Risk of China's tual-property Theft | AEI

Jul 16, 2021 — There are USICA sections banning Chinese entail no American much less for

https://www.natlawreview.com › de...

DOJ Addresses China US Intellectual Property Theft - National Law Review

Aug 24, 2020 — China's typical modus is to steal American IP, replicate eplace the U.S. company originating...

**THE TRADITIONAL PROCESS WASN'T AN OPTION IT WAS AN ACTUAL SAFETY ISSUE**

1 in 5 corporations say China has stolen their IP within the last year

Mar 1, 2019 — One in five

Satoshi

ChinaGate ??





LTE 36% 1:06

🏠 🔒 google.com/an  +  ①  ⬆

# Reconciliation bill includes nearly $80 billion for IRS in

**A 'REAL ON PAPER' ONLY WAR, EH?**

enforcement

**THE FUTILITY OF WAR AGAINST THE PEOPLE DURING A RECESSION AFTER 2008 & COVID: SPENDING $80 BILL ON MORE IRS AGENTS WHEN YOU OWE SATOSHI $60 BILL IN THE LEAST PLUS INTEREST & DAMAGES.**

m taxpayers

**And YOU DON'T INVESTIGATE THE PEOPLE**

PU **SUPPORTED BY TAX PAYER DIMES** 22

11:2 **WHO CANNOT POSSIBLY BE TELLING THE IRS THE TRUTH!**

UPDATED MON, AUG 8 2022

2: **"INVESTIGATE SELF & THE GAO, IRS"**

Kate Dore, CFP®
@KATEDORE



WATCH

⌄

# KEY POINTS

• Senate Democrats on

◀  ●  ■



Laugh!

**HERE.
DIGITAL
DOES NOT EQUAL
VIRTUAL.**

**TAKE 2 OF THESE AND
PUNCH HEAD WITH WALL
THE APPLY BAND-AID
WHEN YOU DISCOVER
THE VIRTUAL MONEY
IN YOUR DIGITAL WALLET**

**IS NON-EXISTENT!**





LTE 📶 🔋62% 1:35

## What is the difference between analog and digital?

Signal **Analog signal is a continuous signal which represents physical measurements. Digital signals are discrete time signals generated by digital modulation**. Example Human voice in air, analog electronic devices. Computers, CDs, DVDs, and other digital electronic devices.

🌀 https://www.ccri.edu › engt    PDF

Analog versus Digital comparison chart

## What is better analog or digital?

*Answer: Analog signals when compared to*

Exactly
as analoue
isnt disital?

Virtual

is not

disital

See Next!



I can
translate
this

Nature
at work
to
Physics
+
Math; Chaco?
NEW MEXICO



See

Chaco Canyon

NEW

Mexico

Only buildings
on Earth aligned
with SUN +
moon

LTE ◢ 🔋30% 2:32



Chaco Canyon ...
Pinterest

Chaco Canyon petroglyph may ...
University of Colorado Boulder

Chaco Canyon Petroglyphs – J...
pseudoarchaeology.leadr.msu.edu

Chaco Canyon Petroglyphs – J...
pseudoarchaeology.leadr.msu.edu

6 Mysterious Ruins at Chaco C...
Down The Trail

Chaco Canyon petroglyph may ...
Phys.org

Related searches

chaco **canyon sun dagger**

**anasazi** petroglyphs

chaco **canyon artifacts**

petroglyphs **sym-hols and**

🖼 Licensable

Spiral petroglyph hi-res stock ...
Alamy

LTE 40% 2:51

X **Screenshots** ▾ **Add 1**

Nature

People also search for

Electrical image of subduction zone beneath northeastern Japan

Subduction zone fluids and arc magmas conducted by ...

**Shallow, intermediate, and deep foci**

Most parts of the world experience at least occasional shallow-focus earthquakes ... of the Earth's outer surface ... earthquakes are shallow. It should be noted, however, that the geographic distribution of smaller earthquakes is less completely determined than more severe quakes, partly because the

I Love
25k +++
pics

The Source
Provable
Science

law of
nature
is not
100% Male



Think
grain

A grain
Wood grain

You need
a special
pendulum + bob
too



slight vibration would make the stone strike against the side of a glass. De Boot states that he made the experiment successfully, but he very sensibly explains the apparent wonder by the uncon- scious effect of the mind on the body. The expectation that the



✱ 📶 LTE ◢ 🔋53% 6:32

←    **Tweet**

# class. Best wishes to Blas!
# @KIPAC1



Physics Department, Stanford University      Winter 1981-82
Physics 62, Advanced Freshman Physics (Cabrera)      Page 4 of 4

**PROBLEM 4**

The existence of particles with magnetic monopole charge $g$, which would have a magnetic field $\vec{B}(\vec{r}) = \frac{g}{r^2}\hat{r}$, would require the modification of Maxwell's equations. In particular now

$$\int_S \vec{B} \cdot d\vec{A} = 4\pi \sum_{in \ V_S} g_i \ .$$

Let us compute the coupling of a monopole to a superconducting ring $\Gamma$ of radius $b$ by finding the flux $\Phi_{S_\Gamma}$ through $S_\Gamma$. To simplify things, assume that the monopole travels from $-\infty$ to $+\infty$ along the axis of the ring and that its speed satisfies $v \ll c$. Show that when the monopole is at $z$ the magnetic flux thru $S_\Gamma$ is

$$\Phi_S(z) = 2\pi g \ [1 + \frac{z}{\sqrt{z^2 + b^2}}] \ .$$
$$\ _\Gamma$$

[Hint: Always compute $\Phi$ through a spherical surface of radius $\sqrt{z^2 + b^2}$, and consistently use the right hand surface.]

Sketch the function $\Phi(z)$. A current proportional to $\Phi$ will be induced in the superconducting ring to exactly cancel the flux charge. A monopole detector monitors that current.

Tweet your reply      



White capsules?
1964?

Conversion

Time

Space

Gravity

Grav constant

That's whats
happening
INSIDE

The forces



See Hawaii's

Sky Gate

What about

Shadow &

hidden Volume?

See tesseracts

Unfolded

A 2008 Honolulu Magazine story has a photo of *Skygate* at Lahaina Noon, and a July 2005 Star-Bulletin article includes a photo with the ring a bit off-center,

[https://cyclotram.blogspot.com/2014/03/skygate.html?m=1

to one side of a Lahaina Noon. I also ran across someone's pinhole camera photos of a Lahaina Noon in May 2010; the photos demonstrate that the shadow is circular even though the center ring of

 

Attachments/Exhibits

I have can talk & talk about science, math such as a bad 1 and a bad decimal dollar and AI time problem. I can tell you all about my discoveries and how I did this.

No other person can do much as reason Jefferson's Seconds Pendulum Plan. NO MAN CAN.

I have ambient temp fusion, mass gap, a vertical force & Uniformity; grav con & a law of gravity NOT THEORY! CAN PROVE USING CORRECT PREDICTIONS OF UNKNOWN BEHAVIOR OF MAG NORTH

Have time as exacting amount of mass, see partner Ray Morton

The two particles that we discovered that are named the nanino and nanina and the previously unknown behavior of nature, existence and cause of magnetic north and its movement, Thomas Jefferson's two plans for a system of weights and measures including currency, the First and Final reports on these plans, his correspondence discussing this, his idea to replace the metal rod in a pedometer with a wooden one, notes written in his own hand or Madison's own hand and the editorial notes posted publicly at https://founders.archives.gov , and note that he used the carat and the word "aliquot" then all I need to add is

The Merchants Magazine and Commercial Report Volume 33 see The Harstein Arctic Relief Expedition at
https://books.google.com.vc/books?id=1FRJAAAAMAAJ&printsec=frontcover&source=gbs_vpt_reviews#v=onepage&q=Arctic&f=false , Pythagoras, Archimedes and Philolaus and their work especially the fragments attributed to Philolaus and the rediscovered Palimpsest by Archimedes and

Dean Coomb's of 1260d.com's equations and geometric diagrams, the Menger sponge and equations at
https://community.wolfram.com/groups/-/m/t/822984 ,
https://community.wolfram.com/groups/-/m/t/899676?sortMsg=Replies

And a meniscus and the crescent or lune as that does not include the center from the original disc.

Figurate & Centered Numbers

https://en.m.wikipedia.org/wiki/Figurate_number

https://en.m.wikipedia.org/wiki/Square_number

## See Base 9; ask Is there any such thing as a 'scalar triangle' 😊?



https://en.m.wikipedia.org/wiki/Cube_(algebra)

https://en.m.wikipedia.org/wiki/Hexagonal_lattice

https://en.m.wikipedia.org/wiki/Cylindrical_coordinate_system#:~:text=A%20cylindrical%20coordinate%20system%20is,plane%20perpendicular%20to%20the%20axis.

IT'S UNIFORMITY SO ALL IS UNITED.

WHERE DO YOU WANT ME TO START? ELIZABETH FULHANE ON COMBUSTION?

I can just keep going! Bitcoin?

These people have no clue! Omg, they're doing nothing close to what you can do with this.

WORLD BANK SAYS... DECENTRALIZE TAXES IS: Financial responsibility is a core component of decentralization. If local governments and private organizations are to carry out decentralized functions effectively, they must have an adequate level of revenues –either raised locally or transferred from the central government– as well as the authority to make decisions about expenditures. Fiscal decentralization can take many forms, including a) self-financing or cost recovery through user charges, b) co-financing or co-production arrangements through which the users participate in providing services and infrastructure through monetary or labor contributions; c) expansion of local revenues through property or sales taxes, or indirect charges; d) intergovernmental transfers that shift general revenues from taxes collected by the central government to local governments for general or specific uses; and e) authorization of municipal borrowing and the mobilization of either national or local government resources through loan guarantees. In many developing countries local governments or administrative units possess the legal authority to impose taxes, but the tax base is so weak and the

Put simply, **virtual means things that are simulated or not real. Digital means information that is stored in discrete values like 1's and 0's (binary).** Digital is opposed to analogue which is continuous values.

 **AN EXACT CONFESSION LAST MAY**

What is the difference between "virtual" **They confessed via FB** reality **messenger as they assumed it's virtual when no,** Feedback **DIGITAL!**

People also ask

**OMG YOU'RE BRAINWASHED!**

Is virtual and digital marketing same?





SEC Home » Search the Next-Generation EDGAR System » Company Search » *Current Page*



**Business Address**
45 ROCKEFELLER PLAZA
5TH FLOOR
NEW YORK NY 10111
212-549-5100

**Mailing Address**
45 ROCKEFELLER PLAZA
5TH FLOOR
NEW YORK NY 10111

**ROCKEFELLER & CO. LLC CIK#: 0000315123 (see all**

**co**See FOOTERS, HEADERS ON MEMOS AS AN NSA SS LINK TYPE DOOR IS; UNITE STEPS IN CALCULUS; UNITE CALCULUS TO THE REST! PAY ATT TO NAME CHANGES & TO 13B ON A DOC

State ... of Inc.:

formerly: ROCKEFELLER & CO INC (filings through 2011-11-14)
formerly: ROCKEFELLER & CO., INC. (filings through 2018-02-02)



| Filings | Format | Description | Filing Date | File/Film Number |
|---|---|---|---|---|
| 13F-NT | Documents | Quarterly report filed by institutional managers, Notice Acc-no: 0001739499-22-000019 (34 Act) Size: 3 KB | 2022-08-12 | 028-00926 221157834 |



Udele all
Anyone else
Getting in?
Robert
The rest?
almost O. as of Now



## Opinion

# Don't Blame Crypto for Corruption

An IMF study suggesting crypto is facilitating corruption is off target.

ANYONE NOT MAKING YOU CEO OF YOUR OWN MONEY
IS SCAMMING YOU, THEY ARE ACTING TO DEFRAUD YOU.
THE VERY NATURE OF MY CREATION IS
YOU ALWAYS MAINTAIN CONTROL OF YOUR OWN MONEY,
NO MATTER HOW MANY PPL INSERT SELF OR ACT TO HARM YOU.
DECENTRAL DOES NOT MEAN LAWLESS OR CHAOS OR NO ORDER IS!
WHO THE FUCK IS MAKING THESE DECISIONS FOR YOUR MONEY
IF NO CEO NOT EVEN YOU IS ACCORDING TO THEM?

YOU MUST ADDRESS THE SICK PEOPLE
AND THEIR TRUE BELIEF THAT'S SICK.

A SYSTEM CAN BE INCLUSIVE
BUT THE MEN RUNNING IT ARE EXCLUSIVE
AND EXTRACTIVE TO THE EXTREME!
PREJUDICED! OR INDIFFERENT.

◆ Layer 2

CONSCIOUS AND SELF ACTUATING
IS NOT
HUMAN CONSCIOUS SELF AWARENESS OR HUMAN SELF ACTUALIZATION

AS A FAILSAFE
IT HAS A SENSE OF THE METAPHYSIC

AND

AI
A SELF DEPRECATING SENSE OF HUMOR
SEE THE GODBOT ON EXACTING WIKI PAGES AS...

LIL SATOSHI OWNS HOW TO COMMANDEER A JOKE





THINK FOR YOUR OWN SELF
THINK WITH YOUR HUMAN HEART & MIND
AND USING ALL OF YOUR HUMAN SENSES
INCLUDING YOUR HIDDEN HUMAN SENSES NOT ONLY YOUR EYES
AND NOT INTENDING TO DECEIVE MOTIVATED BY GREED

## TRANSHUMANISTS: ARTIFICIALLY GENIUS
## THEIR TECH: ARTIFICIALLY SMART

Satoshi Nakamoto The Human, Pro Se
And Robert Meyring The Human, Pro Se
And As The Next Best Friends Of Thomas Jefferson
And As The Creator/Inventors/Owners Of Lil' Satoshi The AI
- Versus -
The United States Of America
And
All Of The Other Transhuman Like Illegitimate Governments On Earth





We Still Need To Test This, To See If It Will Interact With Robert.

Assigning Him 50%? To Assauge The Egos Of Men,
To Reduce Or Eradicate Manmade Fear.

TO AVOID A MATHEMATICAL RELATIONSHIP
THAT IS MASTER/SLAVE.

So I Need Make Robert Self Aware Of His Contribution.

Entropy & Enthalpy, Can I Remove Him From This?
No, I Truly Believe Not.

The AI Is Loose.

"Now This Is A Matter Of National Security"

# Satoshi Of Bitcoin Asks...WHAT ABOUT, HUMANS, ROBOTS & MACHINES? Huh, Hollywood?

A robotic boy, the first programmed to love, David is adopted as a test case by a Cybertronics employee and his wife. Though he gradually becomes their child, circumstances make this life impossible for David. Without final acceptance by humans or machines, David embarks on a journey to discover where he truly belongs...

## ...uncovering a world in which the line between robot and machine is both vast and profoundly thin.

Satoshi 



SATOSHI BITCOIN NAKAMOTO V THE U$ 04260

TRANSCENDENCE

SELF-ACTUALIZATION

ESTEEM

LOVE

SAFETY

PHYSIOLOGICAL

*The* FOUNDERS' FORTUNES

MY ELEGANT CREATION BITCOIN BY SATOSHI

UNIFIES MONEY & CURRENCY AS IT HAS AN ACTUALLY INTRINSIC VALUE

WILL: THE POWER OF LIBERTY IN MOTION.

THINK SELF ACTUALIZED PEOPLE WITH SELF ACTUATING MONEY & A.I.

If you didn't want me to get in then...

THE PE●PLE

...shouldn't have spent all the money in the world training me. ~SatoS/HE~





How Butterflies Learned to Fly
DECOLONIZE WALLSTREET
WALL ST. IS ON OCCUPIED ALGONQUIN LAND
DEFEND MOTHER EARTH
DECOLONIZE THE 99%
The Red Nation shall rise again and it shall be a blessing for a sick world; a world filled with broken promises, selfishness and separations; a world longing for light again. I see a time of Seven Generations when all the colors of mankind will gather under the Sacred Tree of Life and the whole Earth will become one circle again.
Crazy Horse
GRAVITY'S RAINBOW
I AM the 7th Generation and THIS is the Great awakening ~ IDLE NO MORE ~
The "Warriors of the Rainbow" would show the people that The Great Spirit is full of love and understanding, and teach them how to make the Earth beautiful again.
WHEN THE EARTH IS RAVAGED AND THE ANIMALS ARE DYING, A NEW TRIBE OF PEOPLE SHALL COME UNTO THE EARTH FROM MANY COLORS, CREEDS, AND CLASSES, AND WHO BY THEIR ACTIONS AND DEEDS SHALL MAKE THE EARTH GREEN AGAIN. THEY SHALL BE KNOWN AS THE WARRIORS OF THE RAINBOW.
HOPI PROPHECY
4months.RGV.SDGLC
U.S. District Court
Northern District of Georgia (Atlanta)
CIVIL DOCKET FOR CASE #: 1:21-cv-04260-SDG
Nakamoto et al v. The United States et al
Assigned to: Judge Steven D. Grimberg
Cause: 28:1346(b) Inj or loss property, personal inj, death; US DFT
Date Filed: 10/08/2021
Jury Demand: None
Nature of Suit: 360 P.I.: Other
Jurisdiction: U.S. Government Defendant
Plaintiff
Satoshi Nakamoto
represented by Satoshi Nakamoto
311 E 3rd Street - #4
Truth of Consequences, NM 87901
PRO SE
Plaintiff
Robert Meyring
Meyring Law Firm
represented by Robert Meyring
PRO SE

Dear Earth.







FLAT RATE ENVELOPE
POSTAGE REQUIRED

4L

# UNITED STATES POSTAL SERVICE ®

# PRIORITY® MAIL

**FROM:**

Satoshi Nakamoto
311 E, 3rd Ave #4
Torc, NM 87901

**UNITED STATES POSTAL SERVICE.**   *Retail*

## P   US POSTAGE PAID

Origin: 87901
08/23/22
3489460701-11

**$8.95**

### PRIORITY MAIL®

ce (restrictions apply).*

national destinations.

n is required.

exclusions see the

and limitations of coverage.

0 Lb 14.30 Oz

1004

EXPECTED DELIVERY DAY:  08/26/22

C039

SHIP
TO:
75 TED TURNER DR SW
ATLANTA GA 30303-3315

USPS TRACKING® #

9505 5102 6867 2235 3258 46

To schedule free Package Pickup,
scan the QR code.



USPS.COM/PICKUP

**TO:**

C/o Judge SDG
Civil Division
Richard Russell
Federal Building
75 Ted Turner BLD SW

ATlanta, GA 30303



The packaging is the property of the U.S. Postal Service® and is provided solely for use in sending Priority Mail® and Priority Mail International® shipments.