UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| SATOSHI NAKAMOTO, ROBERT MEYRING,<br><br>              Plaintiff,<br><br>vs.<br><br>THE UNITED STATES, COINBASE, BRIAN ARMSTRONG, CRAIG WRIGHT, RPI, ROBERT S. HART, ELON MUSK, MARK CUBAN,<br><br>              Defendant. | CIVIL ACTION FILE<br><br>NO. 1:21-cv-04260-SDG |

## J U D G M E N T

This action having come before the court, Honorable Steven D. Grimberg, United States District Judge, for a frivolity determination pursuant to 28 U.S.C. §1915, and the court having made such determination, it is

**Ordered and Adjudged** that the action be **DISMISSED** as frivolous. Dated at Atlanta, Georgia, this 22nd day of September, 2022.

                                                     KEVIN P. WEIMER
                                                     CLERK OF COURT

                                     By:  s/J K Brown
                                                    Deputy Clerk

Prepared, Filed, and Entered
in the Clerk's Office
September 22, 2022
Kevin P. Weimer
Clerk of Court

By:  s/J K Brown
        Deputy Clerk